UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERRY QUINN MCKOY

Plaintiff

-vs-

Suffolk County Corr. Fac
SCCF. Medical Dept Defendant(s)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 02 2014 ★
LONG ISLAND OFFICE

REQUEST TO PROCEED
IN FORMA PAUPERIS

I, _____, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   _____

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month.
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   _____

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   SSI  $797.00 until July 2013

   a) Are you receiving any public benefits?         ☒ No.  ☐ Yes, $ _____
   b) Do you receive any income from any other source?  ☒ No.  ☐ Yes, $ _____

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   Approxi $200.00 and $50.00 in checking

5. Do you own any apartment, house or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No  ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

   _____

   _____

7. Do you pay for rent or for a mortgage? If so, how much each month?

   Was paying $450.00 for Room

8. State any special financial circumstances which the Court should consider.

   That the money I do have, some is to be saved for clothes upon my release in May 2014 and the rest to put toward partial rent until SSI starts

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, _____.

SWORN TO BEFORE ME
THIS 27th DAY OF DEC
20 13
rev. 1/2001  NOTARY PUBLIC

(signature)

WILLIAM R NASTASI
NOTARY PUBLIC, STATE OF NEW YORK
REG. NO. 01NA6290044
QUALIFIED IN DUTCHESS COUNTY
COMMISSION EXPIRES 10-07-__