United States District Court
Southern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 02 2014 ★
LONG ISLAND OFFICE

PRISONER AUTHORIZATION

Mailed to Plaintiff by the Court this date: _____

RE: __JERRY QUINN McKOY__ v. __Suffolk County Corr/medical__

NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THIS COURT WITHIN FORTY-FIVE (45) DAYS FROM THE DATE OF THIS NOTICE.

On April 26, 1996, the Prison Litigation reform Act ("PLRA" or "Act") was signed into law. This Act amends the in forma pauperis statute (28 U.S.C. § 1915) and applies to your case. Under these amendments, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $150 has been paid, no matter what the outcome of the action.

******************************************************
SIGN AND DATE THE FOLLOWING AUTHORIZATION:      CV 14 0249

I, __JERRY QUINN McKOY__, request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred.

SEYBERT, J

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $150 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.

TOMLINSON, M

_____          _____
Signature of Plaintiff          Date Signed

N.Y.S.I.D. # __091818989L__

Local Prison I.D. # __00-A-3018__

Federal B.O.P. I.D. # _____