United State District Court
Eastern District of New York
Alfonse M. D'Amato Courthouse
100 Federal Plaza
Central Islip, NY 11722-9014

Jerry McKoy #00-A-3018
Mid-State Corr. Fac.
P.O. Box, 2500
Marcy, New York 13403

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 05 2014 ★
LONG ISLAND OFFICE

Date 1-3-14

Regards: Change of Address

Dear Clerk:

I am writing to inform the Courts of my change of address.
I am no longer at Downstate Corr Fac Box F. Red Schoolhouse Road Fishkill, New York 12524-0445

My new address is Jerry McKoy #00-A-3018 Mid-State Corr. Fac. P.O. Box 2500 Marcy, New York 13403. Could the Courts please advise me if they are in reciept of this letter, and if there are any changes that might need to be made.

New Address
Jerry McKoy #00-A-3018
Mid-State Corr. Fac.
P.O. Box, 2500
Marcy, New York 13403

14-CV-249 (JS)

Very truly yours
Jerry McKoy
00-A-3018

cc: File

RECEIVED
2014
EDNY PRO SE OFFICE

**MID-STATE CORRECTIONAL FACILITY**
P.O. BOX 2500
MARCY, NEW YORK 13403

NAME: MR JERRY McKOY  DIN: 00-A-3018

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 05 2014 ★

LONG ISLAND OFFICE

Legal Mail

11722901414

MID-STATE CORRECTIONAL FACILITY



02 1R
0002094578   FEB 03 2014
$ 00.48⁰
MAILED FROM ZIP CODE 13403

Pro Se. Clerk Office
United State District Court
Eastern District of New York
P.O. Box, 9014
Central Islip, New York
11722-9014