<u>PRO SE OFFICE</u>
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**100 FEDERAL PLAZA**
**CENTRAL ISLIP, NY  11722**
**(631) 712-6060**

Date:   <u>March 4, 2014</u>

Re:   <u>14-0249 (JS)(AKT)</u>

Dear *pro se* litigant:

The enclosed **Rule 73 Consent** is being returned without docketing for the following reason(s):

(  )   The docket number and judge's initials are missing.

(  )   Your signature is required on all papers filed with the Court.  Please sign wherever an "X" appears.

(  )   These papers appear to be intended for another court or agency.

(  )   Papers cannot be filed without indicating that they have been served on all parties in your action, or their attorneys. This office *will not* forward copies of your papers to other parties or their counsel.  An <u>Affirmation of Service</u> form is enclosed.

(  )   Your papers do not meet the minimum requirements for:

   (  )   Legibility: please type or print clearly.
   (  )   Language: only <u>English</u> is acceptable.
   (  )   Form or Content:  See forms/instructions enclosed.
   (  )   Please indicate the documents you served on your affirmation of service.
   (  )   Other:

(  )   This Court will only accept papers on 81/2 by 11 paper. Note that this does not include exhibits.

(  )   Pursuant to Local Civil Rules 5.1, discovery materials are not filed with the Court except by Order of the Court.

(  )   Your <u>Notice of Appeal</u> has been processed, and your case is closed. Your papers should be directed to:

   United States Court of Appeals for the Second Circuit
   Thurgood Marshall U. S. Courthouse
   40 Foley Square
   New York, NY 10007

(  )   Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

(  )   The Court cannot act on your submission(s). The Court can only act on a complaint or a petition. If it is your intent to file a new action, or to amend an existing action, please see the enclosed forms and instructions.

**( X )   Other: <u>As per the instructions you received with this form, the consent should not be returned or filed unless and until all parties have consented to refer your action to a Magistrate Judge AND all parties have signed the consent form. As such, your filing is incomplete and premature.</u>**

*PRO SE* OFFICE
By: <u>/s/ C.Vukovich</u>