# COUNTY OF SUFFOLK



**STEVEN BELLONE**
SUFFOLK COUNTY EXECUTIVE

DENNIS M. BROWN
COUNTY ATTORNEY

DEPARTMENT OF LAW

March 10, 2014

Hon. Joanna Seybert, U.S.D.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451


Re:   McKoy v. Suffolk County correction, et al.
      CV14-0249 (JS)(AKT)

Dear Judge Seybert:

On behalf of the Suffolk County Attorney's office, I write with regard to the Court's Memorandum & Order dated March 3, 2014.

The Memorandum & Order, in part, requests this office to provide the Court and plaintiff within 30 days the names of the nurse administrator, head doctor, and other doctors, nurses and correction officers who are "Doe" defendants, along with the addresses where they may be served with process.

It appears that plaintiff wishes to sue the administrator to the jail medical unit, Dr. Vincent Geraci. However, we are unable to decipher with any certainty who else plaintiff wishes to sue. There is no one holding the title "nurse administrator" in the jail medical unit. While plaintiff lists approximately 7 nurses, 6 doctors and 3 correction officers as "Doe" defendants, there are no allegations in the complaint identifying the "Doe" defendants as having engaged in any particular misconduct. Accordingly, we are left to guess who the "Doe" defendants may be.

Since the body of the complaint sets forth that at the time of the incident, plaintiff had contact with 3-4 correction officers and was seen at the medical unit, we will endeavor to provide him with the names of the correction officers who had contact with him, and the names of the health professionals who treated him. Should plaintiff hereafter amend his complaint to make specific allegations against the "Doe" defendants, we will be in a better position to identify them.

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY    ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099    ♦

(631) 853-4049
TELECOPIER (631) 853-5169

All personnel of the Sheriff's Office may be served at the Sheriff Office Internal Affairs Division, 400 West Main St, Suite 202, Riverhead New York. Employees of the jail medical unit may be served at the Suffolk County Department of Health Services, 3500 Sunrise Highway, Suite 124, Great River, New York.

Respectfully submitted,

Dennis M. Brown
Suffolk County Attorney

_____
Arlene S. Zwilling
Assistant County Attorney

cc:   Jerry McKoy, plaintiff *pro se*
      00A3018
      Midstate Correctional Facility
      P.O. Box 216
      Marcy, New York 13403