UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JERRY O MCKOY

Plaintiff,

-against-

Suffolk County CORR.

Defendant.
-------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 03 2014 ★

LONG ISLAND OFFICE

Case No. 14-CV-0249

Judge: (JS) (AKT)

PLEASE BE ADVISED THAT MY NEW ADDRESS IS:

NUMBER AND STREET: P.O. Box 2500

CITY: Marcy                    STATE: New York

ZIP CODE: 13403          TELEPHONE NO: _____

IF APPLICABLE:

PRISON: Mid-state Corr. Fac.       PRISONER ID# 00-A-3018

RECEIVED
2014
EDNY PRO SE OFFICE

EFFECTIVE DATE OF CHANGE: ~~2-25~~ 1-21-14

DATED: 2-25-14

SIGNATURE

JERRY O MCKOY
PRINTED NAME

Mid-state Corr. Fac.
PRESENT ADDRESS

P.O. Box 2500 Marcy NY
13403

**MID-STATE CORRECTIONAL FACILITY**
P.O. BOX 2500
MARCY, NEW YORK 13403

NAME: MR. Terry McKay  DIN: 00-A-3018

Legal Mail



United States District Court
Eastern District of New York
100 Federal Plaza
M PRO SE CLERK
P.O. Box 9014
Central Islip, New York 90014