AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Jerry Quinn McKoy,<br><br>*Plaintiff(s)*<br>v.<br>Nurse Administrator, Suffolk County Correctional Facility, et al.<br><br>*Defendant(s)* | Civil Action No. 2:14cv00249-JS-AKT |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Dr. Vincent Geraci
Suffolk County Department of Health Services
3500 Sunrise Highway, Suite 124
Great River, NY  11739

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jerry Quinn McKoy ( Pro Se)
00-A-3018
Mid-State Correctional Facility
P.O.Box 2500
Marcy, NY  13403

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  03/24/2014



S/ Cinthia L. Mahon
*Signature of Clerk or Deputy Clerk*