UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JERRY QUINN MCKOY,

                    Plaintiff,        ANSWER

-against-        14-CV-0249 (JS)(AKT)

VINCENT GERACI, SCC NURSE ADMINISTRATOR, SCC NURSE JANE DOE, SCC NURSE JANE DOE, SCC NURSE JOHN DOE, SCC HEAD DOCTOR JANE DOE, SCC DOCTOR JANE DOE, SCC DOCTOR JANE DOE, SCC DOCTOR JOHN DOE, SCC PHYSCH [SIC] DOCTOR JOHN DOE, SCC OFFICER JOHNDOE, SCC OFFICER JOHN DOE, SCC OFFICER JOHN DOE,        JURY TRIAL DEMANDED

                    Defendants.

      Defendant, Vincent Geraci, by his attorney, Dennis M. Brown, Suffolk County Attorney, by Arlene S. Zwilling, Assistant County Attorney, answering plaintiff's complaint, respectfully

1.      Denies each and every factual allegation contained under the sections of the complaint captioned "D. Facts", "III. Injuries" and "IV Exhaustion of Administrative Remedies" and refers all questions of law to the Court.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

1. That the complaint fails to state a claim upon which relief can be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

2. That the damages sustained by plaintiff, if any, were caused by the plaintiff's own culpable and/or negligent conduct.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

3. That the complaint fails to set forth facts sufficient to constitute a deprivation of any constitutional right or other basis for a civil rights claim.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

4. That no policy, statement, ordinance, regulation or decision officially adopted and/or promulgated by defendant or otherwise ratified by defendant authorized a deprivation of plaintiff's constitutional rights.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

5. That no custom or usage adopted, followed, endorsed or ratified by defendant authorized a deprivation of plaintiff's constitutional rights.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

6. That the doctrines of respondent superior and vicarious liability do not apply to a civil rights claim.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

7. That this Court lacks personal jurisdiction over defendant.

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE**

8.      That this Court lacks subject matter jurisdiction.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

9.      That plaintiff has failed to comply with the statutory conditions precedent to commencement of an action against municipal defendants as set forth in the New York General Municipal Law.

**AS AND FOR A TENTH AFFIRMATIVE DEFENSE**

10.     That plaintiff's claims, if any, are in whole or in part, barred by the doctrines of collateral estoppel and/or res judicata.

**AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE**

11.     That defendant's actions, if any, were justified by the facts and circumstances presented.

**AS AND FOR A TWELVTH AFFIRMATIVE DEFENSE**

12.     That the defendant, at all times complained of, acted reasonably and in good faith in the discharge of their official duties and responsibilities.

13.     That defendant acted in what he did solely pursuant to his duties and responsibilities as law enforcement and/or prosecuting officials.

14.     That defendant at all times acted in good faith in that he reasonably believed that he was exercising and acting within his statutory and constitutional powers.

15. That in performing such duties and responsibilities, defendant is and was protected by absolute and/or qualified Federal and/or State immunity.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

16. That this action is barred by the doctrines of qualified and/or absolute governmental immunity for discretionary acts.

## AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

17. That this inmate claim is barred by the provisions of 42 U.S.C. §1997e.

Wherefore, defendant demands judgment against the plaintiff dismissing the complaint, together with the costs and disbursements of this action, and such other and further relief as this Court deems just and proper.

Dated: Hauppauge, New York
April 10, 2014

                Dennis M. Brown
                Suffolk County Attorney
                Attorney for Defendant
                Vincent Geraci
                P.O. Box 6100
                100 Veterans Memorial Highway
                Hauppauge, New York 11788-0099
                (631) 853-4049

By: _____
     Arlene S. Zwilling
     Assistant County Attorney

To:
    Jerry Quinn McKoy
    00A3018
    Midstate Correctional Facility
    9005 Old River Road
    P.O. Box 3600
    Marcy, NY 13403