FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   APR 18 2014   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JERRY QUINN MCKOY,

               Plaintiff,

-against-

SUFFOLK COUNTY CORRECTION, SUFFOLK
COUNTY SHERIFF VINCENT F. DEMARCO,
SCC NURSE ADMINISTRATOR, SCC NURSE
JANE DOE, SCC NURSE JANE DOE, SCC
NURSE JOHN DOE, SCC HEAD DOCTOR,
SCC DOCTOR JANE DOE, SCC DOCTOR,
JANE DOE, SCC DOCTOR JANE DOE, SCC
DOCTOR JOHN DOE, SCC PHYSCH [SIC]
DOCTOR JOHN DOE, SCC OFFICER JOHN
DOE, SCC OFFICER JOHN DOE, SCC
OFFICER JOHN DOE,

               Defendants.

MOTION FOR SUMMARY

JUDGMENT BY PLAINTIFF

FOR FAILURE OF DEFENDANT

TO PROVIDE INFORMATION

AS ORDER BY THE COURT

14-CV-0249 (JS) (AKT)

FRCP RULE 56

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD

    PLEASE TAKE NOTICE,.. Pursuant to **Rule 56 of the Federal Rules of Civil Procedure**, Plaintiff **Jerry Quinn McKoy,** moves this court to enter **Summary Judgment** for Plaintiff on the grounds there is genuine issue as to any material fact, and the Plaintiff is entitled to **judgment** as a matter of law.

    This motion is based upon the following:

    This is an action pursuant to the unidentified defendants where the the Honorable Court requested by order for the County Attorney to provide the names of the defendants, and to be served to the court and to the plaintiff within thirty (30) days.

**RECEIVED**

APR 1 - 2014

**EDNY PRO SE OFFICE**

In accordance to the order of the court on March 3, 2014, 30 days has gone far beyond expiration of 30 days where the County has not yet complied as ordered.

It would seem that defendant failed to attempt to comply with the court order. nor had there been diligent effort. It was not even clear that any inquirey had been made. From the courts order it is apparent that the court assisted the plaintiff in conducting necessary investigation **Donald v Cook County Sheriff Dept. 95 f3d 548**.

Nonetheless there has been no indentitity known yet, and the defendant had ample opportunity to locate these defendants, however the dates and location, time of these incidents would indicate that the defendant has a log book that would indentify the employees that was working at the locations that these incidents occured.

Despite the Court Ordering the defendant to attempt to ascertan the full names of the defendants, no attempt had been made whatsoever.

Plaintiff on which relief should be granted. Insupport of this motion plaintiff refers to the record in this action, and there is an issue to be tried and that the plaintiff is entitled to judgment as a matter of law.

**WHEREFORE,** PLAINTIFF demands judgment against the defendant and prays that his motion is granted.

Respectfully Submitted

April 17, 2014
Marcy, New York 13403

JERRY QUINN MCKOY #00A3018
Mid-State Correctional Facility
P.O. Box 2500
Marcy, New York 13403

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---

JERRY QUINN MCKOY

                      Plaintiff,

-against-

SUFFOLK COUNTY CORRECTION, SUFFOLK COUNTY SHERIFF VINCENT F. DEMARCO, SCC NURSE ADMINISTRATOR, SCC NURSE JANE DOE, SCC NURSE JANE DOE, SCC NURSE JOHN DOE, SCC HEAD DOCTOR SCC DOCTOR JANE DOE, SCC DOCTOR JANE DOE, SCC DOCTOR JANE DOE, SCC DOCTOR JOHN DOE, SCC PHYSCH [SIC] DOCTOR JOHN DOE, SCC OFFICER JOHN DOE, SCC OFFICER JOHN DOE, SCC OFFICER JOHN DOE.

AFFIRMATION OF SERVICE

14-CV-0249 (JS) (AKT)

U.S.C.A. § 1746 (2)

---

I, JERRY QUINN MCKOY, DECLARE UNDER THE PENALTY OF PERJURY that I have served a copy of the attached. **MOTION FOR SUMMARY JUDGMENT** UPON:

    TO: ARLENE ZWILLING
         ASSISTANT COUNTY ATTORNEY
         100 VETERANS MEMORIAL HIGHWAY
         P.O. BOX 6100
         HAUPPAUGE, NEW YORK 11788-0099

                                              Respectfully Submitted

                                              JERRY QUINN MCKOY #00A3018
                                              Mid-State Correctional Facility
                                              P.O. Box 2500
                                              Marcy, New York 13403

**MID-STATE CORRECTIONAL FACILITY**
P.O. BOX 2500
MARCY, NEW YORK 13403

NAME: JERRY QUINN MCKOY    DIN: 00A3018



CLERK OF UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★   APR 18 2014   ★

LONG ISLAND OFFICE

**LEGAL MAIL**

11722443800