Judge Joanna Saybart              Terry McKoy #00A3018
United State District Court        Mid-State Corr. Fac.
Eastern District of New York       Box 2500
100 Federal Plaza                  Marcy New York
Central Islip New York 11722                    13403

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 30 2014 ★
LONG ISLAND OFFICE

RECEIVED
MAY 0 — 2014
EDNY PRO SE OFFICE

Dated April, 28 2014

Re: McKoy v Suffolk County
Correction et al  CV-14-0249(JS)(AKT)

Dear Judge Saybart

   I am writing to you in regards to the Summary Judgment that was filed by myself pro se.
   Your Honor in your conclusion and order, page (8)eight and (9) Nine of memorandum + Order 14-CV-0249 (JS)(AKT), you requested the Suffolk county attorney office to provide the Names of the "Doe" listed in the complaint within 30 days of the order which was dated March 3 2014. I did Not recieve any thing from the Suffolk County Attorney office until April 24 2014 but the letter was dated April 22 2014 which supplied the Name of the Doctor (1) officer a sgt and 2 Nurses
   Your Honor it is clear that the Suffolk County Attorney office has access to the

the "Doe's" that was mention in this suit. It is also clear that the area of where they dispense medication and collected sick-call slips and grievance on a daily basic is also documented.

Your Honor the Suffolk County Attorney offices represents these indivisual and therefore has access to these records, and neglect to follow the "order of the court" and only supplied prose plainiff with a minimum of names, named in the suit after a motion for summary judgment was filed after the deadline for not following the Courts order.

In Conclusion I ask the courts to grant plaintiff summary judgment on the grounds that defendants or Suffolk County Attorney office did not fully oblige by the courts order

Sincerly

Terry McKoy
00-A-3018

cc: File

Dennis M. Brown
Suffolk County Attorney
P.O. Box 6100
Hauppauge NY 11788-0099



MID-STATE CORRECTIONAL FACILITY
P.O. BOX 2500
MARCY, NEW YORK 13403
NAME: Mr. Terry McKoy DIN: 00A3018

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y
★  APR 30 2014  ★
LONG ISLAND OFFICE

LEGAL MAIL

Hon. Joanna Saybart
United States District Court
Eastern District of NEW YORK
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York
11722-4451