FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

MAY 07 2014

LONG ISLAND OFFICE

Hon. Joanna Seybert
United State District Court
Eastern District of New York
100 Federal Plaza
Central, Islip New York 11722

Jerry McKoy 00A3018
Mid-State Corr. Fac.
P.O. Box 2500
Marcy, New York 13403

Date 5-5-14
Re: McKoy v. Suffolk County CV-14-0249
(JS)(AKT) appointment of Counsel

Dear Hon. Seybert

I am writing this letter asking the courts to accept it in the form of a motion for the appointment of counsel for the violation of my 8th and 14th amendment.

I am not able to prosecute or argue this case even though it meet the criteria for a civil claim I am only a layman of the law.

I was given pro se status for the filing of this claim because I didn't have the money to file. Niether do I have and money stock or anything else of monaytary value to hire an attorney to prosecute this claim.

cc: File
Aclane Zwilling
Department of Law
P.O. Box 6100
Hauppauge NY 11788-9623

RECEIVED
MAY 0 8 2014
EDNY PRO SE OFFICE

Sincerly
Jerry McKoy
#00A3018



LEGAL MAIL

MID-STATE CORRECTIONAL FACILITY
P.O. BOX 2500
MARCY, NEW YORK 13403
NAME: MR. Jerry McKoy  DIN: 00A3018

Hon. Joanna Seybert
United State District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York
11722

