UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JERRY QUINN MCKOY,

                            Plaintiff,

          - against -

NURSE ADMINISTRATOR, Suffolk County
Correctional Facility et al.,

                         Defendants.
-----------------------------------------------------------X

**SCHEDULING ORDER**

CV 14-249 (JS) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The above-captioned case has been referred to United States Magistrate Judge A. Kathleen Tomlinson to supervise pre-trial discovery. Because plaintiff is incarcerated and is not represented by an attorney, we will not be able to schedule discovery or the other matters enumerated in Rule 16 of the Federal Rules of Civil Procedure at the in-person pre-trial conference contemplated by that rule. Accordingly, it is hereby ORDERED that discovery in this case be conducted as follows:

      (1)   Plaintiff shall prepare a written narrative statement of the facts plaintiff currently anticipates presenting at trial through the testimony of witnesses or documentary evidence. Plaintiff shall send a copy of this statement to counsel for defendants and file a copy with the Court (in the manner required by paragraph (9), below) by **June 30, 2014.**

      Since this statement is to be prepared prior to the taking of any discovery in the case, it is understood that the plaintiff's theory of the case may evolve as discovery proceeds. The statement shall include a list of all exhibits plaintiff anticipates introducing into evidence at trial and a list of the names and addresses of all witnesses plaintiff presently intends to call. Plaintiff shall also include a written summary of the anticipated testimony of each witness.

      (2)   By **July 28, 2014**, each defendant shall serve and file (in the manner required by paragraph (9), below) a written narrative of the facts which that defendant currently anticipates presenting at trial through the testimony of witnesses or documentary evidence. The statement shall include a list of all exhibits defendant anticipates offering, the names and addresses of all witnesses the defendant presently intends to call, and a summary of each anticipated witness's testimony. Again, since this statement will be prepared without benefit of discovery, it is understood that defendant's presentation at trial will not be limited to matters set forth in this statement and that the defense theory may evolve as discovery proceeds.

      (3)   A telephone status conference will be held in this case on **August 11, 2014 at 10 a.m.**

Counsel for defendants will initiate the call to **(631)712-5670,** using an outside operator. **Appropriate arrangements must be made in advance with the prison officials**. All parties must participate.

The purpose of this call is to discuss what other discovery each party needs in order to support the claims and defenses raised in this case, including the service document requests, or whether defendants' counsel wishes to take plaintiff's deposition. The Court does not permit service of interrogatories or notices to admit upon pro se litigants, except interrogatories going solely to the issue of categories of damages and/or calculation of damages. Unless objected to, each document request must be responded to within thirty (30) days of receipt. If either party is objecting to a document demand, then those objections must be sent in writing to the other party within fourteen (14) days of receipt. The Court will set the schedule with the parties during the **August 11, 2014** telephone conference.

During the telephone conference, any party wishing to join additional parties in this action or to amend the pleadings must disclose that fact to the Court at that time. If the Court permits the motion to go forward, a schedule will be set up for the motion to be served and opposition to be filed. If a party does not notify the Court of his/her intention to make a motion to amend at the telephone conference, that party may be deemed to have waived the right to make such a motion.

(4) By the date set by the Court at the **August 11, 2014** telephone conference, plaintiff shall submit a revised narrative statement, exhibit list, witness list, and summary of each witness's testimony. It is expected that this final written presentation will accurately reflect the facts which plaintiff will establish at trial and accurately recite all exhibits plaintiff will introduce and all witnesses the plaintiff will call, including the substance of each witness's testimony. Any evidence not fully and accurately disclosed in this final pre-trial narrative statement and list of documents and witnesses will be excluded at the trial. Exceptions will be made only to prevent manifest injustice.

(5) During the **August 11, 2014** telephone conference, counsel for the defendants will be given a date by which to submit the customary pre-trial order.

(6) If either or both parties intend to move for summary judgment, that party must notify the Court by **August 11, 2014.**

(7) If none of the parties intends to move for summary judgment, then the case will be marked ready for trial following the filing of all final, revised narrative statements and the pre-trial order.

(8) Every pleading, motion, narrative statement, set of interrogatories, document request, objection to requested discovery, response thereto, and every other paper shall be signed by the party or party's attorney as provided in Rule 11 of the Federal Rules of Civil Procedure.

(9) Every pleading or other document submitted for consideration by the Court shall be filed with the Clerk of the Court by mailing that document to: Clerk of the Court, United States

District Court, Eastern District of New York, 100 Federal Plaza, P.O. Box 9014, Central Islip, New York, 11722-9014.  Any motions pertaining to a discovery dispute should also be mailed to the Clerk with a courtesy copy mailed directly to Chambers at United States District Court, Eastern District of New York, P.O. Box 9014, Central Islip, New York, 11722-9014.

Further, every document or correspondence filed with the Court shall include on the original document a certificate stating that a true and correct copy of the pleading or document was mailed to all other parties in the action.  The certificate of service must also recite the address to which the pleading or document was mailed and the date on which it was mailed.  Any pleading or other document received by a District Judge or Magistrate Judge which has not been filed with the Clerk or which fails to include a proper certificate of service may be disregarded by the Court.

**SO ORDERED.**

Dated: Central Islip, New York
       May 19, 2014

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge