Jerry Quinn McKoy
8 Venedia Dr
Wheatley Heights, NY 11798
631-671-9840

June 4, 2014

United States District Court
Eastern District
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 06 2014   ★

LONG ISLAND OFFICE

Dear United States District Court:

  I am writing to request copies of my Pro Se Civil Rights Complaint records. Please forward all records pertaining to this case to the address listed above. The initial date of case was in 2014 and due to a personal crisis, my paperwork has been displaced. Please note that my address listed above is a current address for any and all correspondence to be sent to here forward. If there any questions regarding my request, please reach me via the above contact information. Thank you in advance for your time.

Sincerely,

*[signature]*

Jerry Quinn McKoy

8 Uneada Dr
Wheatley Heights NY 11798

United States District Court
Eastern District, Pro Se
Long Island Courthouse
100 Federal Plaza
Central Islip NY 11722

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 06 2014 ★
LONG ISLAND OFFICE

neopost
06/04/2014
US POSTAGE
$00.48
ZIP 11772
041L10222337

11722344438