# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK



**PLEASE REPLY TO:**

PRO SE OFFICE / LONG ISLAND
100 FEDERAL PLAZA
P.O. BOX 9014
CENTRAL ISLIP, NY 11722-9014
PH: 631-712-6060

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 10 2014 ★

**LONG ISLAND OFFICE**

TO: Jerry Quinn McKoy

FROM: Pro Se Office, E.D.N.Y.
By:/s/C.Vukovich

DATE: 6/10/14

SUBJECT: 14-cv-00249

This is in response to your request for copies of documents and/or transcripts related to the above named case.

A copy of your docket sheet is enclosed. Kindly re-submit your request and refer to the documents by docket entry number. Copies of documents are billed at .50 per page. You must indicate a willingness to pay for the copies and you will be notified of the fee. Once payment is received, your copies will be mailed.

Note that transcripts are ordered directly from the Court Reporter noted on the docket, or may be obtained from your attorney.

Last, any request to waive the fee(s) should be made in writing to the Judge in your case.

enc.