## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK)
COUNTY OF SUFFOLK) ss.:

      **CHERYL D'ARCANGELO**, being duly sworn, deposes and says:
      That I am over 18 years of age and associated with the Suffolk County Attorney. That on the **18th day of June, 2014**, served the within **SCHEDULING ORDER dated MAY 19, 2014** in the matter of **MCKOY v. COUNTY OF SUFFOLK, et al., Docket No.: CV 14-0249(JS)(AKT)**, upon the person hereinafter named, <u>once an updated address was filed with the Court,</u> depositing a true copy thereof, enclosed in a post-paid properly addressed mail wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:

Jerry Quinn McKoy
*Pro Se*
8 Venedia Drive
Wheatley Heights, NY 11798

                                                _____
                                                CHERYL D'ARCANGELO

Sworn to before me this
18th day of June, 2014

_____
Roseann Gargiulo
Notary Public
State of New York
No. 01GA6258291
Qualified in Suffolk County
Expires March 26, 2016