RECEIVED
JUL 07 2014
EDNY PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 07 2014 ★
LONG ISLAND OFFICE

United State District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip New York 11722-9014

Jerry O McKoy
8 Vanadia Drive
Wheatley Hts NY 11798

Date: June 25 2014   July 2 2014

Re: CV 14-249 (JS) (AKT)
Written Narrative Statement of facts.

Dear Judge Tomlinson:

I am writing in regards to the statement of facts which is due on June 30 2014. I would like the Courts to give me an extention of time until I recieved my medical records from SCCF which would allow me to present and state better documentary evidence.

I have also sent the court a change of address which is 8 Vanadia Drive Wheathley Hts NY 11798 this address change was posted and mailed by me on or about May 16 2014 the first letter that I recieved from the courts is post marked June 11 201 (Docket text) If any mail was sent to my old

address I did not recieve.

I have sent for my medical record approx. 4 wks ago and have not recieved anything from the Suffolk County Correctional Facility as of yet. These records was requested by Community housing innovation which is a ocnanization that I attend and gave authorization to do so.

So in closing I pray that the courts grant this motion which is in a letter form for an extention of time and possibly given me help in uptaining my medical records

Sincerly

Jerry McKay

Jerry McKoy
8 Venedia Drive
Wheatly Hts NY 11798

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 07 2014 ★
LONG ISLAND OFFICE

1722501414

03 JUL 2014 PM 3 L

Clerk of US District Court EDNY
Pro Se Office
100 Federal Plaza
P.O. Box 9014
Central Islip NY 11722-9014