FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ ★ AUG 11 2014 ★
LONG ISLAND OFFICE

# Narrative Statement

United State District court
Eastern District of New York
   Clerk office                August 6 2014
   P.O. Box 9014
Central Islip NY 11722-9014


            Case # 2:14-cv-00249-JS-AKT
            Case Name McKoy v. Suffolk county
                        Correction et al


## Plaintiff Narrative Statement of Fact

1) plaintiff intend to provide statements to prove that on 5-29-13 that he was placed on Neurontin 800 mg 3 times a day for 28 days for seizure disorder by the medical doctor of the medical department

2) plaintiff intend to provide medical statements to prove that on 6-30-13 Neurontin 800 mg 3x a day for seizures was still active medication as of 6-30-13 and was renewed 6-25-13 for 28 days

3) plaintiff intends to provide medical statements from the medical department showing that the medical department renewed his seizure medication Neurontin 800mg for 28 days on 7-19-13

4) plaintiff intend to provide statements (medical) showing that the medical department renewed his seizure medication Neurontin 800mg 3x a day for 28 days on 8-13-13

5) plaintiff intend to provide statements that show the psychiatric Department took over prescribing me Neurontin which I was taking for medical reason then at some point they discontinued my medication

6) plaintiff intends to provide documents stating that after being taking off his seizure medication that he had a seizure.

Jerry McKoy
8 Venedia Dr
Wheathley Hts NY
11798

Jerry McKoy
8 Venledia Drive
Wheathly Hts NY
11798

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 11 2014 ★

LONG ISLAND OFFICE

Clerk of US District Court EDNY
100 Federal Plaza
P.O. Box 9014
Central Islip, NY
11722-9014