## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK)
COUNTY OF SUFFOLK) ss.:

**CHERYL D'ARCANGELO**, being duly sworn, deposes and says:

That I am over 18 years of age and associated with the Suffolk County Attorney. That on the **15th** day of April, 2014, served the within **ORDER DATED AUGUST 15, 2014** in the matter of **MCKOY v. COUNTY OF SUFFOLK, et al., Docket No.: CV14-0249(JS)(AKT)**, upon the person hereinafter named depositing a true copy thereof, enclosed in a post-paid properly addressed mail wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:

Jerry Quinn McKoy
8 Venedia Dr.
Wheatley Heights, NY 11798

_____
CHERYL D'ARCANGELO

Sworn to before me this
15th day of August, 2014

_____
Roseann Gargiulo
Notary Public
State of New York
No. 01GA6258291
Qualified in Suffolk County
Expires March 26, 2016