| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |

BEFORE:  A. KATHLEEN TOMLINSON          DATE:  <u>8-11-2014</u>
               U.S. MAGISTRATE JUDGE          TIME:  <u>10:21 a.m. (13 minutes)</u>

**McKoy v. Suffolk County Correction, et al.,**
**CV 14-249 (JS) (AKT)**

TYPE OF CONFERENCE:     **STATUS CONFERENCE**

APPEARANCES:   Plaintiff:   Jerry Q. McKoy, Pro Se (by telephone)

                             Defendants:   Arlene S. Zwilling (Dr. Vincent Geraci)

FTR:   10:21-10:34

SCHEDULING:

      A Discovery Status Conference will be held on November 21, 2014 at 10:30 a.m.

THE FOLLOWING RULINGS WERE MADE:

1. The Court inquired why plaintiff had not submitted his narrative statement in response to the Court's prior Orders, particularly in light of the extensions which had been granted. Plaintiff McKoy stated that he did serve his narrative statement sometime last week; however, defendants' counsel has not received the statement, nor has the Court. It appears that the statement may still be in the mail. The Court further confirmed plaintiff's current address and phone number.

2. In light of the fact that plaintiff is no longer incarcerated, we will be handling discovery in a different way. I explained to the parties that based on plaintiff's pro se status, we will be conducting discovery in stages. To that end, I have set the following schedule for serving and responding to document requests. The plaintiff was advised that his document requests must be narrowly tailored to the claims he has raised in this case. In addition, defendants' instructions and requests are to be written in plain English with the understanding that counsel is dealing with a pro se litigant.

    - Defendant's counsel will serve defendant's document requests (and any restricted interrogatories as discussed today, solely addressing categories of damages and calculation of damages) upon the pro se plaintiff **by September 2, 2013**;

    - Plaintiff will serve hiser document requests (each request to be numbered separately) upon defendant's counsel **by September 16, 2013**;

    - Plaintiff will serve responses to defendant's document requests (and limited interrogatories if served by defendant) **by October 9, 2013**;

    - Defendant's responses to plaintiff's document requests are to be served **by October 23, 2013;**

- **During the time between October 24 and November 7, 2014**, the parties are to have a meet-and-confer by telephone to discuss any objections they have to each other's discovery responses in an attempt to resolve those issues.

  <u>Whatever issues remain unresolved are to be put in writing to the Court by each respective party (a bullet point list is sufficient) by November 14, 2014</u>.

I have directed the pro se plaintiff to identify any documents he is serving in response to the defendant's requests by a number placed at the lower right-hand corner of each responsive document. For example, the documents should be produced as P– 1, P– 2, P–3, etc. so that they can be properly identified later for use at a deposition or in motion practice.

The Court has also advised defendants' counsel that the Court does not permit notices to admit or factually substantive interrogatories to be served on pro se litigants, with the exception of interrogatories directed specifically to identifying categories and/or calculation of damages as noted above. Defendants' counsel can obtain the factual information she needs at plaintiff's deposition.

3. The Court is directing defendants' counsel to provide the pro se plaintiff and the Court by September 2, 2014 with the names of the Corrections Officers and staff members in the Medical Unit (nurses and/or health professionals) at the Suffolk County Correctional Center who were on duty the afternoon of October 19, 2013 at approximately 2:45 p.m. and thereafter during the time of the alleged underlying events.

4. I encouraged the plaintiff to take advantage of the services provided by the Pro Se Office here in the Courthouse.

5. We will take up the next stage of discovery, including setting a schedule for the plaintiff's deposition, at the next conference on November 21, 2014.

6. Defendants' counsel is directed to serve a copy of this Order upon the pro se plaintiff forthwith by first-class mail and to file proof of service on ECF.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge