**PRO SE OFFICE**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**100 FEDERAL PLAZA**
**CENTRAL ISLIP, NY 11722**
**(631) 712-6060**



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 23 2014 ★
LONG ISLAND OFFICE

Date: September 23, 2014

Re: 14-CV-0249 (JS)(AKT)

Dear *pro se* litigant:

The enclosed filing is being returned without docketing or consideration for the following reason(s):

( )   The docket number and/or judges' initials are incorrect or missing.

( )   Your signature is required on all papers filed with the Court. Please sign wherever an "X" appears.

( )   These papers appear to be intended for another court or agency.

**( X )   Papers cannot be filed without indicating that they have been served on all parties in your action, or their attorneys. This office *will not* forward copies of your papers to other parties or their counsel. An <u>Affirmation of Service</u> form is enclosed.**

( )   Your papers do not meet the minimum requirements for:

   ( )   Legibility: please type or print clearly.
   ( )   Language: only <u>English</u> is acceptable.
   ( )   Form or Content: See forms/instructions enclosed.
   ( )   Please indicate the documents you served on your affirmation of service.
   ( )   Other:

( )   This Court will only accept papers on 8 1/2 by 11 paper. Note that this does not include exhibits.

( )   Pursuant to Local Civil Rules 5.1, discovery materials are not filed with the Court except by Order of the Court.

( )   Your <u>Notice of Appeal</u> has been processed, and your case is closed. Your papers should be directed to:

   United States Court of Appeals for the Second Circuit
   Thurgood Marshall U. S. Courthouse
   40 Foley Square
   New York, NY 10007

( )   Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

( )   The Court cannot act on your submission(s). To the extent that it is your intent to start a new action, or to file a motion, please request the appropriate form(s) from our website or from our office.

( )   Other: _____

*PRO SE* OFFICE
By: /s/ C.Vukovich

Hon. A Kathleen Tomlinson      Jerry McKay
United States District Court    8 Venedia Dr
Eastern District of New York    Wheatley Ht NY 11798

Sept 18 2014

RE: 14-CV-00249-JS-AKT
Defendant Failure to Submitt
interrogatories

Dear your Hon:

Defendants was surposa to serve me with their interrogatories by september 2 2014 as of this day I have not receive anything from them.

As your Honor stated they was ordered to serve me first which would then allow me to serve them since I am pro-se and have No Knowledge of how it is done. As it was stated on record.

Your Hon. if you could look into this matter I would greatly appreiate it

Sincerly

Jerry McKay