## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK)
COUNTY OF SUFFOLK) ss.:

    **CHERYL D'ARCANGELO**, being duly sworn, deposes and says:

    That I am over 18 years of age and associated with the Suffolk County Attorney. That on the **25th day of November, 2014**, served the within **ORDER DATED November 24, 2014, Document No. 31** in the matter of **MCKOY v. COUNTY OF SUFFOLK, et al., Docket No.: CV14-0249(JS)(AKT)**, upon the person hereinafter named depositing a true copy thereof, enclosed in a post-paid properly addressed mail wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:

Jerry Quinn McKoy
8 Venedia Drive
Wheatley Heights, NY 11798

CHERYL D'ARCANGELO

Sworn to before me this
25th day of November, 2014

Roseann Gargiulo
Notary Public
State of New York
No. 01GA6258291
Qualified in Suffolk County
Expires March 26, 2016