A. KATHLEEN TOMLINSON
UNITED STATES MAGISTRATE JUDGE
100 Federal Plaza
CENTRAL ISLIP, NY 11722-9014

OFFICIAL BUSINESS



Jerry Quinn McKin
Red Carpet Inn
4444 Veterans M
Holbrook,

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

NTXTF   100   FE 1009   0004/27/15
RETURN TO SENDER
UNABLE TO FORWARD
BC: 11722901414   *0502-05378-20-47

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JERRY QUINN MCKOY,

                     *Pro Se* Plaintiff,

-against-    **ORDER**

                                           CV 14-249 (JFB) (AKT)

NURSE ADMINISTRATOR, Suffolk County
Correctional Facility et al.,

                     Defendants.
-------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

    *Pro Se* Plaintiff Jerry Quinn McKoy ("Plaintiff") failed to appear at the April 8, 2015 in-person status conference held before this Court. The Court has been attempting to reach Plaintiff since that appearance. Plaintiff has an obligation to keep the Court informed of his whereabouts, including his address, telephone number, and e-mail address.

    Following a search, the Court was able to ascertain that Plaintiff has recently been staying in Room 601 at the Red Carpet Inn located at 4444 Veterans Memorial Highway, Holbrook, NY 11741. The Court is sending a copy of this Order to that address. Plaintiff is directed to contact the Court immediately with his telephone number and/or e-mail address so the Court can re-schedule the status conference which he failed to attend. If Plaintiff fails to comply, the Court will be left with no alternative but to recommend dismissal of this action.

                                                    **SO ORDERED:**

Dated: Central Islip, New York
       April 17, 2015

                                                   /s/ A. Kathleen Tomlinson
                                                   A. KATHLEEN TOMLINSON
                                                   United States Magistrate Judge