**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JERRY QUINN MCKOY,

                          *Pro se* Plaintiff,                               **ORDER**

           -against-                                    CV 14-249 (LDH) (AKT)

NURSE ADMINISTRATOR, Suffolk County
Correctional Facility et al.,

                          Defendants.
-------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

        This case has been dormant for some time.  As such, the Court is setting this matter down

for an in-person Status Conference on <u>February 22, 2017 at 2 p.m.</u> to ascertain the status of

discovery and to ensure that this case proceeds accordingly.

        Defendants' counsel is directed to serve a copy of this Order upon the *Pro Se* Plaintiff

forthwith and to file proof of such service on ECF promptly.  In addition, the Court is serving a

copy of this Order to the address indicated on the docket.

                                        **SO ORDERED.**

Dated: Central Islip, New York
        February 8, 2017

                                   /s/ A. Kathleen Tomlinson
                                   A. KATHLEEN TOMLINSON
                                   United States Magistrate Judge