# Certificate of Service

I hereby certify that the Order dated February 8, 2017 [DE35] was mailed upon the person hereinafter named by depositing a true copy thereof, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:

Jerry Quinn McKoy
8 Venedia Dr.
Wheatley Heights, NY 11798

Dated:  Hauppauge, New York
        February 10, 2017

                                    Dennis M. Brown
                                    Suffolk County Attorney
                                    Attorney for County Defendants
                                    H. Lee Dennison Building
                                    100 Veterans Memorial Highway
                                    P.O. Box 6100
                                    Hauppauge, New York 11788

                           By:    Cheryl D'Arcangelo
                                    Principal Clerk