TO: Judge A. Kathleen Tomlinson

FROM: Jerry O McKoy  Pro-Se

Case No# CV 14-249 (LDH)(AKT)

Subject: Rescheduling of Status Conference

Date 4-24-17

Dear Judge Tomlinson

I'm writing to request that to ASK that for the status Conference that Schedule for February 22, 2017 be reschudled. I apoloze for not making this court day and humbly ask that you allow the case to remain open

Sincerly

Jerry McKoy

*FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. APR 26 2017 LONG ISLAND OFFICE*

From: Mr Jerry Q McVhof
8 Venedia Dr.
Wheathley Hts NY 11798

To Judge A. Kathleen Tomlinson
United States District Court
Eastern District
100 Federal Plaza
Central Islip New York 11722

MID-ISLAND NY 117
24 APR 2017 PM 7 L

RECEIVED
APR 26 2017
LONG ISLAND
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.