UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JERRY QUINN MCCKOY,

                                             **ORDER**

                Plaintiff *Pro Se*,                CV 14-249 (LDH) (AKT)

    - against -

NURSE ADMINISTRATOR, Suffolk County
Correctional Facility, JANE DOE, Nurse,
Suffolk County Correctional Facility,
JANE DOE, Nurse, Suffolk County Correctional
Facility, JANE DOE, Nurse, Suffolk County
Correctional Facility and DR. VINCENT
GERACI, Suffolk County Correctional Facility,

                    Defendants.
------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      In light of pro se Plaintiff Jerry McKoy's April 27, 2017 letter, the Court is setting this case down for an in-person conference on May 16, 2017 at 11 a.m. in Courtroom 910.  **Plaintiff McKoy is hereby on notice that if he fails to appear for this conference, this Court will have no alternative but to recommend to Judge Hall that his case be dismissed for failure to prosecute and for failure to comply with the Orders of the Court**.

      Defendants' counsel is directed to serve a copy of this Order on the *Pro Se* Plaintiff forthwith and to file proof of such service on ECF promptly.

                                                             **SO ORDERED.**

Dated: Central Islip, New York
         May 3, 2017

                                            /s/ A. Kathleen Tomlinson
                                            A. KATHLEEN TOMLINSON
                                            U.S. Magistrate Judge