# Certificate of Service

I hereby certify that the Order dated May 3, 2017 [DE38] was mailed upon the person hereinafter named by depositing a true copy thereof, enclosed in a post-paid properly addressed First Class Wrapper along with a copy sent Certified Return Receipt in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:

Jerry Quinn McKoy
8 Venedia Drive
Wheatley Heights, NY 11798


Dated:  Hauppauge, New York
        May 3, 2017

                                      Dennis M. Brown
                                      Suffolk County Attorney
                                      Attorney for County Defendants
                                      H. Lee Dennison Building
                                      100 Veterans Memorial Highway
                                      P.O. Box 6100
                                      Hauppauge, New York 11788

                         By:    Cheryl D'Arcangelo
                                  Principal Clerk