| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | A. KATHLEEN TOMLINSON<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | 7-18-2017<br>11:00 a.m. (     minutes) |

*McKoy v. Suffolk County Correction, et al.*
**CV 14-249 (LDH) (AKT)**

TYPE OF CONFERENCE:        **STATUS CONFERENCE**

APPEARANCES:    Plaintiff:     Jerry Quinn McKoy, Pro Se

                Defendant:    Brian Mitchell (Dr. Vincent Geraci)

FTR:

SCHEDULING:

   The Status Conference is re-scheduled to **August 4, 2017 at 11 AM in Courtroom 910.  Both parties must be present at that time.**

THE FOLLOWING RULINGS WERE MADE:

   When this case was called this morning, neither the plaintiff nor defendants' counsel appeared. The Court's staff telephoned plaintiff McKoy, but were forced to leave a voicemail message.  This matter is therefore put over to August 4, 2017 and both sides are required to appear in person at that time.

   The Court is sending a copy of this Order and the Court's May 16, 2017 Order to plaintiff McKoy at his currently listed address.

                                SO ORDERED

                                /s/ A. Kathleen Tomlinson
                                A. KATHLEEN TOMLINSON
                                U.S. Magistrate Judge