# Certificate of Service

I hereby certify that the Civil Conference Minute Order dated August 10, 2017 [DE42] was mailed upon the person hereinafter named by depositing a true copy thereof, enclosed in a post-paid properly addressed First Class Wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:

Jerry Quinn McKoy
8 Venedia Drive
Wheatley Heights, NY 11798


Dated:  Hauppauge, New York
        August 10, 2017

                         Dennis M. Brown
                         Suffolk County Attorney
                         Attorney for County Defendants
                         H. Lee Dennison Building
                         100 Veterans Memorial Highway
                         P.O. Box 6100
                         Hauppauge, New York 11788

               By:    Cheryl D'Arcangelo
                      Secretarial Assistant