Jerry McKoy

2 Venedia Dr

Wheathley Hts NY

       11798

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 21 2017 ★

LONG ISLAND OFFICE

United States District Court

Eastern District of New York

100 Federal Plaza

Central Islip New York

Date: 8-14-17

        Case #2: 14-cv-0024

        LDH-AKt

Re: Change of Address and extension of time to amended claim and other orders that in place on record at 8-4-17 status conference.

Dear

    Honor AK, Tomlin

I would humbly ask the courts for an extension to file my amended claim. There was death in my family in the state of N.C. and due to this fact I am spending time with my family. As far as the address change I no longer receives my mail at 8 Venedia Dr Wheathley Hts NY 11798, I am now receiving my mail at 2 Venedia Dr Wheatley Hts NY 11798.

Your help in the matter would be greatly appreciated.

I thank you beforehand for your time and consideration

                              Jerry McKoy

**RECEIVED**

AUG 2 1 2017

**EDNY PRO SE OFFICE**

2 Venecia Dr
Wheatley Hts NY 11798

CHARLOTTE NC 282
17 PM 5 L

Attn: Pro Se Office
US District Court
Eastern District of New York
100 Federal Plaza
Central Islip NY

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
AUG 18 2017
LONG ISLAND OFFICE

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
AUG 21 2017
LONG ISLAND OFFICE

11722-443800          11722