**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
 JERRY QUINN MCCKOY,

                                                                                    **ORDER**

                                        Plaintiff *Pro Se*,              CV 14-249 (LDH) (AKT)

                    - against -

NURSE ADMINISTRATOR, Suffolk County
Correctional Facility, JANE DOE, Nurse,
Suffolk County Correctional Facility,
JANE DOE, Nurse, Suffolk County Correctional
Facility, JANE DOE, Nurse, Suffolk County
Correctional Facility and DR. VINCENT
GERACI, Suffolk County Correctional Facility,

                                        Defendants.
----------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

        The Court has reviewed Plaintiff's letter dated August 14, 2017 and expresses its

condolences regarding Plaintiff's loss.  In light of the circumstances set forth in Plaintiff's letter,

the Court will permit Plaintiff **one final opportunity** to file an amended complaint.

        To the extent Plaintiff seeks to file an amended pleading, he has until September 14, 2017

to do so.  Likewise, the scope of any such amendment shall be limited to the addition of the names

of the corrections officers and medical staff whom Plaintiff is purportedly suing.  Plaintiff is

hereby given notice that if he does not file an amended complaint by the September 14, 2017

deadline, his right to do so shall be deemed waived permanently.  Moreover — and pursuant to the

Court's previous caution and warnings — the mere fact that Plaintiff files an amended pleading

does not automatically mean he will be able to proceed against these newly identified individuals.

The statute of limitations in this case has continued to run.  At this stage, Plaintiff's proposed

amended filing may be too late.  However, that is an issue for another day.

The Court is directing Attorney Zwilling to serve a copy of this Order on plaintiff McKoy forthwith by first-class mail (and by email if feasible) and to file proof of such service on ECF.

**SO ORDERED.**

Dated:  Central Islip, New York
        August 25, 2017

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge

2