# Certificate of Service

I hereby certify that the Order dated August 25, 2017 [DE45] was mailed upon the person hereinafter named by depositing a true copy thereof, enclosed in a post-paid properly addressed First Class Mail Wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:

Jerry Quinn McKoy
8 Venedia Drive
Wheatley Heights, NY 11798


Dated:  Hauppauge, New York
          August 28, 2017

                                        Dennis M. Brown
                                        Suffolk County Attorney
                                        Attorney for County Defendants
                                        H. Lee Dennison Building
                                        100 Veterans Memorial Highway
                                        P.O. Box 6100
                                        Hauppauge, New York 11788

                              By:    Cheryl D'Arcangelo
                                        Secretarial Assistant