I humbly ASK the court to accept these Doctuments in the form that they are in Since I am a layman of the law

Sincerly
Jerry McKoy
Sept 14 2017

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
SEP 18 2017
LONG ISLAND OFFICE

# U.S. District Court
# Eastern District of New York

McKoy v. Suffolk County Correction

Date Filed 1-2-14
Jury Demanded
Nature of suit
550 Prisoner
Civil Right

Case# 2:14-cv-00294 LDH-AKT

Plaintff
Jerry Quinn McKoy

represented: Jerry Quin McKo
8 Venedia DR
Wheathley Hts NY 11798
PRO SE

## Amended Claim

1. Defendant
   Suffolk County Correction

2. Defendant
   Sheriff Vincent F. DeMarco

3. Defendant
   Dr. Vincent Geraci
   Nurse Administrator

(1)

4) Defendant
   Vincent Fusco
5) Defendant
   Sgt Runa
6) Defendant
   Nurse Devin Calandra
7) Defendant
   Helen Balcuk
        Nurse

Facts

1) On October 19 2014 at Approxi 245 PM I had a Seizure do to not recieving my life theratinα medication for Seizures. For Approxi (3) three weeks while having this Seizure I fall over storage box that you are allowed to have to have in your cell. In the process of falling over this Box my back was re-injured

2) The officer that was on duty for 1 South-West had to be informed that I was having a Seizure by the other Inmates that was on the tier even though I was only Approxi. 20 feet away from him. He did not leave his desk even to to investigate the very loud comotion that was made by my fall I was later by other

(2)

other inmates when I returned from the infirmary

3) Two or three officer took me out of the cell by dragging me by my feet in the process of doing this my shoulder was hit on the cell door and further reinjured my back.

4) I was placed on the stretcher then grabing my shirt and pants not taking in considration if I was injured or not

5) Once in medical infirmy I was giving my medication for seizure by the attending nurses and Doctor.

6) Sheiff Vincent F Demarco failed in his Duties to hire train or to over see the training of his officer in the proper procedure of the removal of inmates in different types of medical procedures

7) Dr. Vincen Geraci (Nurse Administor) failed in his duties to hire proper train and over the inter-work of the medical Department in certain aspect of the inter-working of the medical Department ( the renewal of medication the despensing of medication

8) Nurse Devin Calaudra failed in her duties to make sure that individuals follow up with a doctor after being brought to medical on an Emergancy incident

9) Nurse Helen Balcuk failed in her Duties to make sure that inmates follow up with the doctor when brought in on

(3)

on an Emergency basis

Relief $25,000,000 in compensation for physical injuris medical expenses and present and future pain and suffering $5,000,000 in Punitive damage for reckless or callous indifference

Jerry McKay
Pro. Se

*[signature]*

Sept 14 2014

4

Mr Jerry Melloy
2 Veniedia DR
Wheathley NY 1179

United State District Court
Eastern District of New York
Pro-se office
PO Box 9014
Central Islip NY 11722-9014