| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | A. KATHLEEN TOMLINSON<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | <u>10-3-2017</u><br><u>10:57 a.m. (32 minutes)</u> |

*McKoy v. Suffolk County Correction, et al.*
**CV 14-249 (LDH) (AKT)**

| | |
|---|---|
| TYPE OF CONFERENCE: | **STATUS CONFERENCE** |

| | | |
|---|---|---|
| APPEARANCES: | Plaintiff: | Jerry Quinn McKoy, Pro Se **(via telephone)** |
| | Defendant: | Arlene Zwilling (Dr. Vincent Geraci) |

FTR:   10:57-11:04 and 11:08-11:33

THE FOLLOWING RULINGS WERE MADE:

1. This conference was scheduled for 10:30 AM this morning. At that time, the pro se plaintiff did not appear. Chambers' staff called Mr. McKoy at his docketed phone number, at which time Mr. McKoy stated that he did not know the conference was on this morning and further asserted that he did not receive the Court's Minute Order from the last conference on August 4, 2017. The Court pointed out to Mr. McKoy that both defendants' counsel as well as the Court sent him a copy of the Minute Order and those mailings were not returned to either counsel or the Court as undeliverable. Moreover, the Court reminded Mr. McCoy that he was here in the courtroom on August 4, 2017 when the Court set the date for today's conference, so he was fully aware of this proceeding. Mr. McKoy stated eventually that he essentially forgot about the conference, although he maintains that he did not get the mailings. However, defendants' counsel stated that she sent Mr. McKoy's medical records to him by first-class mail Mr. McKoy acknowledged today that he did receive those records.

2. The Court noted that in response to its prior order of August 25, 2017, plaintiff did file a document entitled "Amended Claim" which the Court treats as plaintiff's amended complaint. Defendants' counsel stated that she had reviewed the document and that there are discrepancies with regard to the medical records and a lack of factual information regarding the claims asserted. For example, the date of the underlying incident as reflected in the medical records does not coincide with the date plaintiff asserts in this amended pleading. In addition, there is virtually no description of the interaction between plaintiff and the individually named defendants nor any description of what the plaintiff claims these individuals did or not do and how those facts establish a claim under Section 1983. After a lengthy discussion, I told the plaintiff I was giving him one last, final opportunity to file an appropriate complaint. He must submit that pleading to the Court no later than October 27, 2017 and the document needs to be entitled "Second Amended Complaint" in order to distinguish it from the other submissions that have previously been filed. If plaintiff fails to follow these directives, then they Court will permit defendants' counsel to approach Judge Hall with regard to a motion to dismiss.

3. The Court will set the next conference date after it receives Mr. McKoy's Second Amended Complaint.

4. Because of the issues raised by plaintiff's assertion that he did not receive the mailings from defendants' counsel for the Court, the Court requested that Mr. McKoy provide his e-mail address as well. The email address is jerrymckoy69@gmail.com.

Defendants' counsel is directed to serve a copy of this Order as well as the order of August 4, 2017 by first-class mail upon the plaintiff. Counsel is further directed to serve a copy of this Order by email to the plaintiff's email address. Service is to be affected forthwith and counsel is directed to file proof of such service on ECF promptly.

The Court is also sending a copy of this Order and the August 4, 2017 Order to the plaintiff by email and first-class mail.

SO ORDERED

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge

**NOTE:** email address: jerrymckoy69@gmail.com