# Certificate of Service

I hereby certify that the Order dated August 4, 2017 [DE42] and the Order dated October 3, 2017, [DE48] were emailed to:  jerrymckoy69@gmail.com as well as mailed upon the person hereinafter named by depositing a true copy thereof, enclosed in a post-paid properly addressed First Class Mail Wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:

Jerry Quinn McKoy
8 Venedia Drive
Wheatley Heights, NY 11798

Dated:  Hauppauge, New York
        October 3, 2017

                                Dennis M. Brown
                                Suffolk County Attorney
                                Attorney for County Defendants
                                H. Lee Dennison Building
                                100 Veterans Memorial Highway
                                P.O. Box 6100
                                Hauppauge, New York 11788

                        By:     Cheryl D'Arcangelo
                                Secretarial Assistant