FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 30 2017 ★

LONG ISLAND OFFICE

EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Jerry Quinn McKoy

Plaintiff,

-against-

Suffolk County Corr.
Nurse Jennifer Tay

Defendants.
-----------------------------------------------------------X

Nurse Devin Calandra
Nurse Helen Balcuk
Officer Vincent Fusco
Sgt Rung

**AMENDED COMPLAINT**

14 cv 249 (LDH)(AKT)

RECEIVED
OCT 30 2017
EDNY PRO SE OFFICE

I.  **The Parties to This Complaint**

  A.  **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Jerry Quinn McKoy
  Street Address: 2 Venledia DR
  City and County: Wheathley Hts (Suffolk)
  State and Zip Code: New York 11798
  Telephone Number: (631) 671-1323
  E-mail Address: Jerrymckoy69@gmail.com

  B.  **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: A Jennifer Tay
  Job or Title (if known): Nurse
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

2

Defendant No. 2

    Name: Davin Calandra
    Job or Title (if known): Nurse
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3

    Name: Nurse Halen Balcuk
    Job or Title (if known): Nurse
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name: Vincent Fusco
    Job or Title (if known): Correction officer
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

- ☒ State or local officials (a § 1983 claim)
- ☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Proper medical treatment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Proper medical treatment and removal of plaintiff from point of incident

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Suffolk County Correction facility in a Jail Cell of 1-South-West

B. What date and approximate time did the events giving rise to your claim(s) occur?

October 19 2013 at Approxi 2:45 pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On Oct 19 2013 at Approxi 245 pm. I had A Seizure, do to the fact of not recieving my Seizure medication for Approxi. 3 wks (Nurse Jennifer Tay) knew or should have known that planiff was with out his medication from 9-30-13 to 10-19-13 and should have update his medication refill as being the Nurse Admin (Nurse Devin Calandra failed to properly oversee the removal of planiff from his cell of 1-S-W (Nurse) Helen Balcuk fail in her duties as being a Certified

5

Nurse failed in her duties to over see the proper removal of indiviual from his Cell of 1-S-W after a seizure due to not recieving his seizure medication Sgt Rung failed in his duties to Supervise and and assit officer under him of the removal of planiff after Seizure officer Vincent fusso fail in his duties to properly remove planiff from his Cell after Seizure. Do to the fact of all parties mention played a roll with or involved with the removal of planiff or the disabution of his medication is liable for his injouses

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

the injuries I substained is that is ralated to this incident is the reinjury of my back and injury to my shoulder by dragging planitff out of cell block by his feet.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$25,000.00 in compenstion for physical injuries medical expense present and furture along with pain + suffering 5,000.00 in punitive for reckless and callous indiffence

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-26, 2017

Signature of Plaintiff _____

Printed Name of Plaintiff  JERRY QUINN MCKOY

JERRLI G MANOLI
2 VGNedia Dr
Wheathley Hts NY
  11798

Clerk of US District Court, EDNY
100 Federal Plaza
Central Islip NY 11722