**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
JERRY QUINN MCKOY,

                    Plaintiff,                      **ORDER**

    -against-                            CV 14-0249 (LDH) (AKT)

NURSE ADMINISTRATOR, Suffolk County
Correctional Facility; JANE DOE,
Nurse, Suffolk County Correctional
Facility; JANE DOE, Nurse, Suffolk
County Correctional Facility; JOHN
DOE, Nurse, Suffolk County
Correctional Facility; DR. VINCENT
GERACI, Suffolk County Correctional
Facility; JANE DOE, Doctor, Suffolk
County Correctional Facility; JANE
DOE, Doctor, Suffolk County
Correctional Facility; JANE DOE,
Doctor, Suffolk County Correctional
Facility; JOHN DOE, Doctor, Suffolk
County Correctional Facility; JOHN
DOE, Physch [SIC] Doctor, Suffolk
County Correctional Facility;
OFFICER JOHN DOE, Suffolk County
Correctional Facility; OFFICER JOHN
DOE, Suffolk County Correctional
Facility; and OFFICER JOHN DOE,
Suffolk County Correctional Facility,
                                Defendants.
---------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The Pro Se Office has brought the Court's attention to the fact that Plaintiff was not served by Defendants' counsel with the Court's Scheduling Order of November 11, 2017, as that Order directed. Therefore, the Court is adjourning the Discovery Status Conference currently scheduled for December 1, 2017 at 11:30 a.m. The Discovery Status Conference will now be held on December 14, 2017 at 2 p.m.

The Court is hereby directing Defendants' counsel to advise the Court in writing within three days as to why Plaintiff was not served with the Court's November 11, 2017 Scheduling Order, notwithstanding the Court's directive regarding the specific type of service and directive to file proof of service on ECF.

**SO ORDERED.**

Dated: Central Islip, New York
       November 30, 2017

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
United States Magistrate Judge