COUNTY OF SUFFOLK



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

| | |
|---|---|
| **DENNIS M. BROWN** | **DEPARTMENT OF LAW** |
| **COUNTY ATTORNEY** | |

December 1, 2017

Hon. A. Kathleen Tomlinson, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

    Re:    McKoy v. Suffolk County correction, et al.
             CV14-0249 (JS)(AKT)

Dear Judge Tomlinson:

The Suffolk County Attorney's Office represents the defendant in this pro se civil rights action pursuant to 42 U.S.C §1983.

First, I would like to apologize to the Court and plaintiff for the failure of this office to serve a copy of the Order of November 9, 2017 upon plaintiff. Due to the high number of bounces received by this office, and our office being closed on November 10, 2017 for Veterans Day, the bounce was overlooked. We are reviewing our office procedures in an effort to improve our ability to serve future Orders as directed by the Court.

Second, I would like to request an adjournment of the conference now scheduled for December 14, 2017, as I will be out of state on that day. I have spoken with the plaintiff and he consents to an adjournment of the conference to January 5, 2018 at 10:30 A.M.

I thank the Court for its continued time and attention to this case.

Respectfully submitted,

Dennis M. Brown
County Attorney
*/s/ Arlene S. Zwilling*
By: Arlene S. Zwilling
Assistant County Attorney

LOCATION                                          MAILING ADDRESS
H. LEE DENNISON BLDG.                P.O. BOX 6100                                              (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY ♦   HAUPPAUGE, NY  11788-0099    ♦    TELECOPIER (631) 853-5169

cc: Jerry Quinn McKoy
    2 Venedia Drive
    Wheatley Heights, NY  11798

**LOCATION**                                  **MAILING ADDRESS**
**H. LEE DENNISON BLDG.**             **P.O. BOX 6100**                                  **(631) 853-4049**
**100 VETERANS MEMORIAL HIGHWAY**   ♦   **HAUPPAUGE, NY  11788-0099**   ♦   **TELECOPIER (631) 853-5169**