| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:  A. KATHLEEN TOMLINSON             DATE:  1-5-2018
         U.S. MAGISTRATE JUDGE             TIME:  12:29 a.m. (31 minutes)

*McKoy v. Suffolk County Correction, et al.*
**CV 14-249 (LDH) (AKT)**

TYPE OF CONFERENCE:         **DISCOVERY STATUS CONFERENCE**

APPEARANCES:   Plaintiff:    Jerry Quinn McKoy, Pro Se

               Defendant:    Arlene Zwilling (Dr. Vincent Geraci)

                             (Nurse Administrator)
                             (Jennifer Tay)
                             (Devin Calandra)
                             (Helen Balcuk)
                             (Correction Officer Vincent Fusco)
                             (Sgt. Rung)

                             (Jane Doe 1, 2, 3)
                             (John Doe 1 and 2)
                             (Officer John Doe)

FTR:   12:29-1:00


THE FOLLOWING RULINGS WERE MADE:

The Court set today's conference to address the "Amended Complaint" filed by the pro se plaintiff. *See* DE 50. There was a procedural defect in the plaintiff's going ahead and filing the Amended Complaint without seeking leave to do so. We spent time today discussing what occurred here and what the plaintiff now needs to do.

Plaintiff should have filed the Amended Complaint as a proposed pleading attached as an exhibit to a motion seeking leave to file an amended complaint. The Court pointed out that, as noted previously, there may be a significant issue here with respect to the statute of limitations. After speaking with both sides, the Court set the following briefing schedule:

- Plaintiff's motion to amend and memorandum of law must be filed with the Court and served upon the defendants by February 2, 2018;

- Defendants' opposition and memorandum of law must be filed on ECF and served on the pro se plaintiff by February 20, 2018;

- Plaintiff's reply papers, if any, must be filed with the court and served on defendants' counsel by March 1, 2018.

**Defendants' counsel is directed to serve a copy of this Order forthwith upon the pro se plaintiff by both first-class mail and email and to file proof of such service on ECF.**

No further action can be taken in this case until this issue is resolved. Plaintiff McKoy was encouraged to utilize the services of the Pro Se Office here in the courthouse.

                                      SO ORDERED

                                      /s/ A. Kathleen Tomlinson
                                      A. KATHLEEN TOMLINSON
                                      U.S. Magistrate Judge