2/5/18
(W)

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 3 1 2018 ★

LONG ISLAND OFFICE

US District Courts
Eastern District of New York
100 Federal Plaza
Central Islip New York, 11722

RECEIVED

JAN 3 1 2018

EDNY PRO SE OFFICE

January 26, 2018

Jerry McKoy
SCCF
110 Center Drive
Riverhead NY, 11901
(LDH)

RE: 14-cv-249 (AKT)

I would like to ask the courts to accept this letter in the form of a motion.

I would ask that this (letter) motion be addressed as a motion for an two week extension which would allow me the time to submit said paper which is due by February 1 2018.

I ask this of the courts due to the fact that I am currently indisposed by the county and don't have proper knowledge or material to complete the order that was given by the courts.

(1)

Sincerly
Jerry McKoy

January 26, 2018

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: Herry McKoy
#401030

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    JAN 31 2018    ★

LONG ISLAND OFFICE

117722-443800

MID-ISLAND NY 117

29 JAN 2018 PM 5 F

FOREVER
USA

Barn Swallow

US District Courts
Eastern District of New York
Attn: Pro-Se Office
100 Federal Plaza
Central Islip NY, 11722