COUNTY OF SUFFOLK



**STEVE BELLONE**
SUFFOLK COUNTY EXECUTIVE

| | |
|---|---|
| **DENNIS M. BROWN**<br>**COUNTY ATTORNEY** | **DEPARTMENT OF LAW** |

February 7, 2018

Hon. A. Kathleen Tomlinson, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

    Re:    McKoy v. Suffolk County Correction, et al.
            CV14-0249 (JS)(AKT)

Dear Judge Tomlinson:

The Suffolk County Attorney's Office represents the defendant in this pro se civil rights action pursuant to 42 U.S.C §1983.

In response to the Court's Order of February 6, 2018, defendants submit this letter to advise the Court that we do not object to plaintiff's request for a two week extension of time to file a motion to amend the complaint.

Respectfully submitted,

Dennis M. Brown
County Attorney

*/s/ Arlene S. Zwilling*
By: Arlene S. Zwilling
Assistant County Attorney

cc: Jerry Quinn McKoy
    2 Venedia Drive
    Wheatley Heights, NY 11798

LOCATION                                          MAILING ADDRESS
H. LEE DENNISON BLDG.              P.O. BOX 6100                                        (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY   ♦   HAUPPAUGE, NY 11788-0099   ♦   TELECOPIER (631) 853-5169