# COUNTY OF SUFFOLK



## STEVE BELLONE
### SUFFOLK COUNTY EXECUTIVE

**DENNIS M. BROWN**  **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

February 23, 2018

Hon. A. Kathleen Tomlinson, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

Re:   McKoy v. Suffolk County Correction, et al.
       CV14-0249 (JS)(AKT)

Dear Judge Tomlinson:

The Suffolk County Attorney's Office represents defendant in this pro se civil rights action pursuant to 42 U.S.C §1983.

On February 20, 2018, plaintiff filed a purported Amended Complaint (docket entry no. 59). Respectfully, defendant asks that the purported Amended Complaint be stricken as it was filed in contravention of the Court's Order of January 5, 2018 which required plaintiff to make a motion supported by a memorandum of law if he wished to amend, and in violation of Rule 15(a)(2). Moreover, this request is not merely a procedural one.  It is also substantive in that the amendment improperly attempts to change the names of the "John Doe" defendants despite the expiration of the applicable statute of limitations. See *Barrow v. Wethersfield Police Department*, 66 F.3d 466 (2d Cir. 1995).

We thank the Court for its anticipated consideration of this request.

Respectfully submitted,

Dennis M. Brown
County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney

cc: Jerry Quinn McKoy
    2 Venedia Drive
    Wheatley Heights, NY  11798

**LOCATION**  
**H. LEE DENNISON BLDG.**  
**100 VETERANS MEMORIAL HIGHWAY**     ♦

**MAILING ADDRESS**  
**P.O. BOX 6100**  
**HAUPPAUGE, NY  11788-0099**     ♦

**(631) 853-4049**  
**TELECOPIER (631) 853-5169**