**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JERRY QUINN MCKOY,

                *Pro se* Plaintiff,                          **ORDER**

      -against-                                    CV 14-0249 (JS) (AKT)

NURSE ADMINISTRATOR, Suffolk County
Correctional Facility et al.,

                Defendants.
----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The most recent conference in this case was held on January 5, 2018, at which time the Court informed Plaintiff that if he wished to amend his Complaint, he needed to file a motion for leave to do so.  *See* DE 54.  The Court accordingly set a briefing schedule for the filing of such a motion.  *See id.*  On February 20, 2018, Plaintiff filed an Amended Complaint; however, he failed to file a motion for leave to amend.  *See* DE 59.  Counsel for Defendants has now moved to strike Plaintiff's Amended Complaint "as it was filed in contravention of the Court's Order of January 5, 2018 which required plaintiff to make a motion supported by a memorandum of law if he wished to amend."  DE 60.

      The Court is GRANTING the motion to strike without prejudice.  The Court is giving Plaintiff one final opportunity to do what he was instructed to do at the January 5, 2018 conference—if he wishes to amend his Complaint, he must file a proper motion seeking leave or permission to file an amended complaint.  The Court strongly urges Plaintiff to consult with the Pro Se Office at the courthouse, telephone number 631-712-6060, about how to correctly file a motion seeking leave to amend a complaint.  Plaintiff has until March 22, 2018 to file a proper motion for leave to amend.  If Plaintiff fails to comply with this Order, the Court may refer the matter back to Judge Hall with a recommendation that this case be dismissed.

**Defendants' counsel is directed to serve this Order forthwith on Plaintiff by First Class Mail and Email, and to file proof of such service on ECF.**

Dated: Central Islip, New York
February 28, 2018

**SO ORDERED.**

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
United States Magistrate Judge