**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
JERRY QUINN MCKOY,

                *Pro se* Plaintiff,                           **ORDER**

       -against-                                       CV 14-0249 (JS) (AKT)

NURSE ADMINISTRATOR, Suffolk County
Correctional Facility et al.,

                Defendants.
---------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The Court has received *pro se* Plaintiff's letter motion requesting leave to file an amended complaint, along with what appears to be the amended complaint. *See* DE 63. The Court points out that this is motion is six weeks late. The Court had previously given Plaintiff "one final opportunity" to properly file a motion for leave to amend his complaint, and to do by March 22, 2018. *See* DE 61. Plaintiff did not request an extension of time to file this motion, nor has Plaintiff provided any good cause for the late filing. Additionally, Plaintiff's amended complaint is illegible.

      Plaintiff may file a letter motion showing cause why the Court should consider his very late motion in light of his failure to request an extension or provide any reasonable excuse for his repeated failures to comply with the Court's Orders. ***Plaintiff must file this letter motion by May 21, 2018. Plaintiff is on notice that the Court will not entertain any submission filed after this date.***

      **Defendants' counsel is directed to serve this Order forthwith on Plaintiff by First Class Mail and Email, and to file proof of such service on ECF by Monday, May 7, 2018.**

|  |  |
|---|---|
| | **SO ORDERED.** |
| Dated: Central Islip, New York<br>May 4, 2018 | |
| | /s/ A. Kathleen Tomlinson<br>A. KATHLEEN TOMLINSON<br>United States Magistrate Judge |

2