UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

DATED: MAY 30, 2018

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 04 2018 ★

LONG ISLAND OFFICE

RECEIVED
JUN 04 2018
EDNY PRO SE OFFICE

JERRY QUINN MCKOY

RE: cv 14-0249 ~~(JS)~~ (AKT)
(LDH)(AKT)

YOUR HONOR:

   This is a letter to the courts asking them to accept my motion to file a late Amended claim which was also filed late. I asks the courts to do this on the grounds that I am layman of the law and has very little knowledge or means to have expedited said papers in the time that I was allowed. I have no funds or means to hire an Attorney to represent me in this matter.

   I also would like to inform the courts of my change of address which is 2727 kendall dr Charlotte NC Which is also another reason that I must state also as far as me filing my paper work late for I don't receive my mail at this present address. I only receive my mail when I reside in NY. Which the reason that this also is being sent in late which I also ask the courts to accept.

Sincerely

Jerry McKoy

MR Jerry McKoy
2727 Kendall Dr
Charlotte NC. 28216

CHARLOTTE NC 282
30 MAY '18
PM 3 L

United States District Court
Eastern District of New York
PO Box 9014
Central Islip NY 11722-9014
Attn: Pro Se office