# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy

**Carol McMahon**
Chief Deputy

Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(718) 613-2270

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 22 2019 ★
LONG ISLAND OFFICE

January 22, 2019

Jerry Quinn McKoy
2727 Kendall Drive
Charlotte, NC 28216

Re: 14-CV-249(LDH)(AKT), McKoy v. Suffolk County Correction et. al

Dear Mr. McKoy:

Pursuant to our phone conversation on January 22, 2019, please find the enclosed docket sheet which includes all filings to date.

Please contact the Pro Se Office if you require further assistance.

Sincerely,

J. Grady
Pro Se Office
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6060

Enc.
Copy mailed to litigant 1/22/19