FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 08 2019 ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**MCKOY V. SUFFOLK COUNTY CORRECTIONS et al**

**REQUEST FOR STATUS CONFERENCE**

Re:14-cv-249-LDH-AKL

**DATED: 2/1/2019**

I Jerry McKoy being the plaintiff in this legal matter, And a layman of the law and having very little knowledge of the inner workings of the legal department. I ask the courts to accept this letter as a motion requesting the courts to set a date for a status conference to determine the status of the case.

The Defendants <u>SUFFOLK COUNTY CORR. El.al</u> has not responded to the AMENDED CLAIM within the allotted time.

Furthermore as both parties know that this case has being going on for a matter of time.

JERRY Q McKOY

*/s/ Jerry Q McKoy*

2/5/19

RECEIVED
FEB 11 2019
EDNY PRO SE OFFICE

CHARLOTTE NC 282
05 FEB 2019 PM 3 L

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 08 2019 ★
LONG ISLAND OFFICE

United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-4451
Attn: Pro Se

DR.
28216

11722-443800