FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 08 2019 ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
————————————————X

Jerry McKoy,

                           Plaintiff(s)

-against-

SCC Officers Nurses et a,

                           Defendant(s).

————————————————X

**AFFIRMATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

CV-14-( ) 0249

Jerry McKoy hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to Rule 3215.

3. The time for defendant(s), SCC et a, to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), SCC et a, has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) SCC et a to answer or otherwise move has not been extended.

5. That defendant(s) Jerry McKoy default has been noted by the Clerk of Court. A copy of the Certificate is attached hereto.

6. Defendant(s) SCC et a is indebted to plaintiff, Jerry McKoy in the following manner (state the facts in support of the claim(s)):

_____
_____
_____
_____

RECEIVED
FEB 11 2019
EDNY PRO SE OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

JERRY MCKOY,
_____ Plaintiff(s),

-against-

Suffolk County Corr
Officers + Nurses et a
_____ Defendant(s).

------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 08 2019 ★
LONG ISLAND OFFICE

**CERTIFICATE OF DEFAULT**

CV-14 ( ) 0249

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant JERRY MCKOY has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant SCC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:            , New York
                  , 20___

DOUGLAS C. PALMER, Clerk of Court

By: _____
        Deputy Clerk

RECEIVED
FEB 11 2019
EDNY PRO SE OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

JERRY Q MCKOY,
_____ Plaintiff(s),

-against-

SUFFOLK COUNTY CORR.
NURSES OFFICERS Defendant(s).
-----------------------------------------------------------X

**MOTION FOR**
**DEFAULT JUDGMENT**
CV- 2- 14 249

Plaintiff JERRY MCKOY hereby moves the Court pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of plaintiff and against defendant(s) Suffolk Co CORR Etc on the grounds that said defendants(s) failed to answer or otherwise defend against the complaint.

Dated:

(Signature)

JERRY MCKOY
**Print Name of Plaintiff Pro Se**

2727 Kendall DR
**Address**

Charlotte NC 28216

TO: (Put Name and Address of
Each Defendant(s) or Defense Attorney)

**RECEIVED**

FEB 11 2019

**EDNY PRO SE OFFICE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

JERRY Q MCKOY,

                     Plaintiff(s)

       -against-

Suffolk Co Corr.
Nurse's + Officers
                     Defendant(s).

-------------------------------------------------------X

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

CV-14 ( ) 249

_____ hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to Rule 55 3215.

3. The time for defendant(s), Suffolk Co. Et a to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), Suffolk Co, Et a, has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) Suffolk Cou Corr Et a to answer or otherwise move has not been extended.

5. That defendant(s) Suffolks Corr. Et a is not an infant or incompetent. Defendant(s) Suffolk Corr Et a is not presently in the military service of the United States as appears from facts in this litigation.

6. Defendant(s) Suffolk Corr Et a is indebted to plaintiff, Jerry McKoy, in the following manner (state the facts in support of the claim(s)): That the nulawful neglect that was cause resulted in medical + mental and emotional harm.

RECEIVED
FEB 11 2019
EDNY PRO SE OFFICE

which involve me taking medication for the emotional harm that was permamet scars mentally and phyically

WHEREFORE, plaintiff  JERRY McKoy  requests that the default of defendant(s)  SCOt officer Nurses  be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: _____

By: _____
(Signature)
(Print Name of Plaintiff Pro Se)
(Address)
(Telephone Number)
(E-mail address)

Jerry McKorf
2727 Kendall Dr
Charlotte N.C.
28216

11722-443800

CHARLOTTE NC 282
05 FEB 2019 PM 5 L

United States
Eastern District
100 Federal Plaza
Central Islip, New York
Attn: Pro Se

RECEIVED
FEB 08 2019
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
LONG BRANCH OFFICE

USPS

11722-4451