**COUNTY OF SUFFOLK**



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. BROWN**                                                                       **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

February 14, 2019

Hon. LaShann DeArcy Hall, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

 Re: McKoy v. Suffolk County Correction, et al.
    CV14-0249 (JS)(AKT)

Dear Judge DeArcy Hall:

The Suffolk County Attorney's Office represents the defendant in this pro se civil rights action pursuant to 42 U.S.C §1983.

We are in receipt of a Request for Status Conference and what appears to be a request to enter a Default Judgment filed by plaintiff (docket entries no.70 and 71, respectively).

Respectfully, we submit that no default judgment should be entered. Defendant appeared in this case by the filing of an Answer on April 10, 2014 (docket entry no.12), and has been actively defending this case since.

We do not object to the scheduling of a status conference as requested by plaintiff.

Respectfully submitted,

Dennis M. Brown
County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney


cc: Jerry Quinn McKoy
  2727 Kendall Drive
  Charlotte, NC 28216

LOCATION         MAILING ADDRESS
H. LEE DENNISON BLDG.    P.O. BOX 6100          (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY  ♦  HAUPPAUGE, NY  11788-0099  ♦  TELECOPIER (631) 853-5169