**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JERRY QUINN MCKOY,

                            *Pro se* Plaintiff,                      **ORDER**

       -against-                                                 CV 14-0249 (LDH) (AKT)

NURSE ADMINISTRATOR, Suffolk County
Correctional Facility *et al.*,

                            Defendants.
-----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The Court is issuing this Order to clear up some apparent confusion with respect to the status of this case. At the outset, the Court refers to its June 8, 2018 Order [DE 67] which stated, among other things, the following:

> The Court is hereby accepting the Amended Complaint and deeming the Amended Complaint, attached to DE 63, to be the operative pleading in this case. In addition, the Court is waiving the usual memorandum of law requirement in this instance only. ***Defendant's counsel has 21 days (i.e., until June 29, 2018) from entry of this Order to file an Answer or otherwise move with respect to the Amended Complaint***. Counsel may address her statute of limitations issue if she elects to file a motion. However, counsel is reminded that Judge Hall requires a pre-motion conference before a party can move under Fed. R. Civ. P. 12. Any letter request for a pre-motion conference to Judge Hall must be filed no later than June 29, 2018.

DE 67 (emphasis supplied). The Court also directed Defendants' counsel to serve a copy of DE 67 forthwith on the *pro se* Plaintiff. Defendants' counsel had to have seen DE 67, because counsel filed Defendants' Certificate of Service regarding DE 67 and that Certificate is entered on the docket at DE 68.

When June 29, 2018 passed and no Answer or motion had been filed by Defendants' counsel, the Court issued an Order on July 5, 2018 bringing this matter to counsel's attention. However, the Electronic entry of July 5, 2018 states "SEE ATTACHED ORDER." Unfortunately, as the Court has recently become aware, no Order was attached. Although one would have expected Defendants' counsel to have contacted the Court with respect to this somewhat obvious omission, no communication took place. As a result, this case remained dormant for several months, until the Court received a very short letter motion from the *pro se* Plaintiff dated February 5, 2019 seeking a conference. *See* DE 70. That same day, the *pro se* Plaintiff also filed an "Affirmation in Support of Motion for Default Judgment." DE 71. Plaintiff asserted that because the Defendants had not answered the Amended Complaint, he was seeking a default judgment against them. *Id.*

On February 14, 2019, Defendants' counsel filed a letter response to Judge Hall stating the following:

> Respectfully, we submit that no default judgment should be entered. Defendant appeared in this case by the filing of an Answer on April 10, 2014 (docket entry no. 12),and has been actively defending this case since.

DE 72. For whatever reason, Defendants' counsel has completely overlooked this Court's June 8, 2018 Order. The Court agrees that an Answer was filed to the *original* Complaint. However, no Answer was ever filed to the Amended Complaint and that seems to be where the confusion lies.

The Court is giving Defendants' counsel until March 8, 2019 to respond to the Amended Complaint and is denying Plaintiff's motion for default judgment, without prejudice. The Court is also setting this case down for a status conference on March 21, 2019 at 11:30 a.m. The conference will be held by telephone in light of the Plaintiff's residence in North Carolina.

2

Defendants' counsel shall initiate the call to Chambers (631-712-5760) after getting Plaintiff McKoy on the line.  **Defendants' counsel is directed to serve a copy of this Order forthwith upon the *pro se* plaintiff by e-mail and by first-class mail to 2727 Kendall Drive, Charlotte, North Carolina 28216 and to file proof of such service on ECF by February 28, 2019.**

                                            **SO ORDERED.**

Dated: Central Islip, New York
       February 25, 2019

                                          /s/ A. Kathleen Tomlinson
                                          A. KATHLEEN TOMLINSON
                                          United States Magistrate Judge