**COUNTY OF SUFFOLK**



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

| | |
|---|---|
| **DENNIS M. BROWN**<br>COUNTY ATTORNEY | **DEPARTMENT OF LAW** |

April 30, 2019

Hon. A. Kathleen Tomlinson, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

    Re:    <u>McKoy v. Suffolk County Correction, et al.</u>
            14-cv-0249 (JS)(AKT)

Dear Judge Tomlinson:

The Suffolk County Attorney's Office represents the defendant in this pro se civil rights action pursuant to 42 U.S.C §1983. Defendant respectfully requests that discovery in this case be stayed until plaintiff provides an executed authorization for the release of his medical records from the New York State Department of Corrections.

At the conference held March 21, 2019, defendant was directed to, among other things, promptly provide the plaintiff with a HIPAA compliant authorization for the release of his medical records from the New York State Department of Corrections. To that end, we sent plaintiff the authorization the following day (see annexed copy of letter to plaintiff dated March 22, 2019).

To date, we have not received the executed authorization back from plaintiff. Accordingly, we believe that a stay of this action until the executed authorization is provided is warranted.

We thank the Court for its continued time and attention to this case.

Respectfully submitted,

Dennis M. Brown
County Attorney

*/s/ Arlene S. Zwilling*
By: Arlene S. Zwilling
Assistant County Attorney

LOCATION                                  MAILING ADDRESS
H. LEE DENNISON BLDG.          P.O. BOX 6100                             (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY   ♦   HAUPPAUGE, NY 11788-0099   ♦   TELECOPIER (631) 853-5169

cc:
Jerry Quinn McKoy
2727 Kendall Drive
Charlotte, NC 28216