# COUNTY OF SUFFOLK



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. BROWN**
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

March 22, 2019

Jerry Quinn McKoy
2727 Kendall Drive
Charlotte, NC 28216

Re: McKoy v. Suffolk County Correction, et al.
CV14-00249 (LDH)(AKT)

Dear Mr. McKoy:

Pursuant to the directives of Magistrate Judge Tomlinson given during the March 21, 2019 teleconference, enclosed please find a HIPAA compliant authorization for the release of your medical records from the Mid State Correctional Facility, New York State Department of Corrections. Please sign and return the authorization to this office.

Very truly yours,

Dennis M. Brown
County Attorney


*/s/ Arlene S. Zwilling*
By: Arlene S. Zwilling
Assistant County Attorney

Encl.

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY   ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY  11788-0099   ♦

(631) 853-4049
TELECOPIER (631) 853-5169