| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:  A. KATHLEEN TOMLINSON          DATE:  5-10-2019
         U.S. MAGISTRATE JUDGE            TIME:  11:39 a.m. (11 minutes)

*McKoy v. Suffolk County Correction, et al.*
CV 14-249 (LDH) (AKT)

TYPE OF CONFERENCE:          **TELEPHONE STATUS CONFERENCE**

APPEARANCES:   Plaintiff:    Jerry Quinn McKoy, Pro Se

               Defendants:   Arlene Zwilling (Dr. Vincent Geraci, Jennifer Tay,
                             Devin Calandra, Helen Balcuk,
                             Vincent Fusco, Sgt. Rung)

   Non-Answering Defendants:  (Nurse Administrator)
                              (Jane Doe 1, 2, 3)
                              (John Doe 1 and 2)
                              (Officer John Doe)

FTR:   11:39-11:50

THE FOLLOWING RULINGS WERE MADE:

1. The Court set today's conference to address the letter motion [DE 77] submitted by defendants' counsel on April 22, 2019 seeking a stay of discovery in this case because defendants have still not received the HIPAA authorizations from the pro se plaintiff. According to the pro se plaintiff today, he had a fire at his property approximately 2 weeks ago and does not know if he still has the HIPAA releases or if they were damaged in the fire. I requested that defendants' counsel send a duplicate set of the HIPAA authorizations to the pro se plaintiff and counsel has graciously agreed to do so promptly.

2. As I advised the pro se plaintiff again this morning, this case cannot move forward until defendants' counsel has received the medical records. Consequently, the deadline which the Court previously set for his deposition must now be held in abeyance pending receipt of those records. I cautioned the plaintiff that he must respond promptly as soon as he receives the new set of HIPAA authorizations by signing them and returning them immediately to Attorney Zwilling. If this case does not move forward, plaintiff will be putting this Court in the position of having to make a recommendation to the District Judge that the case be dismissed based on plaintiff's failure to fulfill his discovery obligations. The Court does not want to take such a drastic step and expects the plaintiff to fully cooperate.

3. The motion for a temporary stay is GRANTED. Defendants' counsel has been directed to notify the Court in writing on ECF as soon as she has received the outstanding medical records. At that time, the Court will set the remainder of the discovery schedule in place.

4. Defendants' counsel is directed to serve a copy of this Order forthwith upon the pro se

plaintiff by email and first-class mail and to file proof of such service on ECF.

**SO ORDERED.**

<u>/s/ A. Kathleen Tomlinson</u>
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge