14-CV-249 (EDNY/CACM)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 30 2019 ★
LONG ISLAND OFFICE

United State District Courts
Eastern District of New York
Dated 9-20-19

Dear Hon Kathleen Tomlinson

I'm writing this letter that I would like to be accepted as a legal Document

This letter pertains to case 14-CV-249

I have sent the request Documents to Defendant. Which I have been Notified that they was recieved so I'm writing for a status confrence if possible by phone this case has been going on for 5 yrs with no libility from Defendants

So if the courts could possibly arrange a phone confence I would most greatful.

RECEIVED
SEP 30 2019
EDNY PRO SE OFFICE

Sincerly
Jerry McKoy

Jerry Mackey
8 Vanadia DR
Wheathley Hts NY
11798

Unitd States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722
Attn Pro-se
Judge (AKT)