# COUNTY OF SUFFOLK



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. BROWN**                                                                         DEPARTMENT OF LAW
**COUNTY ATTORNEY**

October 11, 2019


Hon. A. Kathleen Tomlinson, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

Re:   <u>McKoy v. Suffolk County correction, et al.</u>
      CV14-0249 (JS)(AKT)

Dear Judge Tomlinson:

The Suffolk County Attorney's Office represents the defendant in this pro se civil rights action pursuant to 42 U.S.C §1983.

Pursuant to the Court's Order of October 8, 2019, we submit this letter to inform the Court that we have received all of plaintiff's medical records and have supplied plaintiff with copies.


Respectfully submitted,

Dennis M. Brown
County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney


cc:
Jerry Quinn McKoy
2727 Kendall Drive
Charlotte, NC 28216