| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |

| | | | |
|---|---|---|---|
| BEFORE: | A. KATHLEEN TOMLINSON<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | 2-12-2020<br>2:16 p.m. (25 minutes) |

*McKoy v. Suffolk County Correction, et al.*
**CV 14-249 (LDH) (AKT)**

TYPE OF CONFERENCE: **STATUS CONFERENCE**

APPEARANCES:   Plaintiff:   Jerry Quinn McKoy, Pro Se (**by telephone**)

Defendants:   Arlene Zwilling (Dr. Vincent Geraci, Jennifer Tay,
Devin Calandra, Helen Balcuk,
Correction Officer Vincent Fusco, Sgt. Rung)

Non-Answering Defendants:   (Nurse Administrator)
(Jane Doe 1, 2, 3)
(John Doe 1 and 2)
(Officer John Doe)

FTR:   2:16-2:41

SCHEDULING:

This case is set down for an in-person working conference on May 8, at 10 a.m. Both the plaintiff and defendants' counsel must report to Courtroom 910 at that time.

THE FOLLOWING RULINGS WERE MADE:

1. Previously, the Court set today's conference to be used as a working session to review the *pro se* plaintiff's proposed questions in lieu of deposition. Plaintiff had been directed previously to submit those proposed questions to the Court and to send a copy to defendants' counsel by January 10, 2020. Defendants' counsel was then given until January 31, 2020 to file any objections. Unfortunately, the plaintiff never submitted the questions in the first instance. When the Court inquired of the plaintiff why he had not complied with the Court's Order, plaintiff responded that he was not sure he ever got the Order from the Court which memorialized the conference minutes. The Court responded that defendants' counsel served a copy of that Order both by first-class mail and email upon the plaintiff and a certificate of service was filed on ECF. The Court advised Mr. McKoy that there was no excuse for the failure to respond.

    The plaintiff asked for some additional time to prepare the questions and send them to the Court and opposing counsel. I am giving Mr. McKoy one final opportunity to do so. The proposed questions must be postmarked no later than February 26, 2020. Mr. McKoy is also free, since he is living in central Islip at the moment to deliver the proposed questions to the Clerk's Office in the courthouse.

Defendants' counsel will have until March 27, 2020 to file any objections to those questions. The Court intends to conduct a working session on May 8, 2020 to review the questions and objections so that a final set of questions can be prepared to be served on the individual defendant witnesses.

I put Mr. McKoy on notice that if he fails to comply with this Order, his ability to serve such questions will be deemed waived and the Court will permit defendants' counsel to proceed with an application to Judge DeArcy Hall for a pre-motion conference in anticipation of summary judgment motion practice.

2. Defendants' counsel confirmed that Mr. McKoy's deposition was completed on December 17, 2019. During his deposition, Mr. McKoy testified to a number of medical/mental health providers from whom he had received treatment. Defendants' counsel requested that Mr. McKoy provide executed HIPAA releases for all of those providers at that time, but he has not done so. I advised Mr. McKoy that the Court would send him, along with this Order, a packet of blank HIPAA releases which he must fill out completely, sign, and send to defendants' counsel immediately. Plaintiff must include HIPAA releases for any physical therapist/therapy records for the same period.

3. The Court directed Mr. McKoy to search his records to find the index number of the previous federal civil case he filed sometime after 2000. He is directed to provide that information to defendants' counsel within two weeks.

4. Defendants' counsel is directed to serve a copy of this Order forthwith upon plaintiff McKoy at the address in Central Islip which he provided today (45 Adams Road, Apartment 1A, Central Islip NY 11722) and at his email address and to file proof of such service on ECF by February 14, 2020.

**SO ORDERED.**

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge