FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 02 2020 ★

LONG ISLAND OFFICE

Nurse Administrator and nurses mentioned in complaint,

1) What was your job title at Suffolk County Jail on October 19 2014?
2) What does this position intel?
3) Is it your duty to overlook the dispensing of medication to inmates within SCCF?
4) Do you have the knowledge of the allegations that is mentioned in the claim?
5) Were you aware of the numerous sick call slips that was submitted by defendant?
6) In the daily log sheet of the dispensing of the medication is there a gap leading unto the plaintiff seizure? If so how many days?
7) In the intake report, what was the defendant taking this medication for?
8) At that time who was in charge of renewing his meds?
9) If an individual is on medication for seizures is it possible that if he doesn't take his medications he could have a seizure?
10) Can an inmate that is confined in Suffolk county corrections take medications himself or does it have to be given to him by nurses that work in SCC?
11) When a certain medication runs out whose duty is it to report to the individual that is prescribing?
12) Since the individual in this claim is taking hi medication for seizures should it be prescribed by a medical director?
13) If an individual is taking his meds for medical reason would it be prescribed by a medical doctor?
14) Why was this medication overlooked even after numerous sick call forms by the individual (plaintiff)?
15) What happens when an individual has a seizure?
16) Are they aware of what happens when they are having a seizure?
17) Was the plaintiff medication switched to another doctor? If so for what reason?
18) Was it your job to pass out medications?
19) During what shift did you work?
20) What were your duties on the shift?
21) Was one of your duties to pass out medications to inmates?
22) Who was the person over you in your job position?
23) Did you report to them when someone ran out of medications?
24) If not to whom did you report to?
25) Whose duties was it to make sure that the refills was did?

RECEIVED

MAR 0 3 2020

EDNY PRO SE OFFICE

SGT RUNG

CO Vincent Fusco  And other officers mention in Complaint

On October 19 2014 at approximately 245 pm on lsw did you have any contact with Plaintiff Jerry Mckoy, if so what was it?

Did you help remove Plaintiff Mckoy out of his cell?

Was this after he had a seizure?

How was he removed?

Was there a storage bin in his cell?

Was he dragged out by his feet and thrown on a gurney and taken to the infary?

How were you notified of this which caused you to be involved?

Is it standard procedure for you to remove inmates out of their cell this way?

Was Mr. Mckoy aware of the way he was removed?

Were you trained to drag inmates out of their cell this way, if not why did you?

Who was the supervising sergeant over you during this procedure?

Was he involved in the removing of the plaintiff?

Who helped you remove the plaintiff from his cell?

Is it possible that Mr. McKoy could have injured himself during the seizure?

Is it possible that he could have been injured when he was removed? If not, why?

※ I further ask the judge to allow me to follow up with questions pertaining to the questions and answers given by the plaintiff.

MR. JERRY O MCKOY
45 Adams Ap11A
Central Islip NY

Judge Thomson
United States Federal Court
100 Federal Plaza
Central Islip NY 11722