FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 20 2020 ★
LONG ISLAND OFFICE

April 14, 2020

Hon. A Kathleen Tomlinson USMJ
United States District Court Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip New York 11722-4451

Re: <u>McKoy v Suffolk County Correctional Facility ect.</u>
 CV14-0249 (JS) (AKT)

Dear Judge Tomlinson

My Name is Jerry McKoy the Sole Planiff in this action

I am writing to update my address which is 110 Center Drive Riverhead NY 11901

This Complaint was filed over 7 years ago and the and the amended complaint not long after at no time was there and objection as to how when or whom was added to the complaint even though the caption stated SCCF ect. and Mention the other defendants

When the amended Complaint was file Pro-se so was the Summons, for each and every Indivisual that was added within the amended complaint

These Indivisuals worked for and still might be employed by the Suffolk county Correctional Facility in some form or fashion and recieving hoorly daily weekly or monthly salaries from them (SCCF).

Indivisuals working solely under the Uberalla of the SCCF. was and still at fault due to improper training from SCCF staff.

Employees for SCCF and working for Suffolk County Correctiona Facility provided poor to None medical treatment before and after the incident.

I followed each order that was given, which included from the Courts.
1) HIPPA forms signed and sent.
2) a set of? for each indivisual listed in the complaint.
3) To be done in 2 wks.
4) Copy of question sent to judge chambers.

When I was scheduled to do my deposition, the Attorney for the defendant was very rude, to the point that myself and the Stenographer were perplexed, in that the Attorney waited until she was out of the door, to shout into the room, to inform us that the deposition was over, leaving us to wonder what happen

Your Hon this case has been on file for over 7yrs I'm open to Settlement Negotiations.

Respectfully Submitted
By Jerry Q. McKay
   Plaintiff

CC: Arlene S. Zwilling
    Assistant County Attorney



Barn Swallow

RECEIVED
CLERK'S OFFICE
USDC-SDNY

USMJ
District
USA

K
722-4451

