**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
　JERRY QUINN MCKOY,

　　　　　　　　　　　　　　Plaintiff,

　　　　　-against-　　　　　　　　　　　　　　　　　　　　**ORDER**

　SUFFOLK COUNTY CORRECTIONAL FACILITY,　　　　CV 14-0249 (LDH) (AKT)
　JENNIFER TAY, DEVIN CALANDRA,
　HELEN BALCUK, VINCENT FUSCO, and
　SERGEANT RUNG,

　　　　　　　　　　　　　　Defendants.
----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

　　　The Court has reviewed the Defendants' letter opposition to *pro se* Plaintiff McKoy's written questions in lieu of deposition. *See* DE 90. Defendants do not substantively oppose the written questions but instead oppose the questions on the basis that they are untimely. The Court recognizes that the Plaintiff's written questions were entered on the docket on March 25, 2020. *See* March 2, 2020 Electronic Order. However, as apparent on the document itself, the Pro Se Office received the written questions on March 2, 2020. *See* DE 89. In addition, the Court notes that the delivery envelope is postmarked February 28, 2020. *Id*. The February 12, 2020 Civil Conference Minute Order ("CCMO") required that the written questions be postmarked no later than February 26, 2020. *See* DE 87. The Court in its discretion is accepting the questions notwithstanding the *de minimis* delay.

　　　Further, the Court has just received, on April 20, 2020, a letter from the *pro se* Plaintiff dated April 14, 2020 notifying the Court of his change of address. *See* DE 91. Mr. McKoy appears to have been re-incarcerated at the Suffolk County Correctional Facility. In view of these circumstances as well as the current pandemic, **the Court is moving the previously**

**scheduled May 8, 2020 Status Conference and working session to June 9, 2020 at 10:30 a.m.**

This will provide Defendants' counsel with sufficient time to arrange for the conference with the appropriate representatives at the Suffolk County Correctional Center.  In addition to the Plaintiff's proposed questions, the Court will address the remaining issues discussed in Defendants' letter opposition [DE 90] regarding the Plaintiff's failure to comply with the various directives in the February 12, 2020 CCMO, the service of the Amended Complaint, etc. as well as the additional items set forth in Plaintiff McKoy's most recent correspondence [DE 91].  The Conference will be conducted telephonically and Defendants' counsel will take the necessary steps in advance to arrange the call with the prison officials.  Defendants' counsel shall initiate the call to Chambers at 631-712-5760 with the *pro se* Plaintiff on the line.

Defendants' counsel is directed to serve a copy of this Order upon the *pro se* Plaintiff forthwith by first-class mail and to file proof of such service on ECF by April 29, 2020.

**SO ORDERED.**

Dated: Central Islip, New York
April 24, 2020

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
United States Magistrate Judge