**COUNTY OF SUFFOLK**



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

| | |
|---|---|
| **DENNIS M. COHEN**<br>**COUNTY ATTORNEY** | **DEPARTMENT OF LAW** |

June 5, 2020

Hon. A. Kathleen Tomlinson, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

    Re:    <u>McKoy v. Suffolk County Correctional Facility</u>
            CV14-0249 (JS)(AKT)

Dear Judge Tomlinson:

The Suffolk County Attorney's Office represents the Suffolk County Correctional Facility, the sole current defendant in this pro se civil rights action pursuant to 42 U.S.C §1983.

We respectfully request that the teleconference with the Court now scheduled for June 9, 2020 at 10:30 A.M. be rescheduled for after 12:30 P.M. on that day, or for another day. This request is made because plaintiff is currently incarcerated in the Suffolk County Correctional Facility, and the facility's room for Court proceedings is needed for criminal court matters on the morning of June 9, 2020.

We thank the Court for its anticipated consideration of this request.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By: Arlene S. Zwilling
Assistant County Attorney

cc: Jerry Quinn McKoy
    Suffolk County Correctional Facility