Jerry McKoy
110 Center Drive
Riverhead NY 11901

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 25 2020 ★
LONG ISLAND OFFICE

Dated: 6-22-20

Hon A Kathleen Tomlinson USMJ
United States District Court E.D. of NY
Long Island Federal Courthouse
100 Federal Plaza
Central Islip New York 11722-4451

Re: McKoy V. Suffolk County Correctional Facility ect
CV-14-0249 (JS) (AKT)

Dear Judge Tomlinson

Im writing this letter to get a status update on the teleconference that was supposed to be held on June 17 2020 (6-17-20) at 10:00 am so said the order to the Defendants Counsel.
I recieved notice of prior teleconference councellations but no reason for this one and no prior notice. Thanks for your time and consideration.

CC: Arlene S. Zwilling

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: Jerry McKoy
#401030

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 25 2020 ★
LONG ISLAND OFFICE

MID-ISLAND NY 117
23 JUN 2020 PM 4 L

11722-443800

Hon A Kathaleen Tomlinson
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip New York
11722-4451