**COUNTY OF SUFFOLK**



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

| | |
|---|---|
| **DENNIS M. COHEN**<br>**COUNTY ATTORNEY** | **DEPARTMENT OF LAW** |

July 16, 2020

Hon. A. Kathleen Tomlinson, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

Re:   <u>McKoy v. Suffolk County Correctional Facility</u>
         CV14-0249 (JS)(AKT)

Dear Judge Tomlinson:

As the Court is surely aware, the Suffolk County Attorney's Office represents the Suffolk County Correctional Facility, the defendant in this pro se civil rights action pursuant to 42 U.S.C §1983. I write in response to plaintiff's letter to the Court dated July 8, 2020 (docket entry no. 101).

Plaintiff has provided us signed but unaddressed HIPAA authorizations, and requests that my office fill in the names and addresses of the correct providers. My office cannot alter documents that have been signed by plaintiff. Furthermore, we lack a reliable way to identify the providers. Accordingly, we again ask the plaintiff be directed to supply us with properly completed and executed authorizations for all of his relevant medical providers.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

<u>/s/ Arlene S. Zwilling</u>
By:  Arlene S. Zwilling
Assistant County Attorney


cc: Jerry Quinn McKoy
     Suffolk County Correctional Facility