Mr. Jerry Q McKoy     Hon A Kathleen Tomlinson
110 Center Dr    US Magistrate Judge
Riverhead NY 11901

RE: McKoy V. Suffolk County Corr et al
     CV 14-249 (LDH) (AKT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 26 2020 ★
LONG ISLAND OFFICE

Dated 10-21-20

Dear Judge Tomlinson

    I'm writing this letter to get an update on the case mention above. the requested release forms was dated 7-8-20 one had to be resent and in was done quickly

    This case has been going on for a number of years with me now using a cane possiblely as a result of the incident

    I would like to have a status conf. schulded if possible at my current location as soon as possible to get an update on the case

    I thank you beforehand for you time and consideration.

                      Jerry Q McKoy

cc: Arlene Zwilling

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: Jerry McKoy #401030

Hon: A Kathleen Tomlinson
UNITED STATES MAGISTRATE JUDGE
PO Box 9014
Central Islip New York 11722-9014

MID-ISLAND NY 117
22 OCT 2020 PM 1

LONG ISLAND

OCT 26 2020
RECEIVED
CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

Energy Awareness Month