# COUNTY OF SUFFOLK



**STEVE BELLONE**
SUFFOLK COUNTY EXECUTIVE

| | |
|---|---|
| DENNIS M. COHEN<br>COUNTY ATTORNEY | DEPARTMENT OF LAW |

October 28, 2020

Hon. A. Kathleen Tomlinson, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

Re:   <u>McKoy v. Suffolk County Correctional Facility</u>
      CV14-0249 (JS)(AKT)

Dear Judge Tomlinson:

As the Court is surely aware, the Suffolk County Attorney's Office represents the Suffolk County Correctional Facility, the defendant in this pro se civil rights action pursuant to 42 U.S.C §1983.

Defendants are in receipt of a copy of a letter from plaintiff to the Court dated October 21, 2020 and filed as docket entry no. 104. Plaintiff inquires about the status of this case in his letter.

Defendants wish to make the Court aware that we still have not received executed HIPAA compliant authorizations for the release of plaintiff's records from the following health providers:

a) Family Service League
b) physical therapy facilities at which he treated since the date of the incident
c) Dr. Longjohn
d) Pilgrim State
e) Zwanger Pesiri Radiology
f) Good Samaritan Hospital

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY   ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY  11788-0099   ♦

(631) 853-4049
TELECOPIER (631) 853-5169

      g) Southside Hospital
      h) Wyandanch Health Care Center

We thank the Ccourt for its continuing time and attention to this case.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By: Arlene S. Zwilling
Assistant County Attorney


cc: Jerry Quinn McKoy
    Suffolk County Correctional Facility

LOCATION                                     MAILING ADDRESS
H. LEE DENNISON BLDG.                P.O. BOX 6100                                    (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY   ♦   HAUPPAUGE, NY  11788-0099   ♦   TELECOPIER (631) 853-5169