United States District Court
EASTERN DISTRICT OF NEW YORK
POST OFFICE BOX 9014
CENTRAL ISLIP, NEW YORK 11722-9014

CHAMBERS OF
A. KATHLEEN TOMLINSON
UNITED STATES MAGISTRATE JUDGE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 04 2020 ★

LONG ISLAND OFFICE

Jerry Quinn McKoy, # 401030
Suffolk County Correctional Facility
110 Center Drive
Riverhead, NY 11901

November 4, 2020

Re: CV 14-0249 (LDH) (AKT)
*McKoy v. Suffolk County Correction, et al*

Dear Mr. McKoy:

    I am one of the Law Clerks to the Hon. A. Kathleen Tomlinson and I am writing to you at her direction. The issues concerning your medical records and the health care professionals who provided services to you remain unresolved. Without more specific information from you, there is a limit to what the Court can do to assist. This lack of more specific information has also prevented Defendants' counsel from being able to obtain these records.

    The Court is making one final effort here to attempt to obtain the medical records you say you need to support your claims. For that purpose, the Court is enclosing five (5) new HIPAA authorizations which have been prepared on your behalf – for Family Service League in Bay Shore, Good Samaritan Hospital in West Islip, Southside Hospital in Bay Shore, Wyandanch Health Center in Wyandanch, and Dr. Data Longjohn in Wyandanch. We have filled in as much of the information as we can based on the limited information you provided as well as from location information we obtained from the internet. Please note that we have no definitive information that these are the correct facility locations, but we will process the forms and see if we get any results.

    You need to take the following steps in order for the Court to send these authorizations to the medical professionals and practices in the hope of obtaining your records. Please look at each of the attached authorizations and take the following actions on each:

1) Next to Item 9(a) on each form, on the right-hand side of the box, please put your initials on each of the lines referring to "alcohol/drug treatment," "mental health information," and "HIV-related information;"

2) Below the last box (below Item 13) on each form, you will see a signature line. Please sign your name there; and

3) To the right of the signature line is a space for the date. Please fill in the date on the day you place your signature on each authorization form.

With regard to some of the other providers you mentioned, the Court cannot process any other HIPAA authorizations unless you can provide the Court with the name of the city, town or village where the facility is/was located and in which you were seen for medical services. For example, Zwanger Pesiri Radiology has offices all over Long Island and each one is an independent entity. Unless you can tell us where the Zwanger Pesiri office in which you were treated or tested is located, we cannot further pursue a records request. The same is true for any facility where you received physical therapy services. We do not even have a name of any such facility, so unless you can provide one, we are not able to assist further. Pilgrim State is no longer a functioning facility and so unless you have some idea who has possession of the old records from Pilgrim State, we cannot assist.

**You must provide the Court with this information along with the signed and dated HIPAA authorizations enclosed no later than November 25, 2020.** If these records are not obtained, you will not be able to utilize them to support any claim for physical or mental injuries in this case. The forms need to be returned here so that Judge Tomlinson can "so order" them before they are sent to the providers.

We are enclosing a stamped return envelope for you to return the signed forms to this Court's Chambers at the earliest possible time once you have received them.

Very truly yours,

/s/ *Mana Ameri*
Mana Ameri
Law Clerk
Chambers of Hon. A. Kathleen Tomlinson

cc:   Arlene Zwilling, Esq.
      P.O. Box 6100
      H. Lee Dennison Building
      100 Veterans Memorial Highway
      Hauppauge, NY 11788