**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

JERRY QUINN MCKOY,

                            Plaintiff,

      -against-                                      **ORDER**

SUFFOLK COUNTY CORRECTIONAL FACILITY,        CV 14-0249 (LDH) (AKT)
JENNIFER TAY, DEVIN CALANDRA,
HELEN BALCUK, VINCENT FUSCO, and
SERGEANT RUNG,

                            Defendants.

----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

**To:**    **Medical Records Dept.
Zwanger – Pesiri Radiology
150 East Sunrise Highway
Lindenhurst, NY  11757**

      The above-captioned case is currently pending before this Court.  The parties have established to the Court's satisfaction that they are entitled to the production of the care and treatment records of Plaintiff JERRY QUINN MCKOY.  The Court is attaching here an appropriate HIPAA-compliant records release authorization executed by Mr. McKoy for the relevant time period.  The Court hereby respectfully directs that all responsive documents covered by the attached HIPAA authorization concerning your treatment of JERRY QUINN MCKOY for the time period authorized in the HIPAA release be provided directly to the Court **by December 31, 2020**, to the following address:

    Chambers of the Hon. A. Kathleen Tomlinson
    United States District Court
    Eastern District of New York
    100 Federal Plaza
    Central Islip, NY  11722

2

If it is your position that no such records or other materials exist, then you are directed to provide the Court with a signed certification that no such records or other materials exist and that certification must be presented to the Court by December 31, 2020. If you have any questions, you may contact Judge Tomlinson's Chambers at 631-712-5760.

**SO ORDERED.**

Dated: Central Islip, New York
December 8, 2020

<u>/s/ A. Kathleen Tomlinson</u>
A. KATHLEEN TOMLINSON
United States Magistrate Judge