**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

JERRY QUINN MCKOY,

      Plaintiff,

   -against-             **ORDER**

SUFFOLK COUNTY CORRECTIONAL FACILITY,  CV 14-0249 (LDH) (AKT)
JENNIFER TAY, DEVIN CALANDRA,
HELEN BALCUK, VINCENT FUSCO, and
SERGEANT RUNG,

      Defendants.
-----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

**To: Medical Records Dept.**
   **Wyandanch Health Center**
   **1556 Straight Path**
   **Wyandanch, New York 11798**

   The above-captioned case is currently pending before this Court.  The parties have

established to the Court's satisfaction that they are entitled to the production of the care and

treatment records of Plaintiff JERRY QUINN MCKOY.  The Court is attaching here an

appropriate HIPAA-compliant records release authorization executed by Mr. McKoy for the

relevant time period.  The Court hereby respectfully directs that all responsive documents

covered by the attached HIPAA authorization concerning your treatment of JERRY QUINN

MCKOY for the time period authorized in the HIPAA release be provided directly to the Court

**by December 31,  2020**, to the following address:

   Chambers of the Hon. A. Kathleen Tomlinson
   United States District Court
   Eastern District of New York
   100 Federal Plaza
   Central Islip, NY  11722

If it is your position that no such records or other materials exist, then you are directed to

provide the Court with a signed certification that no such records or other materials exist and that

certification must be presented to the Court by December 31, 2020.  If you have any questions,

you may contact Judge Tomlinson's Chambers at 631-712-5760.


**SO ORDERED.**

Dated: Central Islip, New York
      December 8, 2020


          /s/ A. Kathleen Tomlinson
          A. KATHLEEN TOMLINSON
          United States Magistrate Judge