Mr. Jerry Quinn McKoy  
110 Center Drive  
Riverhead NY 11901

Hon. A Kathleen Tomlinson  
US Magistrate Judge

Re: McKoy V. Suffolk County Corr et al  
    CV 14-249 (LDH) (AKT)

Dated: 12-3-20

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 09 2020 ★
LONG ISLAND OFFICE

Dear Judge Tomlinson

    Im writing to see if a status confrence could be arranged with the jail by phone. I sent a letter which was dated 10-21-20 asking for an update, and recieved Hipaa forms which I filled out and sent back before the status update

    I have still not had that status updated as of yet. So in all defairness I ask the courts if a phone confrence could be arranged with the parties concerned as soon as possible

    I thank you beforehand for your time and consideration.

cc Arlene Zwilling Esq

Signed [signature]

MID-ISLAND NY 117
4 DEC 2020 PM 2 L

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: Jerry McKoy
481030

A Kathleen Tomlinson
United States U Magistrate Judge
P.O. Box 9014
Central Islip NY 11722-9014
100 Federal Plaza

11722-901414