**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JERRY QUINN MCKOY,

                        Plaintiff,

     -against-                                                                                                   **ORDER**

SUFFOLK COUNTY CORRECTIONAL FACILITY,                           CV 14-0249 (LDH) (AKT)
JENNIFER TAY, DEVIN CALANDRA,
HELEN BALCUK, VINCENT FUSCO, and
SERGEANT RUNG,

                       Defendants.
-----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

       The Court has received the *Pro Se* Plaintiff's letter motion requesting a status update and conference. *See* DE 115. It appears that Plaintiff's request crossed with the Court's recent Orders requesting Plaintiff's medical records from the medical providers identified by the Plaintiff. *See* DE 107-114. The Court will set up a conference after the medical records have been received since the action cannot proceed until these records are received.

       Defendants' counsel is directed to serve a copy of this Order upon the *pro se* Plaintiff forthwith by first-class mail and to file proof of such service on ECF by December 22, 2020.

                                                                 **SO ORDERED.**

Dated: Central Islip, New York
       December 17, 2020

                                               /s/ A. Kathleen Tomlinson
                                             A. KATHLEEN TOMLINSON
                                             United States Magistrate Judge