Clerk of US District Court E.D.N.Y
100 Federal Plaza
Central Islip New York 11722

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  JAN 14 2021  ★

LONG ISLAND OFFICE

Jan 8 2021

Dear Your Honor
    I am writing to because I don't completly understand the order
    The envelope was dated Jan 4 2020 I didnt recieve the mail until late Dec 2020 I dont know what medical records the defendant could be refering to since I've sent a lot of Hippa forms Already
    At this present time Im doing theophy at Stony Brook now ing being told by stony brook medical Dept that I have a pinch Nerve So an Appointment will be made in the upcoming Months
    Then there would Hippa forms for these two Individual places.

Jerry McKay

NAME: MR. JERRY McKOY 461030

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

117722-443800

MID-ISLAND NY 117
12 JAN 2021 PM 1

FOREVER
USA

Barn Swallow

Clerk U.S. District Court
100 Federal Plaza
Central ISLIP New York 11722

LONG ISLAND OFFICE

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 14 2021 ★

LONG ISLAND OFFICE





© USPS 2016

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envolopo
FSC® C137131