**United States District Court**
EASTERN DISTRICT OF NEW YORK
POST OFFICE BOX 9014
CENTRAL ISLIP, NEW YORK 11722-9014

CHAMBERS OF
A. KATHLEEN TOMLINSON
UNITED STATES MAGISTRATE JUDGE

Jerry Quinn McKoy, # 401030
Suffolk County Correctional Facility
110 Center Drive
Riverhead, NY 11901

January 15, 2021

Re: CV 14-0249 (LDH) (AKT)
*McKoy v. Suffolk County Correction, et al*

Dear Mr. McKoy:

    I am one of the Law Clerks to the Hon. A. Kathleen Tomlinson and am writing to you at her direction. Enclosed please find the records received to date in response to the Court's Orders to produce your medical records. The enclosed records are from the following medical providers: (1) South Shore Neurologic Associates, P.C.; (2) Wyandanch Health Center; and (3) Good Samaritan Hospital; and (4) Riverhead Correctional Facility Medical Unit.

    The Court also notes that the HIPAA authorization which was prepared on your behalf for Southside Hospital in Bay Shore was returned to the Court without a signature. As such, the Court has included another copy of the prepared HIPAA authorization for you to execute and return. Please take the following action:

1) Next to Item 9(a) on each form, on the right-hand side of the box, please put your initials on each of the lines referring to "alcohol/drug treatment," "mental health information," and "HIV-related information;"

2) **Below the last box (below Item 13) on each form, you will see a signature line. Please sign your name there**; and

3) To the right of the signature line is a space for the date. Please fill in the date on the day you place your signature on each authorization form.

**You must provide the Court with the signed and dated HIPAA authorization enclosed no later than February 3, 2021**. If the records from Southside Hospital are not obtained, you will not be able to utilize them to support any claim for physical or mental injuries in this case. The form must be returned to the Court's Chambers so that Judge Tomlinson can "so order" it before it is to the provider.

      We are enclosing a stamped return envelope for you to return the signed forms to this Court's Chambers at the earliest possible time once you have received them.

      Very truly yours,

      /s/ *Mana Ameri*
      Mana Ameri
      Law Clerk
      Chambers of Hon. A. Kathleen Tomlinson

cc:    Arlene Zwilling, Esq.
       P.O. Box 6100
       H. Lee Dennison Building
       100 Veterans Memorial Highway
       Hauppauge, NY 11788