Mr Jerry O McKoy  
110 Center Drive  
Riverhead NY 11901

Mrs Arlene S Zwilling  
PO Box 6100  
Hauppauge NY 11788-0099

Dated 1-18-21

FILED  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y  
★ JAN 21 2021 ★  
LONG ISLAND OFFICE

Dear Mrs Zwilling

The Courts is Asking for me to send them the rest of the medical release forms of places that have treated me

If you could send me a list of any + All the places that I have sent Hippa forms so you could recieve medical Record it would let me know what else I'll have to send.

cc A. Kathleen Tomlinson  
U.S. Magistrate Judge

cc

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: MR. TERRY McKAY

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 21 2021 ★
LONG ISLAND OFFICE

A Kathleen Tomlinson
United States Magistrate Judge
P.O. Box 9014
Central Islip NY 11722-9014