A Kathleen Tomlinson
Magistrate Judge

3/1/2021

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 04 2021 ★
LONG ISLAND OFFICE

Dear Judge Tomlison I was writing to see if we could a phone confrence with all parties involed as soon as possible

Jerry McKoy
CV-14-249 (LDH) (AKT)


FSC
MIX
Envelope
FSC® C137131
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
© USPS 2016