FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR - 5 2021 ★
LONG ISLAND OFFICE

McKoy V. Suffolk County Correction et al
CV 14-0249-(LDH)(AKT)

Dear Judge Tomlinson I'm writing in regards to the case mention above. I'm asking the courts if a status telephonic confrence could be arranged it has been awhile since any movement has been done. the telephonic confrence could be arranged as before by Mrs Zwilling. your help in this matter would be greatly appraiated.

CC. MRS Arlena S. Zwilling

4-2-21

Sincarly

Jarry McKoy

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: Jerry Quinn McKoy #401030

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 05 2021 ★
LONG ISLAND OFFICE

MID-ISLAND NY 117
3 APR 2021 PM 5

Hon. A Kathleen Tomlinson (USMJ)
Long Island Federal Courthouse
100 Federal Plaza
Central Islip New York 11722-4451

11722-443800