**COUNTY OF SUFFOLK**



STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

DENNIS M. COHEN
COUNTY ATTORNEY

DEPARTMENT OF LAW

April 7, 2021

Hon. A. Kathleen Tomlinson, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

Re:   McKoy v. Suffolk County Correctional Facility
      CV14-0249 (JS)(AKT)

Dear Judge Tomlinson:

As the Court is surely aware, the Suffolk County Attorney's Office represents the Suffolk County Correctional Facility, the defendant in this pro se civil rights action pursuant to 42 U.S.C §1983.

Defendants do not object to a conference being scheduled, as requested by plaintiff (docket entry no. 123).

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney


cc: Jerry Quinn McKoy
    Suffolk County Correctional Facility