**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JERRY QUINN MCKOY,

                    Plaintiff,

    -against-                              **ORDER**

SUFFOLK COUNTY CORRECTIONAL FACILITY,    CV 14-0249 (LDH) (AKT)
JENNIFER TAY, DEVIN CALANDRA,
HELEN BALCUK, VINCENT FUSCO, and
SERGEANT RUNG,

                    Defendants.
----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

        The Court has received the *Pro Se* Plaintiff's letter motions requesting a status update and conference. *See* DE 122-123. This case is being set down for a Telephone Conference on **June 11, 2021 at 11:00 A.M.** The parties are directed to utilize the Court's teleconferencing line at (866) 590-5055, access code 9720458, at the time of the conference.

        Defendants' counsel is directed to serve a copy of this Order upon the *Pro Se* Plaintiff forthwith by first-class mail and to file proof of such service on ECF by May 20, 2021.

                                                          **SO ORDERED.**

Dated: Central Islip, New York
       May 17, 2021

                                                     /s/ A. Kathleen Tomlinson
                                                   A. KATHLEEN TOMLINSON
                                                   United States Magistrate Judge