McKoy V. Suffolk County Correction et al
CV 14-0249-(LDH)(AKT)

Dear Judge Tomlinson I'm writing in regards to the case mention above. I'm asking the courts if a status telephonic confrence could be arranged it has been awhile since any movement has been done. the telephonic confrence could be arranged as before by Mrs Zwilling. your help in this matter would be greatly appreciated.

CC. Mrs Arlene S. Zwilling

5-12-21

Sincarly

Jerry McKoy

My present address is Downstate Corr Fac
121 Redschoolhouse Rd
Box F
Fishkill New York 12524-0445

DOWNSTATE CORRECTIONAL FACILITY
BOX F
RED SCHOOLHOUSE ROAD
FISHKILL, NEW YORK 12524-0445

NAME: JERRY MCKOY      DIN: 21A0276

[RECEIVED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. MAY 13 2021 LONG ISLAND OFFICE]

ALBANY NY 120   05/17/2021
17 MAY 2021 PM 3 L   US POSTAGE $000.51
CORRECTIONAL FACILITY   ZIP 12524   041M11284855

Hon A Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip New York
        11722-4451

11722-443800