

CLERK OF U.S. DISTRICT COURT, EDNY
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722

OFFICIAL BUSINESS

MID-ISLAND NY 117

NEOPOST

FIRST-CLASS MAIL

18 MAY 2021PM 5 L

05/18/2021
US POSTAGE $000.51⁰

ZIP 11722
041L11255308

Jerry Quinn McKoy
110 Center Drive
Riverhead, NY 11901

NIXIE        100    DE 1           0005/23/21

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

UTF    BC: 11722443800      *1702-00545-18-43

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JERRY QUINN MCKOY,

                                    Plaintiff,

                    -against-                                               **ORDER**

SUFFOLK COUNTY CORRECTIONAL FACILITY,                   CV 14-0249 (LDH) (AKT)
JENNIFER TAY, DEVIN CALANDRA,
HELEN BALCUK, VINCENT FUSCO, and
SERGEANT RUNG,

                                    Defendants.
----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

The Court has received the *Pro Se* Plaintiff's letter motions requesting a status update and

conference. *See* DE 122-123. This case is being set down for a Telephone Conference on **June**

**11, 2021 at 11:00 A.M.** The parties are directed to utilize the Court's teleconferencing line at

(866) 590-5055, access code 9720458, at the time of the conference.

Defendants' counsel is directed to serve a copy of this Order upon the *Pro Se* Plaintiff

forthwith by first-class mail and to file proof of such service on ECF by May 20, 2021.


                                    **SO ORDERED.**

Dated: Central Islip, New York
       May 17, 2021

                                    /s/ A. Kathleen Tomlinson
                                    A. KATHLEEN TOMLINSON
                                    United States Magistrate Judge