United States District Court
EASTERN DISTRICT OF NEW YORK
POST OFFICE BOX 9014
CENTRAL ISLIP, NEW YORK 11722-9014

CHAMBERS OF
A. KATHLEEN TOMLINSON
UNITED STATES MAGISTRATE JUDGE

**FILED**
**CLERK**

3:42 pm, Jun 02, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Jerry Quinn McKoy, # 21A026
Downstate Correctional Facility
121 Red Schoolhouse Road
P.O. Box F
Fishkill, NY 12524

June 2, 2021

Re: CV 14-0249 (LDH) (AKT)
*McKoy v. Suffolk County Correction, et al*

Dear Mr. McKoy:

    I am one of the Law Clerks to the Hon. A. Kathleen Tomlinson and am writing to you at her direction. Enclosed please find the records received to date in response to the Court's Orders to produce your medical records. The enclosed records are from the following medical providers: (1) Southside Hospital; and (2) Zwanger Pesiri Radiology.

    Medical records from Zwanger Pesiri Radiology were produced digitally on a CD and in hardcopy. I am enclosing the hardcopy records only at this time because the Downstate Correctional Facility does not permit inmates to have CDs. The Court is directing Defendants' counsel, Ms. Zwilling, to make arrangements with the Downstate Correctional Facility for you to review the CD.

Very truly yours,

/s/ *Mana Ameri*

Mana Ameri, Law Clerk
Chambers of Hon. A. Kathleen Tomlinson

cc:   Arlene Zwilling, Esq.
      P.O. Box 6100
      H. Lee Dennison Building
      100 Veterans Memorial Highway
      Hauppauge, NY 11788