

A. KATHLEEN TOMLINSON
UNITED STATES MAGISTRATE JUDGE
100 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722-4438

OFFICIAL BUSINESS

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 07 2021   ★

LONG ISLAND OFFICE

Jerry Quinn McKoy   #71A026

NO LONG
UNABLE T
MUST HA
CONTENTS
NON-OREA

11722>4438

BC: 11722443800

NIXIE    976 DC 1    0005/03/21

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

*0702-05159-26-46

es. missing - adult

NEOPOST
05/26/2021
US POSTAGE $000.51⁰

FIRST-CLASS MAIL

ZIP 11722
041L11255308

5/24/2021                    Eastern District of New York - LIVE Database 1.5 (Revision 1.5.2)

## Orders on Motions

2:14-cv-00249-LDH-AKT McKoy v. Suffolk County Correction et al

IFP,PROSE

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    JUN 07 2021    ★

LONG ISLAND OFFICE

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    JUN 07 2021    ★

LONG ISLAND OFFICE

**U.S. District Court**

**Eastern District of New York**

### Notice of Electronic Filing

The following transaction was entered on 5/24/2021 at 10:04 PM EDT and filed on 5/24/2021
**Case Name:**        McKoy v. Suffolk County Correction et al
**Case Number:**     2:14-cv-00249-LDH-AKT
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER terminating [127] Motion for Hearing as moot in light of [125]. Ordered by Magistrate Judge A. Kathleen Tomlinson on 5/24/2021. (Ameri, Mana)**

**2:14-cv-00249-LDH-AKT Notice has been electronically mailed to:**

Arlene S. Zwilling      arlene.zwilling@suffolkcountyny.gov, Cheryl.Darcangelo@suffolkcountyny.gov,
courtalert@suffolkcountyny.gov, susan.flynn@suffolkcountyny.gov

**2:14-cv-00249-LDH-AKT Notice will not be electronically mailed to:**

Jerry Quinn McKoy
21A026
Downstate Correctional Facility
121 Red Schoolhouse Road
P.O. Box F
Fishkill, NY 12524-0445

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JERRY QUINN MCKOY,

                                    Plaintiff,

            -against-                                                      **ORDER**

SUFFOLK COUNTY CORRECTIONAL FACILITY,                      CV 14-0249 (LDH) (AKT)
JENNIFER TAY, DEVIN CALANDRA,
HELEN BALCUK, VINCENT FUSCO, and
SERGEANT RUNG,

                                    Defendants.
-------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

        The Court has received the *Pro Se* Plaintiff's letter motions requesting a status update and

conference. *See* DE 122-123. This case is being set down for a Telephone Conference on **June**

**11, 2021 at 11:00 A.M.** The parties are directed to utilize the Court's teleconferencing line at

(866) 590-5055, access code 9720458, at the time of the conference.

        Defendants' counsel is directed to serve a copy of this Order upon the *Pro Se* Plaintiff

forthwith by first-class mail and to file proof of such service on ECF by May 20, 2021.

                                                    **SO ORDERED.**

Dated: Central Islip, New York
       May 17, 2021

                                                    /s/ A. Kathleen Tomlinson
                                                    A. KATHLEEN TOMLINSON
                                                    United States Magistrate Judge

**U.S. District Court**

**Eastern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 5/17/2021 at 4:09 PM EDT and filed on 5/17/2021
**Case Name:**        McKoy v. Suffolk County Correction et al
**Case Number:**      2:14-cv-00249-LDH-AKT
**Filer:**
**Document Number:** 125

**Docket Text:**
**ORDER regarding [122] and [123]. Defendants' counsel is directed to serve a copy of
this Order upon the pro se Plaintiff forthwith by first-class mail and to file proof of such
service on ECF by May 20, 2021. SEE ATTACHED ORDER FOR ADDITIONAL DETAILS.
Ordered by Magistrate Judge A. Kathleen Tomlinson on 5/17/2021. (Ameri, Mana)**

**2:14-cv-00249-LDH-AKT Notice has been electronically mailed to:**

Arlene S. Zwilling    arlene.zwilling@suffolkcountyny.gov, Cheryl.Darcangelo@suffolkcountyny.gov, courtalert@suffolkcountyny.gov, susan.flynn@suffolkcountyny.gov

Jerry Quinn McKoy    jerrymckoy69@gmail.com

**2:14-cv-00249-LDH-AKT Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=5/17/2021] [FileNumber=15847924-0]
[537cadfd32fe185175d0597be80b1bac732988e3efbc04ee6fe889b9dceee6e1cc01
d57545da2b1c4fd2a407842d8e99d891a2b2bfe8a2bea44992f339d6e482]]