**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
  JERRY QUINN MCKOY,

                        Plaintiff,

     -against-                                   **ORDER**

  SUFFOLK COUNTY CORRECTIONAL FACILITY,     CV 14-0249 (LDH) (AKT)
  JENNIFER TAY, DEVIN CALANDRA,
  HELEN BALCUK, VINCENT FUSCO, and
  SERGEANT RUNG,

                        Defendants.
----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

       It has come to the Court's attention that the Plaintiff's last known address was inadvertently docketed incorrectly in the Clerk's Office. Consequently, the Court has learned that Orders and correspondences are being "returned to sender" at the courthouse. Plaintiff has not received, among other things, the Court's May 17, 2021 Order scheduling a Telephone Conference for June 11, 2021 at 11 A.M. This conference cannot go forward therefore because there is insufficient time to get the information to the Plaintiff. Consequently, the Court is modifying the docket to accurately reflect the Plaintiff's last known address and is also adjourning the Telephone Conference to **July 9, 2021 at 10:30 A.M.** The parties are directed to utilize the Court's teleconferencing line at (866) 590-5055, access code 9720458, at the time of the conference.

       Defendants' counsel is directed to serve a copy of this Order upon the *Pro Se* Plaintiff forthwith by first-class mail and to file proof of such service on ECF by June 15, 2021.

**SO ORDERED.**

Dated: Central Islip, New York
      June 10, 2021

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
United States Magistrate Judge