| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |

| | | | |
|---|---|---|---|
| BEFORE: | A. KATHLEEN TOMLINSON<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | 7-9-2021<br>10:37 a.m. (15 minutes) |

***McKoy v. Suffolk County Correction, et al.***
**CV 14-249 (LDH) (AKT)**

| | | |
|---|---|---|
| TYPE OF CONFERENCE: | | **TELEPHONE STATUS CONFERENCE** |
| APPEARANCES: | Plaintiff: | Jerry Quinn McKoy, Pro Se |
| | Defendants: | Arlene Zwilling (Dr. Vincent Geraci, Jennifer Tay, Devin Calandra, Helen Balcuk, Correction Officer Vincent Fusco, Sgt. Rung) |
| Non-Answering Defendants: | | (Nurse Administrator)<br>(Jane Doe 1, 2, 3)<br>(John Doe 1 and 2)<br>(Officer John Doe) |

FTR through AT&T teleconference line:   10:37-10:52

THE FOLLOWING RULINGS WERE MADE:

1.  Deputy County Attorney Zwilling is directed to notify the Court in writing by July 16, 2021 whether the Counties excepting service of the Amended Complaint on behalf of newly added defendants Jennifer Tay, Delvin Calandra, Helen Balcuk, Officer Fusco and Sergeant Rung. Once that issue is resolved, the Court is giving the defendants 30 days to answer or otherwise with respect to the amended pleading.

2.  Six of the eight medical providers responded to the HIPAA authorizations. The Court is sending a further Order to the two non-responding providers, namely, Dr. Longjohn and Family Service League, notifying them of the potential contempt proceeding if they continue to ignore the Court's Orders.

3.  Plaintiff's contemplated revisions to the written questions in lieu of deposition which were discussed with him at a prior conference remain on hold until the issue of service of the amended complaint is resolved. Plaintiff will be permitted to formulate questions for the newly added defendants on further Order of the Court at the appropriate time.

4.  Defendants' counsel is directed to serve a copy of this Order upon the pro se plaintiff forthwith and to file proof of such service on ECF by July 14, 2021.

                                                    **SO ORDERED.**

                                                /s/ A. Kathleen Tomlinson
                                                A. KATHLEEN TOMLINSON
                                                U.S. Magistrate Judge