**COUNTY OF SUFFOLK**



STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

| | |
|---|---|
| DENNIS M. COHEN<br>COUNTY ATTORNEY | DEPARTMENT OF LAW |

July 16, 2021

Hon. A. Kathleen Tomlinson, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

Re:  McKoy v. Suffolk County Correctional Facility
     CV14-0249 (JS)(AKT)

Dear Judge Tomlinson:

As the Court is surely aware, the Suffolk County Attorney's Office represents the Suffolk County Correctional Facility, the defendant in this pro se civil rights action pursuant to 42 U.S.C §1983.

Pursuant to the Court's Order of July 9, 2021, I have been in contact with defendants Calandra, Rung and Fusco. They have authorized me to accept service of process on their behalf. My office will be filing an Answer for them shortly.

I have not been able to reach defendants Balcuk and Tay as they have not worked for the County for many years and their present location is unknown.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney

cc: Jerry Quinn McKoy, 21A0276
    Fishkill Correctional Facility
    271 Matteawan Road
    PO Box 1245
    Beacon, New York 12508-0307