## COUNTY OF SUFFOLK



STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

DENNIS M. COHEN
COUNTY ATTORNEY

DEPARTMENT OF LAW

July 20, 2021

Hon. A. Kathleen Tomlinson, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

Re:   McKoy v. Suffolk County Correctional Facility
      CV14-0249 (JS)(AKT)

Dear Judge Tomlinson:

The Suffolk County Attorney's Office represents the Suffolk County Correctional Facility, the defendant in this pro se civil rights action pursuant to 42 U.S.C §1983.

Pursuant to the Court's Order issued yesterday today, we write to advise that the last known addresses of defendants Tay and Balcuk are:

Jennifer Tay (now known as Jennifer Abrams)
87 North Howells Pt Rd
Bellport, NY 11713

Helen Balcuk
96 Michaels Lane
Wading River, NY 11792

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY   ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099   ♦

(631) 853-4049
TELECOPIER (631) 853-5169

cc: Jerry Quinn McKoy, 21A0276
   Fishkill Correctional Facility
   271 Matteawan Road
   PO Box 1245
   Beacon, New York 12508-0307

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY   ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY  11788-0099   ♦

(631) 853-4049
TELECOPIER (631) 853-5169