

FIRST-CLASS MAIL
$000.53
11/02/2021
ZIP 11722
041L11255308

ALBANY NY 117
NEOPOST

Jerry Quinn McKoy
21A0276

NIXIE  875  DC 1

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 117224438000  *1402-08243-02-41*

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ALFONSE M. D'AMATO U.S. COURTHOUSE
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722-4438

OFFICIAL BUSINESS

LONG ISLAND OFFICE
DEC 06 2021
FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.

IFP,PROSE

# U.S. District Court
## Eastern District of New York (Central Islip)
## CIVIL DOCKET FOR CASE #: 2:14-cv-00249-LDH-JMW

McKoy v. Suffolk County Correction et al
Assigned to: Judge LaShann DeArcy Hall
Referred to: Magistrate Judge James M. Wicks
other Case: 2:21-cv-01873-LDH-AKT
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/02/2014
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Jerry Quinn McKoy**  represented by  **Jerry Quinn McKoy**
21A0276
Downstate Correctional Facility
121 Red Schoolhouse Road
P.O. Box F
Fishkill, NY 12524-0445
PRO SE

V.

**Defendant**

**Suffolk County Correction**  represented by  **Arlene S. Zwilling**
*TERMINATED: 03/03/2014*  Suffolk County Attorney
P.O. Box 6100
H. Lee Dennison Building-Fifth Floor
100 Veterans Memorial Highway
Hauppauge, NY 11788-0099
(631)853-4049
Fax: (631)853-5833
Email: arlene.zwilling@suffolkcountyny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sheriff Vincent F. DeMarco**
*Suffolk County*
*TERMINATED: 03/03/2014*

**Defendant**

**Nurse Administrator**
*Suffolk County Correctional Facility*

**Defendant**

Jennifer Tay
*Nurse Administrator*

**Defendant**

**Devin Calandra**
*Nurse*

**Defendant**

**Helen Balcuk**
*Nurse*

**Defendant**

**Dr. Vincent Geraci**              represented by   **Arlene S. Zwilling**
*Suffolk County Correctional*                        (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Jane Doe**
*Doctor, Suffolk County Correctional Facility*

**Defendant**

**Jane Doe**
*Doctor, Suffolk County Correctional Facility*

**Defendant**

**Jane Doe**
*Doctor, Suffolk County Correctional Facility*

**Defendant**

**John Doe**
*Doctor, Suffolk County Correctional Facility*

**Defendant**

**John Doe**
*Physch Doctor, Suffolk County Correctional Facility*

**Defendant**

**Correction Officer Vincent Fusco**

**Defendant**

**Sgt. Rung**

**Defendant**

**Officer John Doe**
*Suffolk County Correctional Facility*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2021 | | Case randomly reassigned to Magistrate Judge James M. Wicks. Magistrate Judge A. Kathleen Tomlinson no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (CM to pro se plaintiff) (Florio, Lisa) (Entered: 11/02/2021) |