**COUNTY OF SUFFOLK**



**STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE**

| | |
|---|---|
| **DENNIS M. COHEN**<br>**COUNTY ATTORNEY** | **DEPARTMENT OF LAW** |

December 16, 2021

Hon. James M. Wicks, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

Re:   *McKoy v. Suffolk County Correctional Facility,* CV14-0249 (JS)(JMW)

Dear Judge Wicks:

The Suffolk County Attorney's Office represents defendants in this pro se civil rights action pursuant to 42 U.S.C § 1983 brought by plaintiff Jerry McKoy. Defendants submit this letter in response to the Court's Order to Show Cause issued December 15, 2021.

Respectfully, the entry of a default judgment against defendants Calandra, Rung and Fusco would be inappropriate as no summons has ever been issued directed them. Since no process was ever issued, delivery to my office on their behalf was ever effectuated.

In any event, we are now filing an Answer for them. However, since no process has been issued directed to them, the Answer includes a defense of lack of personal jurisdiction.

We are unable to serve a copy of this letter or the Order to Show Cause upon plaintiff as he was released from the custody of the New York State Department of Corrections on or about October 27, 2021 and we have no knowledge as to his current whereabouts.

We thank the Court for its time and attention to this case.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney