**COUNTY OF SUFFOLK**



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. COHEN**　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

December 17, 2021

Hon. James M. Wicks, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

Re:　*McKoy v. Suffolk County Correctional Facility,* CV14-0249 (JS)(JMW)

Dear Judge Wicks:

The Suffolk County Attorney's Office represents defendants in this pro se civil rights action pursuant to 42 U.S.C § 1983 brought by pro se plaintiff Jerry McKoy.

Today, the Court issued a Scheduling Order and directed us to serve a copy on plaintiff. As we advised the Court in a letter that we filed yesterday, plaintiff is no longer in the custody of the New York State Department of Corrections and we do not have a current address for him.

We have served a copy of the Scheduling Order on plaintiff at Fishkill Correctional Facility as that is the address he has on file with the Court and the last known address that we have for him.

We thank the Court for its time and attention to this case.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney