**COUNTY OF SUFFOLK**



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

| | |
|---|---|
| **DENNIS M. COHEN**<br>COUNTY ATTORNEY | **DEPARTMENT OF LAW** |

January 6, 2022

Hon. James M. Wicks, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

    Re:    *McKoy v. Suffolk County Correctional Facility,* CV14-0249 (JS) (JMW)

Dear Judge Wicks:

The Suffolk County Attorney's Office represents defendants in this pro se civil rights action pursuant to 42 U.S.C § 1983 brought by pro se plaintiff Jerry McKoy.

During this morning's conference (at which plaintiff failed to appear), Your Honor inquired as to whether this office has appeared for all defendants. As reflected by the docket sheet, no summonses have been issued to defendants Calandra, Rung, Fusco, Tay or Balcuk. No one named Jennifer Tay has been employed by the County. The County cannot accept service for defendant Balcuk since she left County employment in 2018. As per my letter to the Court of December 16, 2021 (docket entry no. 142)), we have answered for defendants Calandra, Rung and Fusco (docket entry no. 140), the lack of summonses notwithstanding. We have also answered for defendant Geraci separately (docket entry no. 12).

We thank the Court for its time and attention to this case.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney

cc: Jerry McKoy
    43 Harrison Drive
    Shirley, New York 11967

LOCATION                                    MAILING ADDRESS
H. LEE DENNISON BLDG.                       P.O. BOX 6100                              (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY   ♦    HAUPPAUGE, NY  11788-0099    ♦    TELECOPIER (631) 853-5169