US Eastern District Pro Se Office	Jerry McKoy
100 Federal Plaza	43 Harrison Dr
Central Islip NY 11722	Shirley NY 11967

Case No 2:14-cv-00249

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 06 2022 ★
LONG ISLAND OFFICE

Dear Pro-Se

I am writing to inform you of my New Address which is written above. Along with my Case No# all forwing mail can be sent to this Address.

Kind Regards
Jerry Q McKoy

LEDRY Q McKOY
43 Harrison Dr
Shirley NY 11967

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 06 2022 ★
LONG ISLAND OFFICE

MID-ISLAND NY 117
4 JAN 2022 PM 1 L

Attn: Pro Se
100 Federal Plaza
Central Islip NY 11722

117722-443800