Hon James M Wicks  
USDC Eastern District of NY  
long Island Fedral court House  
100 Fadaral Plaza  
Central Islio NY 11722-4451

Jerry Q McKoy  
43 Harrison Drive  
Shirley NY 11967

FILED  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ JAN 13 2022 ★  
LONG ISLAND OFFICE

Jan 10 2022

14-CV-249

Daar Judge Wicks

Im writing to inform you of the reason why I missed the status confranca was do to poor recaption I was in the Doc office for pain manament. I spoka to the pro-se office and was told that it was raschulda for Jan 31 at 11 AM thay also told ma I should ba raciaving this infromation in tha mail.

Jerry McKoy

MR Jerry [illegible]
43 Harrison Drive
Shirley NY 11967

MID-ISLAND NY 117
11 JAN 2022 PM 5 L

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 13 2022 ★
LONG ISLAND OFFICE

Hon James M Wicks
USDC Eastern District of New York
Long Island Fedral Court house
100 Fedral Plaza
Cantral Islip New York 11722-4451

11722-443800