**COUNTY OF SUFFOLK**



**STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE**

| | |
|---|---|
| **DENNIS M. COHEN**<br>**COUNTY ATTORNEY** | **DEPARTMENT OF LAW** |

February 2, 2022

Hon. James M. Wicks, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

Re:   *McKoy v. Suffolk County Correctional Facility,* CV14-0249 (JS) (JMW)

Dear Judge Wicks:

The Suffolk County Attorney's Office represents defendants in this pro se civil rights action pursuant to 42 U.S.C § 1983 brought by pro se plaintiff Jerry McKoy.

In accordance with the Order of January 31, 2022, we advise that my office has now filed an answer to the operative complaint (docket no. 63) on behalf of defendants Suffolk County Correctional Facility, Calandra, Fusco and Rung. Further, we have reviewed the medical records we received in response to Judge Tomlinson's December 8, 2020 Orders, and determined that the only provider that has not complied with the Orders is Zwanger Pesiri Radiology.

We thank the Court for its time and attention to this case.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney

cc: Jerry McKoy
    43 Harrison Drive
    PO Box 1245
    Shirley, New York 11967