FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 26 2018   ★

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

LONG ISLAND OFFICE
RECEIVED

APR 26 2018

EDNY PRO SE OFFICE

RE: MCKOY  v. SUFFOLK CO. et.al                        DATED: 4-24-2018

14-cv-249 (LDH)-(AKT)

 

 

    I humbly ask the courts to accept this letter in the form of a motion. Asking the court for permission to seek leave to file an amended complaint.

    I also ask the courts to accept this letter along with the Amend Complaint even in the time frame that it was received.

JERRY MCKOY

Pro- se

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  APR 26 2018  ★

LONG ISLAND OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

JERRY QUINN McKOY

*(Write the full name of each plaintiff who is filing this complaint.  If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

SUFFOLK COUNTY CORRECTIONAL FACILITY
etc.

*(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.  Do not include addresses here.)*

**Amended Complaint**

Case No. CV14-249 (LDH) (AKT)
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes    ☐ No
*(check one)*

**RECEIVED**

APR 26 2018

**EDNY PRO SE OFFICE**

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Jerry Quinn Mckoy |
| Street Address | 2  Venedia Drive |
| City and County | Wheathley Heights |
| State and Zip Code | New York 11798 |

| | |
|---|---|
| Telephone Number | 631-671-1323 |
| E-mail Address | Jerrymckoy69@gmail.com |

B.    **The Defendant(s)Jennifer**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jennifer Tay |
| Job or Title | Nurse Administrator                    (if known) |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

      Name             Delvin Calandra

      Job or Title      Nurse                       (if known)

      Street Address

      City and County

      State and Zip Code

      Telephone Number

      E-mail Address
      (if known)


Defendant No. 3

      Name             Helen Balcuk

      Job or Title      Nurse                     (if known)

      Street Address

      City and County

      State and Zip Code

      Telephone Number

      E-mail Address
      (if known)


Defendant No. 4

      Name             Vincent Fusco

      Job or Title      Correctional Officer         (if known)

      Street Address

      City and County

      State and Zip Code

      Telephone Number

      E-mail Address
      (if known)


Defendant No. 5

| | |
|---|---|
| Name | Sergeant Rung |
| Job or Title | Sergeant (if known) |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐    State or local officials (a § 1983 claim)

☐    Federal officials (a *Bivens* claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Rights to proper medical treatment.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Proper medical treatment and movement of plaintiff from point of incident

4

Name:
Job or Title:
Shield Number:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address:
(if known)

II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against (check all that apply):

☐    Federal officials (a Bivens claim)
☐    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under Section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

_____

_____

_____

C.    Plaintiffs suing under Bivens may only recover for the violation of certain constitutional rights. If you are suing under Bivens, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

_____

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

**Proper medical treatment and movement of plaintiff from point of incident.**

III.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Suffolk County Correctional Facility in a jail cell of 1-South west

B.    What date and approximate time did the events giving rise to your claim(s) occur?

October !9 2013 at approx. 2:45.

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On October, 19, 2013 at Approx. 2;45 pm. I had a seizure do to the fact of not receiving my medication for approx. 3-weeks (nurse Jennifer Tay) knew or should have known that plaintiff was without his medication from 9-30 -13 to 1-19 -13. Do to numerous sick call submission and notes the was left by meds dispensers and therefore his meds should have been updated (Nurse Delvin Calandra) fail in her duties to proper supervise and follow up on complaints and grievances that are filed which are complaints. The proper overseeing or training

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Proper medical treatment and two aspect of plaintiff(s) from point of incident.

III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Suffolk County Correctional Facility main [illegible] -South [illegible]

B. What date and approximate time did the events giving rise to your claim(s) occur?

October 19 2013 at approx 2:45

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

On October 19, 2013 at approx. 2:45 pm. I fell backwards down the stairs [illegible] receiving my medication [illegible] nurse [illegible] should have known that plaintiff was [illegible] on his medication from 9-10-13 to 10-19-13. Due to numerous sick call submissions [illegible] dizziness and [illegible] Nurse Calvin [illegible] Calendon [illegible] grievances that are filed which are complaints. The [illegible]

or individuals in a cell setting (Nurse Helen Balcuk) failed in her duties as certified Nurse to oversee the proper removal of plaintiff of 1-S-W after plaintiff seizure. (Sgt. Rung) failed in his duties to oversee and assist the officers that are under his command (Officer Vincent Fusso failed in his duties to properly remove plaintiff from point of incident and seizure.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The injuries sustained are back shoulder which has cause me to receive treatment for the injuries.

## V.    Relief

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.   If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.   Explain the basis for these claims.

$25,000.000 in compensation for physical injuries medical expense for present and future and pain and suffering $5,000,000 in punitive for reckless and callous indifference.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support

**A.**    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _4 - 24_, 20 _18_

Signature of Plaintiff _(signature)_

Printed Name of Plaintiff _JERRY MCKOY_

For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of plaintiff _____

Printed name of plaintiff _____