

CLERK OF U.S. DISTRICT COURT, EDNY
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722

OFFICIAL BUSINESS

**RECEIVED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 27 2022 ★

LONG ISLAND OFFICE

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 27 2022 ★

LONG ISLAND OFFICE

Jerry Quinn McKoy

RETURN TO SENDER
RELEASED
PROHIBITED
OTHER

ALBANY NY 120
11 JAN 2022 PM 3 L

NEOPOST
12/15/2021
US POSTAGE $000.53⁰

FIRST-CLASS MAIL

ZIP 11722
041L11255308

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 27 2022 ★

LONG ISLAND OFFICE

# U.S. District Court
## Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:14-cv-00249-LDH-JMW

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 27 2022 ★
LONG ISLAND OFFICE

IFP,PROSE

McKoy v. Suffolk County Correction et al
Assigned to: Judge LaShann DeArcy Hall
Referred to: Magistrate Judge James M. Wicks
other Case: 2:21-cv-01873-LDH-SIL
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/02/2014
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Jerry Quinn McKoy**  represented by **Jerry Quinn McKoy**
21A0276
Fishkill Correctional Facility
271 Matteawan Road
Box 1245
Beacon, NY 12508
PRO SE

V.

**Defendant**

**Suffolk County Correction**  represented by **Arlene S. Zwilling**
*TERMINATED: 03/03/2014*
Suffolk County Attorney
P.O. Box 6100
H. Lee Dennison Building-Fifth Floor
100 Veterans Memorial Highway
Hauppauge, NY 11788-0099
(631)853-4049
Fax: (631)853-5833
Email: arlene.zwilling@suffolkcountyny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sheriff Vincent F. DeMarco**
*Suffolk County*
*TERMINATED: 03/03/2014*

**Defendant**

**Nurse Administrator**
*Suffolk County Correctional Facility*

**Defendant**

**Officer John Doe**
*Suffolk County Correctional Facility*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2021 | | Case randomly reassigned to Magistrate Judge James M. Wicks. Magistrate Judge A. Kathleen Tomlinson no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (CM to pro se plaintiff) (Florio, Lisa) (Entered: 11/02/2021) |