UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE          DATE: 3/21/2022
                                                       TIME: 10:00 AM
                                                       ☐ SEALED PROCEEDING

### CIVIL CAUSE FOR STATUS CONFERENCE
**CASE:** 2:14-cv-00249-LDH-JMW, McKoy v. Suffolk County Correction et al

APPEARANCES:

    For Plaintiff:   Jerry Quinn McKoy, *pro se*

    For Defendant:   Arlene S. Zwilling

Court Reporter/FTR: 10:09-10:18 (tel.)

**THE FOLLOWING RULINGS WERE MADE:**

☒   Status Conference held. The parties advised the Court of the status of this case. On or before March 25, 2022, Plaintiff is to provide further information as to the identity of any medical providers, if any, as the County Attorney represented that they were not able to identify a MM.s Tay.  The last date for first steps for Summary Judgment practice is April 29, 2022.  If summary judgment motions are not filed or anticipated, then the County Attorney's office shall prepare to draft of the proposed joint pretrial order on or before May 27, 2022.

A Status conference has been scheduled for June 28, 2022, at 10:00 AM via the Court's AT&T Conference line. The parties should dial 1-866-434-5269 and enter access code 9025281# at the prompt.

**Counsel for Defendant is to serve copies of this order and attachments upon Defendant and file proof of service on ECF.**

                                                    SO ORDERED
                                                  /s/ *James M. Wicks*
                                                  JAMES M. WICKS
                                                  United States Magistrate Judge