**COUNTY OF SUFFOLK**



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. COHEN**  **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

March 23, 2022

Hon. James M. Wicks, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

Re:  *McKoy v. Suffolk County Correctional Facility*
       CV14-0249 (JS) (JMW)

Dear Judge Wicks:

The Suffolk County Attorney's Office represents defendants in this pro se civil rights action pursuant to 42 U.S.C § 1983 brought by pro se plaintiff Jerry McKoy.

At yesterday's conference, there was discussion concerning the location of defendants and potential defendants who have not yet been served with process. After the conference, I reviewed my file and noted that on July 27, 2021, my office filed a letter to late Magistrate Judge Tomlinson providing the last known addresses of defendants Jennifer Tay and Helen Balcuk (docket entry no. 136).  A second copy of the letter is being filed at this time.

We thank the Court for its time and attention to this case.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney

cc: Jerry McKoy
     43 Harrison Drive
     PO Box 1245
     Shirley, New York 11967