# COUNTY OF SUFFOLK



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

| | |
|---|---|
| **DENNIS M. COHEN**<br>COUNTY ATTORNEY | **DEPARTMENT OF LAW** |

April 26, 2022

Hon. James M. Wicks, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

Re:   *McKoy v. Suffolk County Correctional Facility*
         CV14-0249 (JS) (JMW)

Dear Judge Wicks:

The Suffolk County Attorney's Office represents defendants Calandra, Geraci, Rung and Fusco in this civil rights action pursuant to 42 U.S.C § 1983 brought by pro se plaintiff Jerry McKoy. Respectfully, we request that my office's time to initiate dispositive motion practice be extended without date.

On March 21, 2022, the Court issued an order that, among other things, set the deadline for the initiation of dispositive motion practice for April 29, 2022 (docket entry no. 155) Thereafter, on March 23, 2022, amended summonses were issued to defendants Jennifer Tay a/k/a Jennifer Abrams and Helen Balcuk (docket entry no. 157). Plaintiff alleges that he was denied his constitutional right to medical care by defendants Tay and Balcuk, who were registered nurses working in the Suffolk County Correctional Facility's jail medical unit. According to the docket sheet, service upon them has not yet been effectuated.

Certainly, defendants Tay and Balcuk are entitled to appear and defend this action once service has been made. As they are sued in connection with their County employment, it is highly possible that my office will appear for them once service is effectuated. Their defenses would likely be identical to those my office intends to present in our summary judgment motion on behalf of defendants Geraci and Calandra since all four were medical professionals in the jail medical unit.

Accordingly, so that duplicative motion practice may be avoided, we respectfully ask that the deadline for initiating dispositive motion practice be extended without date to allow for defendants Tay and Balcuk to appear and defend this case. In the interim, my office will be attempting to reach out to them to ascertain if they wish us to accept service of process on their behalf.

We thank the Court for its anticipated consideration of this request.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney

cc: Jerry McKoy
    43 Harrison Drive
    PO Box 1245
    Shirley, New York 11967