FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 02 2022 ★
LONG ISLAND OFFICE

United District court
Eastern District of New York

Jerry Quinn McKoy
          vs                    14-CV-249
Suffolk County Corr
officer John doe 1-5
Nurses & Nurse Pratiner

Dear your honor im writing this letter as a layman of the law it has came to my attention that I have not provide some records to do back up my injuries at the moment im in the process of doing this therefore I have not provided the defense with any records I also relize that the only thing that I was provide from Suffolk County Jail was my Disspancing of medication they did not provide why I was taking the medication or an Incident Report I'm Asking the court to Allow me the time to collect these Records before summary Judgement threw the defendent Admitt. I Also learn that Jennifer Tay was Actuall Jennifer Adams

Jerry McKay
43 Harrison Dr
Shirley NY 11967

Filed
RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 02 2022 ★
LONG ISLAND OFFICE

MID-ISLAND NY 117
30 APR 2022 PM 2 L

Pro Se Office
100 Federal Plaza
Central Islip NY 11722

11722-443800