Jerry McKoy
43 Harrison Dr
Shirley NY 11967

8-29-22
SO?
McKoy vs Suffolk County Corr

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
AUG 29 2022
LONG ISLAND OFFICE

C$ # 2:14-CV-249-LDH-JMW

Dear Judge Wick

As you stated in our last confrence that it would be my final extention to produce my medical record
For some reason they are not sending them to me Midstate that since the records go back to 2014 they would have to find them Dr. long John office is mostly closed I did talk to someone there and they was supposed to follow up with me when I called again the recording said the office would be closed until Sept 7 or 9 Riverhead Corrections Yapank has not sent the record either I also colled up with them and they said they would Each and every one that I didnt recieve records from are say the same thing Hippa Forms was sent to them all over 4 to 5 months ago I spoke with the pro-se offices about serving subpena I was advise that what they charg would be to much for me to pay I was advise to stay on the induvauls that I had server the

Hippa foams on and ask for another extension in the intrest of Justic
I filed today what I have recieved Already and expect the rest soon
I know this case has been on the calder since 2014 but I wish you would take it in consideration and Allow anothe extention

Kind regard
Jerry Quinn McKox

CC Defendent

8-29-22