FILED
CLERK
10/4/2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE         DATE:  10/4/2022
                                                      TIME:  9:00 AM
                                                      ☐ SEALED PROCEEDING

CIVIL CAUSE FOR STATUS CONFERENCE
CASE:  2:14-cv-00249-LDH-JMW, McKoy v. Suffolk County Correction et al.

APPEARANCES:

    Pro Se Plaintiff:     Jerry Quinn McKoy

    For Defendant:        Arlene S. Zwilling

Court Reporter/FTR:      9:12-9:26: (Telephone)

**THE FOLLOWING RULINGS WERE MADE:**

☒  Status Conference held.  Discussion was held about the status of discovery.  Plaintiff requested copies of medical records in defendants' possession that include incident reports.  Defendants' counsel noted that the requested medical records, which do not typically include incident reports, had already been produced early in the litigation but they would re-produce copies of medical records in their possession once their systems are back online.  Since the requested records have already been produced, discovery is now closed in this case.  Defendants' counsel also advised the Court that defendants intend to move for summary judgment.

☒  A Final Pretrial Conference has been scheduled for November 23, 2022, at 9:30 AM via the Court's AT&T Conference line. The parties should dial 1-866-434-5269 and enter access code 9025281# at the prompt.

☒  Defendants are directed to serve plaintiff with a copy of a draft pre-trial order on or before November 16, 2022.

Counsel for Defendant is to serve copies of this order and attachments upon Plaintiff and file proof of service on ECF on or before October 11, 2022.

SO ORDERED
/s/ James M. Wicks
JAMES M. WICKS
United States Magistrate Judge