**COUNTY OF SUFFOLK**



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. COHEN**
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

October 4, 2022

Hon. Lashann DeArcy Hall, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *McKoy v. County of Suffolk*
    CV 14-249 (KDH) (JMW)

Dear Judge DeArcy Hall:

The Suffolk County Attorney's Office represents defendants Calandra, Geraci, Rung and Fusco in this civil rights action pursuant to 42 U.S.C § 1983 brought by pro se plaintiff Jerry McKoy.

By Order dated August 30, 2022, Magistrate Judge Weeks set October 10, 2022 as the deadline for initiating dispositive motion practice. Respectfully, we request a thirty-day extension of that deadline. The extension is requested because due to a ransomware attack against all Suffolk County offices, my office has lost access to our computer servers, electronic case files, email, electronic calendars, and internet connections. I am unable to review my file, access the pre-motion letter and motion papers I drafted prior to the attack, or conduct legal research.

We thank the Court for its anticipated consideration of this request.

Respectfully submitted,

Dennis M. Cohen
County Attorney

/s/ Arlene S. Zwilling
By:  Arlene S. Zwilling
Assistant County Attorney

cc:  Jerry McKoy
     43 Harrison Drive
     Box 1245
     Shirley, New York 11967

**LOCATION**
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY    ♦

**MAILING ADDRESS**
P.O. BOX 6100
HAUPPAUGE, NY  11788-0099    ♦

(631) 853-4049
TELECOPIER (631) 853-5169