**COUNTY OF SUFFOLK**



**STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE**

| | |
|---|---|
| **DENNIS M. COHEN**<br>**COUNTY ATTORNEY** | **DEPARTMENT OF LAW** |

November 21, 2022

Hon. LaShann DeArcy Hall, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    McKoy v. Suffolk County Correction, et al.
             CV14-0249 (LDH)(JMW)

Dear Judge DeArcy Hall:

The Suffolk County Attorney's Office represents defendants Calandra, Geraci, Rung and Fusco in this civil rights action pursuant to 42 U.S.C § 1983 brought by pro se plaintiff Jerry McKoy. We submit this letter regarding the Court's Orders of October 11 and November 18, 2022.

We apologize to the Court for not submitting a request to move for summary judgment or Joint Pretrial Order by the deadlines set in the October 11, 2022 Order. Due to a ransomware attack that left Suffolk County offices without access to our email servers for approximately two months, it appears that we did not receive the October 11, 2022 Order. Upon restoration of our email access, I learned of the October 11, 2022 Order only this morning when I received the November 18, 2022 Order.

Further, we have not any submission from plaintiff for the Joint Pretrial Order.

At this time, it remains our intention to move for summary judgment. Respectfully, defendants request that we be permitted until December 2, 2022 to serve and file our Statement Pursuant to Local Rule 56.1 and pre-motion letter. We thank the Court for its anticipated consideration of this request.

Respectfully submitted,

Dennis M. Cohen
County Attorney

*/s/ Arlene S. Zwilling*
By: Arlene S. Zwilling
Assistant County Attorney

| LOCATION | MAILING ADDRESS | |
|---|---|---|
| H. LEE DENNISON BLDG. | P.O. BOX 6100 | (631) 853-4049 |
| 100 VETERANS MEMORIAL HIGHWAY ♦ | HAUPPAUGE, NY  11788-0099 ♦ | TELECOPIER (631) 853-5169 |

cc: Jerry Quinn McKoy
   43 Harrison Dr.
   Box 1245
   Shirley, New York 11967