**COUNTY OF SUFFOLK**



STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

DENNIS M. COHEN  
COUNTY ATTORNEY

DEPARTMENT OF LAW

December 2, 2022

Hon. LaShann DeArcy Hall, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *McKoy v. Suffolk County Correction, et al.*
            CV14-0249 (LDH)(JMW)

Dear Judge DeArcy Hall:

The Suffolk County Attorney's Office represents defendants Calandra, Geraci, Rung and Fusco in this civil rights action pursuant to 42 U.S.C § 1983 brought by pro se plaintiff Jerry McKoy. We submit this letter to update the Court as to the status of this case.

After we filed our letter dated November 21, 2022 (docket entry no. 169), I received a phone call from plaintiff. He asked me what he should do next to pursue this litigation. I informed him that the Court had directed us to submit a Joint Pretrial Order, and requested that he provided me with his proposed portion. He appeared unable to tell me when I could expect to receive his portion. Further, it was unclear whether plaintiff understood what I told him.

At this time, defendants are awaiting a decision on our November 21, 2022 request for an extension of time to serve and file our proposed Statement Pursuant to Rule 56.1 and pre-motion letter. Should the Court decline to grant this request, we ask that in the alternative, plaintiff be directed to provide us with his portion of the Joint Pretrial Order by a date certain.

We thank the Court for its anticipated consideration of this request.

Respectfully submitted,

Dennis M. Cohen
County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY  ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY  11788-0099  ♦

(631) 853-4049
TELECOPIER (631) 853-5169

cc: Jerry Quinn McKoy
    43 Harrison Dr.
    Box 1245
    Shirley, New York 11967

LOCATION                                      MAILING ADDRESS
H. LEE DENNISON BLDG.            P.O. BOX 6100                           (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY   ♦   HAUPPAUGE, NY 11788-0099   ♦   TELECOPIER (631) 853-5169