Hon Lashann Dearcy Hall USDJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip NY 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 05 2022 ★
LONG ISLAND OFFICE

Re: CV-14-0249 McKoy vs Suffolk County Corr.

Dated 10-30-2022

Dear Hon Hall

I'm writing this letter in regards to the pre trail joint order I was waiting to hear from the defendent Mrs Zwilling I havent had time to review the Disc I just recent recieved from mrs Zwilling at this time I would like to ask the Court for a Extantion to file my pre trail order I thank the courts beforehand for there time and consideration

Kind Regards
Jerry O McKay

Larry Q McKoy
43 Harrison DR
Shirley NY 11967

Hon Lashann DeArcy Hall USDJ
United States District court
Eastern District of New York
100 Federal Plaza
Central Islip New York
11722