FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

FEB 24 2023

LONG ISLAND OFFICE

Jerry McKoy
43 Harrison Dr
Shirley NY 11967

2-21-23

MRS Arlene Zwilling
Suffolk County Atty
PO Box 6100
H Lee Dennison Bldg
100 Veterans Mem Hwy
Hauppauge NY 11788-0099

# 14-CV-249

RE medical Record request
For Suffolk County Jail

MRS zwilling as per my request
I have not recieved all the
requested which Supposed to
2013 until present I have
Records only up to 2013 then
it Jumps to 2015 None of
the 2014 Record was included
the disc I recieved from you
is also Broken & I have no
Ideal what is on it so Could
you send me Records from
Jan 1 2014 to Jan 1 2016
thats medical Records that ~~ur~~ produced
on befaft

Jerry McKoy

A copy will be mailed to the obst
cc: Judge Hall

MR Jerry McKoy
43 Harrison DR
Shirley NY 11967

MID-ISLAND NY 117
22 FEB 2023 PM 6 L

Judge LAShann DeArcy Hall
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip NY 11722

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 24 2023 ★

LONG ISLAND OFFICE

11722-443800