**COUNTY OF SUFFOLK**



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

| | |
|---|---|
| **DENNIS M. COHEN**<br>**COUNTY ATTORNEY** | **DEPARTMENT OF LAW** |

March 3, 2023

Hon. LaShann DeArcy Hall, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *McKoy v. Suffolk County Correction, et al.*
       CV14-0249 (LDH)(JMW)

Dear Judge DeArcy Hall:

The Suffolk County Attorney's Office represents defendants Calandra, Geraci, Rung and Fusco in this civil rights action pursuant to 42 U.S.C § 1983 brought by pro se plaintiff Jerry McKoy.

By Order dated December 12, 2022, the parties were directed to submit a Joint Pretrial Order by today. On February 14, 2022, we mailed to plaintiff our portion of the Proposed Joint Pretrial Order, to which he could add his part. To date, we have not received plaintiff's part of the Joint Pretrial Order, nor has he contacted us about it. Resultantly, we are not in a position to file a Joint Pretrial Order at this time.

We did recently receive a letter from plaintiff which seemed to state that the CD which we sent him with copies of his medical records was broken, and that he did not receive some medical records. It was less than clear from the letter precisely what plaintiff wanted. In any event, we sent him another CD with copies of his medical records.

We thank the Court for its time and attention to this case.

Respectfully submitted,

Dennis M. Cohen
County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney

LOCATION                         MAILING ADDRESS
H. LEE DENNISON BLDG.            P.O. BOX 6100                                    (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY  ♦  HAUPPAUGE, NY  11788-0099  ♦  TELECOPIER (631) 853-5169

cc: Jerry Quinn McKoy
     43 Harrison Dr.
     Box 1245
     Shirley, New York 11967

LOCATION      MAILING ADDRESS
H. LEE DENNISON BLDG.      P.O. BOX 6100      (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY ♦ HAUPPAUGE, NY 11788-0099 ♦ TELECOPIER (631) 853-5169