Jerry Q McKoy
43 Harrison Dr
Shirley NY 11967

Mrs Arlene S. Zwilling
Suffolk County Attn
PO Box 6100
Hauppauge NY
11788-0099

Dated March 24 2023

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 29 2023 ★
LONG ISLAND OFFICE

McKoy v Suffolk Co. Corr
14-CV-249  LDH-JMW

I writing this letter in regards to my Medical Records once again. the recent disc you sent didnt have any records from 2014 onto 2013 and 2016 and so I'm requesting once again for my record from Jan 2014 until Jan 2016  I ask you once again for us jointly to set up a confrence with the Judge + from me not recieving my Medical Records in an orderly fathison I thanks you for you time and consideration.

Jerry McKoy

cc: Judge Wicks

MR JERRY O. MCKOY
43 Harrison Dr.
Shirley NY 11967

MID-ISLAND NY 117
27 MAR 2023 PM 3 L

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 29 2023 ★
LONG ISLAND OFFICE

Judge James M. Wicks
Central Islip fedral Courthouse
100 Fedral plaze
Eastern District of New York
Central Islip NY 11722

11722-443800