**COUNTY OF SUFFOLK**



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

| | |
|---|---|
| **DENNIS M. BROWN**<br>**ACTING COUNTY ATTORNEY** | **DEPARTMENT OF LAW** |

May 23, 2023

Hon. LaShann DeArcy Hall, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *McKoy v. Suffolk County Correction, et al.*
            CV14-0249 (LDH)(JMW)

Dear Judge DeArcy Hall:

The Suffolk County Attorney's Office represents defendants Calandra, Geraci, Rung and Fusco in this civil rights action pursuant to 42 U.S.C § 1983 brought by pro se plaintiff Jerry McKoy.

By Order dated May 1, 2023, plaintiff was directed to mail us his proposed pretrial order by May 16, 2023, and we were directed to file a final joint pretrial order by today.

We have not yet received plaintiff's proposed pretrial order. Accordingly, defendants are unable to file a joint pretrial order at this time.

We thank the Court for its time and attention to this case.

Respectfully submitted,

Dennis M. Brown
Acting County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney


cc:     Jerry Quinn McKoy
          43 Harrison Dr.
          Box 1245
          Shirley, New York 11967