

**COUNTY OF SUFFOLK**

STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

DENNIS M. BROWN
ACTING COUNTY ATTORNEY

DEPARTMENT OF LAW

June 28, 2023

Hon. LaShann DeArcy Hall, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *McKoy v. Suffolk County Correction, et al.*
      CV14-0249 (LDH)(JMW)

Dear Judge DeArcy Hall:

The Suffolk County Attorney's Office represents defendants Calandra, Geraci, Rung and Fusco in this civil rights action pursuant to 42 U.S.C § 1983 brought by pro se plaintiff Jerry McKoy.

By Order issued June 6, 2023, plaintiff was directed to mail his portion of the proposed joint pretrial order to this office no later than June 20, 2023, and defendants were directed to file a final joint pretrial order on or before June 27, 2023.

Defendants are unable to file a proper proposed Joint Pretrial Order at this time as we have not received plaintiff's portion. Instead, plaintiff has sent us several documents, copies of which are attached. One appears to be a letter to the Court. A second is titled "Order to Produce." The third appears to possibly be a document demand. These documents do not resemble a pretrial order in form or substance.

We bring this situation to the Court's attention as we are uncertain as to how we should proceed at this juncture. We await the guidance of the Court.

Respectfully submitted,

Dennis M. Brown
Acting County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY   ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY  11788-0099   ♦

(631) 853-4049
TELECOPIER (631) 853-5169

cc:    Jerry Quinn McKoy
       43 Harrison Dr.
       Box 1245
       Shirley, New York 11967

**LOCATION**  
**H. LEE DENNISON BLDG.**  
**100 VETERANS MEMORIAL HIGHWAY** ♦

**MAILING ADDRESS**  
**P.O. BOX 6100**  
**HAUPPAUGE, NY 11788-0099** ♦

**(631) 853-4049**  
**TELECOPIER (631) 853-5169**