Jerry McKoy
Ø 43 Harrison Dr
Shirley NY 11967

Suffolk County CORR
1 Center Dr
Riverhead NY 11901

C# ~~14cv~~ 14-CV-249

Dear Honable

Im writing this letter in hopes of the Court Assing An Attorney to help me with my case your help in this matter woud be greatly Appreciated

Sincerly
Jerry McKoy
6-18-23

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 22 2023 ★
LONG ISLAND OFFICE