United States District Court   Jerry McKoy
Eastern District of New York   43 Harrison Dr
100 Federal Plaza              Shirley NY
Central Islip NY 11722         11967

C# McKoy vs Suffolk Co Corr
Case #CV14-CV-249

Medical records from ~~12-13-0~~ 12-2013 to provide by Suffolk count corn present

from various providers for back treatment

or records that show I was Injured after the incindent

Jerry McKoy
6-18-2023

United States District Court Eastern District of New York
100 Federal Plaza
Central Islip NY 11722

Jerry Q McKoy
Pro-SE
43 Harrison Dr
Shirley NY 11967

McKoy vs Suffolk County Corr et al
14 CV 249

### Order to Produce

1. Medical of medication that I take for seizures

2. Chart of medication provide to to me before the incident

Chart of defendent not giving me the medication for a length of time

Medical from defendants of of me taking out of confindment and being taking to the infirmry to be treated for a seizure

Medical record of ~~me~~ planiff recieving medication after the incident

United District Court
Eastern District of NY
Fedral Court
100 Federal Plaza
Central Islip NY 11722

Pretrail motion

The Evidene that I Seek
And provide court are
Medical Records that
Consit of is

Medical/AID From Va

medical records of being treated for ~~da~~ back injuries

from 2014 until present and still ~~seeing the~~ going though PAIN MANG

Sincerly
Jerry McKoy



Jenny McCoy
48 Hampton Drive
Shirley, NY 11967

United States District Court
Eastern District of N.Y.
Clerks Office
100 Federal Plaza
Central Islip, N.Y. 11722

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 22 2023 ★
LONG ISLAND OFFICE