**COUNTY OF SUFFOLK**



**STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE**

| | |
|---|---|
| **DENNIS M. BROWN**<br>**ACTING COUNTY ATTORNEY** | **DEPARTMENT OF LAW** |

July 31, 2023

Hon. LaShann DeArcy Hall, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *McKoy v. Suffolk County Correction, et al.*
             CV14-0249 (LDH)(JMW)

Dear Judge DeArcy Hall:

The Suffolk County Attorney's Office represents defendants Calandra, Geraci, Rung and Fusco in this civil rights action pursuant to 42 U.S.C § 1983 brought by pro se plaintiff Jerry McKoy. Pursuant to Fed.R.Civ.P. Rule 41(b), defendants respectfully move for dismissal of the action due to McKoy's failure to prosecute.

McKoy was an inmate of the Suffolk County Correctional Facility ("SCCF") in 2013. Defendant Devin Calandra was then a registered nurse in the SCCF Jail Medical Unit. Defendants Vincent Fusco and Sgt. Rung were, respectively, a correction officer and correction sergeant. By the Amended Complaint, McKoy seeks recovery against defendants for allegedly denying him medical care. More specifically, he claims that at approximately 2:45 P.M. on October 19, 2013, he experienced a seizure as a result of his prescription anti-seizure medication being improperly discontinued approximately three weeks prior.

On May 1, 2023, the Court directed plaintiff to mail defendants his portion of the proposed joint pretrial order by May 16, 2023 (docket entry no. 175). By letter dated May 23, 2023, we advised the Court that we had not received the document (docket entry no. 176). On June 6, 2023, the Court issued an Order noting that McKoy had failed to serve his portion of the proposed joint pretrial order in "direct contravention of the Court's May 1, 2023 order." The Order directed him for the third time to serve his portion of the proposed joint pretrial order on defendants, this time by June 20, 2023, and cautioned that his failure to do so might result in sanctions including dismissal for failure to prosecute. When McKoy failed to comply with this Order, defendants again wrote the Court on June 28, 2023. The Court then issued an Order on July 6, 2023 again noting that "in direct contravention of the Court's June 6, 2023 Order" McKoy had "failed to mail back his portion of the proposed joint pretrial order on or before June 20, 2023." The Order further directed him to serve his portion of the proposed joint pretrial order by July 24, 2023, and repeated its caution that

failure to do so might result in the issuance of sanctions including dismissal for failure to prosecute.

Notwithstanding the Court's clear directives and warnings, McKoy still has not provided defendants with his portion of the proposed joint pretrial order.

It is also worthy of note that McKoy's claims against defendants are of dubious merit. His anti-seizure medication was terminated not by defendants, but by a non-party SCCF psychiatrist at McKoy's request. As a nurse, Defendant Calandra had no prescribing authority and did not treat McKoy prior to his seizure. The manner in which defendants Rung and Fusco, corrections personnel, transported him after the seizure is temporarily and causally unrelated to the termination of his medication weeks prior.

Given plaintiff's persistent failure to provide his part of the proposed joint pretrial order despite the Court's unequivocal directions and cautions, defendants respectfully submit that an Order pursuant to Rule 41(b) dismissing the case for failure to prosecute is warranted.

We thank the Court for its anticipated consideration of this application.

Respectfully submitted,

Dennis M. Brown
Acting County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney


cc:    Jerry Quinn McKoy
       43 Harrison Dr.
       Box 1245
       Shirley, New York 11967