**COUNTY OF SUFFOLK**



**STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. BROWN**                                                                                                 **DEPARTMENT OF LAW**
**ACTING COUNTY ATTORNEY**

October 31, 2023

Hon. LaShann DeArcy Hall, U.S.D.J.
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *McKoy v. Suffolk County Correction, et al.*
             CV14-0249 (LDH)(JMW)

Dear Judge DeArcy Hall:

The Suffolk County Attorney's Office represents defendants Calandra, Geraci, Rung and Fusco in this civil rights action pursuant to 42 U.S.C § 1983 brought by pro se plaintiff Jerry McKoy.

By Order dated October 27, 2023, the Court scheduled a conference for November 3, 2023. Respectfully, I request an adjournment of the conference for two reasons. First, I am presently scheduled to defend a deposition in *Davenport v. County of Suffolk*, CV22-4030 (JS) (SLT) at the Central Islip courthouse on November 3, 2023. Second, it appears that plaintiff is unlikely to appear as he is unaware of the scheduled conference. In a phone call to Your Honor's chambers this morning, it was confirmed that the Clerk's Office did not send plaintiff a copy of the Order. My office cannot timely inform him of the conference as we do not have a phone number for him and there is none on the docket.

I am available to appear for the conference on November 22, 28, 29, December 8 or 15, 2023. I request that the conference be adjourned to one of those dates, and that the Clerk's Office be instructed to send plaintiff a copy of any Order that addresses this request.

Respectfully submitted,

Dennis M. Brown
Acting County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney

LOCATION                         MAILING ADDRESS
H. LEE DENNISON BLDG.         P.O. BOX 6100                                     (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY  ♦   HAUPPAUGE, NY  11788-0099   ♦   TELECOPIER (631) 853-5169

cc:    Jerry Quinn McKoy
       43 Harrison Dr.
       Box 1245
       Shirley, New York 11967

**LOCATION**  
**H. LEE DENNISON BLDG.**  
**100 VETERANS MEMORIAL HIGHWAY** ♦ 

**MAILING ADDRESS**  
**P.O. BOX 6100**  
**HAUPPAUGE, NY 11788-0099** ♦ 

**(631) 853-4049**  
**TELECOPIER (631) 853-5169**