# MARCOTE & ASSOCIATES, P.C.

*Attorney and Counselor at Law*
3960 MERRICK ROAD, 2nd FLOOR
SEAFORD, NEW YORK 11783
TELEPHONE: (516) 280-2281
FACSIMILE: (516) 280-2283

---

February 6, 2024

**VIA ECF ONLY**

Magistrate Judge James M. Wicks
United States District Court (EDNY)
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

      Re:      Jerry Quinn McKoy v. Suffolk County Correctional Facility, et al.
      Docket No.:   14-cv-00249 (LDH)(JMW)
      MA File No.:  MA24-0160
      Subject:    'Letter Motion to Adjourn Status Conference on February 23, 2024)

Dear Judge Wicks:

     This firm has been appointed *pro bono* counsel for the plaintiff, Jerry Quinn McKoy, pursuant to Court order dated January 18, 2024, furthermore, the Court on January 19, 2024 scheduled a 'Status Conference' for February 23, 2024 at 10:00 a.m..

     At this time I requesting an adjournment of the 'Status Conference'. The reason for this adjournment request is that I will be out of town from February 16, 2024 until February 24, 2024 on a family outing which has been scheduled since October of 2023, this is a first request from my firm for an adjournment

     Furthermore, I am the only attorney at the firm admitted to practice before the Federal Courts, this office has contacted Defendants' Counsel's office and they have consented to said request and to an adjourn dated of March 13, 2024, or any other convenient date for the Court.

     If you have any questions, please feel free to contact the undersigned.

                                                                     Sincerely yours,

                                                                   *Louis F. Chisari*

                                                                    Louis F. Chisari, Esq.

Cc:
Assistant County Attorney S. Swilling (via ECF)