UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE        DATE:   03/04/2024
                                                     TIME:   11:30 AM
                                                     ☐ SEALED PROCEEDING

### CIVIL CAUSE FOR STATUS CONFERENCE
**CASE: 2:14-cv-00249-JMW-McKoy v. Suffolk County Correction et al.**

APPEARANCES:

    For Plaintiff:    Louis Frank Chisari

    For Defendants:    Arlene S. Zwilling

Court Reporter/FTR:    11:31-11:52 (FTR)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Status Conference held.

☒ The parties advised the Court of the status of this case. Counsel for Defendant will provide Counsel for Plaintiff discovery that has been previously produced on or before **March 8, 2024**.

☒ Counsel for Plaintiff shall file a letter on ECF indicating whether Plaintiff intends to move to amend the pleadings or if Counsel for Defendant consents to the filing of an amended pleading on or before **March 22, 2024**.

☒ Jury Selection and Trial are scheduled for Monday, **June 24, 2024 at 9:30 AM** at the United States District Courthouse, Eastern District of New York, 100 Federal Plaza, Courtroom 1020, Central Islip, New York.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

SO ORDERED
/s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge