# MARCOTE & ASSOCIATES, P.C.

*Attorney and Counselor at Law*

3960 MERRICK ROAD, 2ⁿᵈ FLOOR
SEAFORD, NEW YORK 11783
TELEPHONE: (516) 280-2281
FACSIMILE: (516) 280-2283

---

March 22, 2024

**VIA ECF ONLY**

Magistrate Judge James M. Wicks
United States District Court (EDNY)
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

| | |
|---|---|
| Re: | Jerry Quinn McKoy v. Suffolk County Correctional Facility, et al. |
| Docket No.: | 14-cv-00249 (LDH)(JMW) |
| MA File No.: | MA24-0160 |
| Subject: | 'Letter Motion to Adjourn Status Conference on February 23, 2024) |

Dear Judge Wicks:

  Please accept this correspondence in accordance with the Court's Status Conference Order, dated March 4, 2024 (Document 187), and more specifically in response to the Court's Order requiring either the filing of a letter on ECF by Plaintiff indicating whether Plaintiff intends to move to amend the pleadings or if Counsel for Defendant consents to the filing of an amended pleading.

  As the Court may recall at the Status Conference on March 4, 2024, the Assistant County Attorney assigned to this matter as Defendants' Counsel, Ms. Arlene Zwilling, had indicated that she was retiring from her position and the matter would be reassigned. To date, no new counsel has appeared and thus, no consent has been received for the filing of an amended Complaint.

  Plaintiff wishes to file a Second Amended Complaint, as proposed in the attached Exhibit.

  If necessary to set forth a briefing schedule for a motion to amend, please advise.

  If you have any questions, please feel free to contact the undersigned.

  Thank you in advance for your consideration in this matter.

               Sincerely yours,

               *Louis F. Chisari*
               Louis F. Chisari, Esq.

Cc:
Assistant County Attorney Zwilling (via ECF)