**COUNTY OF SUFFOLK**



**EDWARD P. ROMAINE**
SUFFOLK COUNTY EXECUTIVE

**CHRISTOPHER J. CLAYTON**
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

March 28, 2024

Hon. James M. Wicks, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

Re:   *McKoy v. Suffolk County Correctional Facility*
       CV14-0249 (JS) (JMW)

Dear Judge Wicks:

The Suffolk County Attorney's Office represents defendants Calandra, Geraci, Rung and Fusco in this civil rights action pursuant to 42 U.S.C § 1983 brought by plaintiff Jerry McKoy.

Defendants submit this letter pursuant to the Court's Order of March 25, 2024. As we have advised counsel for plaintiff, we are unable to consent to the proposed amended complaint as it includes pendent claims made for the first time 7 years after the lapse of the statute of limitations and without the filling of a Notice of Claim.

We thank the Court for its time and attention to this case.

Respectfully submitted,

Christopher J. Clayton
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney