# COUNTY OF SUFFOLK



**EDWARD P. ROMAINE**
SUFFOLK COUNTY EXECUTIVE

**CHRISTOPHER J. CLAYTON**
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

April 25, 2024

Hon. James M. Wicks, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

Re:  *McKoy v. Suffolk County Correctional Facility*
     CV14-0249 (JS) (JMW)

Dear Judge Wicks:

The Suffolk County Attorney's Office represents defendants Calandra, Geraci, Rung and Fusco in this civil rights action pursuant to 42 U.S.C § 1983 brought by plaintiff Jerry McKoy.

Plaintiff has served a motion to amend the Complaint to add 1) the County of Suffolk as a defendant and b) pendent claims.

By letter dated March 28, 2024, we advised the Court that we could not consent to the proposed amendment as this office has no record of plaintiff filing the Notice of Claim that is an absolute prerequisite to adding pendent claims. *N.Y Gen.Mun. L. § 50-e, 50-i.*

After receiving the motion, in an abundance of caution, we asked Louis Chisari, Esq., counsel for plaintiff, to provide us a copy of any Notice of Claim that plaintiff may claim to have filed, lest our records be incorrect. To date, plaintiff's counsel has not provided the Notice of Claim, nor confirmed that none was filed.

We would prefer to avoid the waste of time and resources that would be engendered by having to oppose the motion only to have it later conceded that no Notice of Claim was filed or a copy provided. Accordingly, defendants respectfully request that plaintiff be directed to provide us with the Notice of Claim or confirm that none was filed. We further request that our time to respond to the motion, if the need to do so remains, be extended until two weeks after plaintiff complies with the requested Order.

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY    ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY  11788-0099    ♦

(631) 853-4049
TELECOPIER (631) 853-5169

Additionally, we note that although plaintiff seeks to add the County as a defendant, both the County and the Suffolk County Sheriff were previously dismissed from this case (docket entry no. 7).

We thank the Court for its time and attention to this case.

Respectfully submitted,

Christopher J. Clayton
Suffolk County Attorney

*/s/ Arlene S. Zwilling*
By:  Arlene S. Zwilling
Assistant County Attorney