# MARCOTE & ASSOCIATES, P.C.

*Attorney and Counselor at Law*

3960 MERRICK ROAD, 2ⁿᵈ FLOOR

SEAFORD, NEW YORK 11783

TELEPHONE: (516) 280-2281

FACSIMILE: (516) 280-2283

---

April 25, 2024

**VIA ECF ONLY**

Magistrate Judge James M. Wicks
United States District Court (EDNY)
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

|  |  |
|---|---|
| Re: | Jerry Quinn McKoy v. Suffolk County Correctional Facility, et al. |
| Docket No.: | 14-cv-00249 (LDH)(JMW) |
| MA File No.: | MA24-0160 |
| Subject: | Response/Objection to County Defendants Correspondence (Docket Entry #190) |

Dear Judge Wicks:

Please accept this correspondence in response to the County Defendants' Correspondence dated April 25, 2024 (D.E. #190), as it relates to Plaintiff's Motion to Amend the Pleadings, served on County Defendants' pursuant to the Court's Electronic Order dated March 29, 2024, with said service being completed on April 12, 2024.

County Defendants now seek an Order of the Court directing Plaintiff provide Defendants with a copy of a Notice of Claim or confirm none was filed prior to the County Defendants submitting Opposition to Plaintiff's motion, and seeking an extension of time to respond to Plaintiffs motion.

Initially, it should be noted by the Court that County Defendants raised the argument regarding the Notice of Claim in County Defendants response dated March 28, 2024 (D.E. #189), to Plaintiff's Status Letter (D.E. #188) regarding Plaintiff's proposed Second Amended Complaint. After the filing of County Defendants objections, the Court issued a briefing schedule for Plaintiff's motion to amend, allowing the County Defendants to raise any said arguments in County Defendants opposition papers to Plaintiff's motion.

Additionally, County Defendants argument that Plaintiff's counsel has "to date...not provided the Notice of Claim, nor confirmed that none was filed" while is correct, Counsel for the Defendants' fails to advise the Court that County Defendants did not contact Plaintiff's counsel until

Tuesday, April 23, 2024, three days prior to the due date of County Defendants opposition papers to request same and fails to adequately explain any reason for the lack of response between service of the motion papers on April 12, 2024 and County Defendants April 23, 2024 correspondence. It should be also noted that Plaintiff did respond to County Defendants e-mail on April 25, 2024, prior to receipt of the filing of County Defendants correspondence (D.E. #190).

Further, a review of the proposed Second Amended Complaint does not specifically allege any State Law claims, but merely reiterates and expands on the Federal claims filed by Plaintiff Jerry McKoy, at the time he was acting *Pro Se* and there is no allegation that a Notice of Claim was served.

Finally, County Defendants assertion that the County of Suffolk was previously dismissed as a defendant as per Order dated March 3, 2014 (D.E. #7) misinterprets the Court's Order. Admittedly, the Complaint was dismissed with prejudice against the Suffolk County Jail, as a Department of the County, however, the Order did not dismiss the matter against the County of Suffolk, as the County was not a named Defendant.

Based on the foregoing, Plaintiff objects to County Defendants' request for an Order directing Plaintiff to provide County Defendants with a copy of any Notice of Claim filed by Plaintiff.

With respect to County Defendants' request for an extension of time to file opposition papers, Plaintiff defers to the Court. If you have any questions, please feel free to contact the undersigned.

Thank you in advance for your consideration in this matter.

Sincerely yours,

*Louis F. Chisari*
_____
Louis F. Chisari, Esq.

Cc:

Assistant County Attorney Zwilling (via ECF)