UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X

JERRY QUINN McKOY,                                                  Case No.: 14-CV-0249 -JMW

                            Plaintiff,                         **NOTICE OF MOTION**

   -against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY
CORRECTIONAL FACILITY, JENNIFER TAY,
DEVIN CALANDRA, HELEN BALCUK, VINCENT
FUSCO and SERGEANT RUNG,

                            Defendant(s),
------------------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the accompanying Declaration of Louis F. Chisari, Esq. with Exhibits attached thereto, Memorandum of Law, and all prior pleadings and proceedings, Plaintiff, JERRY QUINN McKOY, will move in the United States District Court for the Eastern District of New York, before the Honorable Judge James M. Wicks, United States Magistrate Judge, at the United States District Courthouse located at 100 Federal Plaza, Central Islip, New York 11722, Courtroom: 1020, on May 6, 2024, or any date and time set by the Court, for an Order, granting the Plaintiff leave to file a Second Amended Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure and for such other and further relief as this Court may deem just and proper.

Dated: April 11, 2024
       Seaford, New York



By: Louis F. Chisari, Esq.
Marcote & Associates, P.C.
3960 Merrick Road, 2nd Floor
Seaford, New York 11783
File No.: MA24-0160
Tel: (516) 280-2281
Fax: (516) 280-2283
E-Mail Address: lchisari@marcotelaw.com

To:
Suffolk County Attorney's Office
Attn: Arlene S. Zwilling, Assistant County Attorney
Attorneys for Defendants
P.O. Box 6100
Hauppauge New York 11788-0099

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF NEW YORK

### INDEX NUMBER: 14-cv-0249

---

JERRY QUINN McKOY

-against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY CORRECTIONAL FACILITY, JENNIFER TAY, DEVIN CALANDRA, HELEN BALCUK, VINCENT FUSCO and SERGEANT RUNG,

---

# 'NOTICE OF MOTION'

---

## MARCOTE ASSOCIATES, P.C.
*Attorney and Counselors at Law*
Attorneys for Plaintiff
JERRY QUINN McKOY
3960 Merrick Road, 2nd Floor
Seaford, New York 11783
PHONE:(516) 280-2281
FAX:   (516) 280-2283

---