UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
JERRY QUINN McKOY,                                                    Case No.: 14-CV-0249 -JMW

                          Plaintiff,

                                                                   **DECLARATION OF**
   -against-                                          **LOUIS F. CHISARI, ESQ.**

COUNTY OF SUFFOLK, SUFFOLK COUNTY
CORRECTIONAL FACILITY, JENNIFER TAY,
DEVIN CALANDRA, HELEN BALCUK, VINCENT
FUSCO and SERGEANT RUNG,

                          Defendant(s).
-----------------------------------------------------------------------------X

     **LOUIS F. CHISARI,** being an attorney duly admitted to practice law in the Courts of the State of New York and in the United State District Court for the Eastern District of New York, declares, upon information and belief, the following to be true under the penalty of perjury:

1. I am an Attorney with the firm of Marcote & Associates, P.C., attorneys for the Plaintiff, JERRY QUINN McKOY in the above entitled action, and I am fully familiar with all the facts and circumstances in this matter.

2. I submit this declaration in support of Plaintiff's Motion for Leave to Amend Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure §15.

3. Exhibit "1" annexed hereto is a copy of Plaintiff's Proposed Second Amended Complaint, as found in Docket Entry #188.

4. Exhibit "2" annexed hereto is a copy of Plaintiff's Initial Complaint, as found in Docket Entry #1.

5. Exhibit "3" annexed hereto is a copy of Defendant Vincent Geraci's Answer to Complaint, as found in D.E. #12.

6. Exhibit "4" annexed hereto is a copy of Magistrate Judge A. Kathleen Tomlinson's Order granting Plaintiff McKoy leave to file Plaintiff' McKoy's First Amended Complaint, as found in D.E. # 67.

7. Exhibit "5" annexed hereto is a copy of Plaintiff's First Amended Complaint, as found in Docket Entry #152.

8. Exhibit "6" annexed hereto is a copy of Defendant Suffolk County Correctional Facility's Answer to Complaint, as found in D.E. #75.

9. Exhibit "7" annexed hereto is a copy of Defendants Devin Calandra, Vincent Fusco and Sgt Rung's Answer to Complaint, as found in D.E. #140.

10. Exhibit "8" annexed hereto is a copy of Order granting Plaintiff McKoy's Motion to Appoint Counsel, as found in D.E. #184.

11. Exhibit "9" annexed hereto is a copy of Notice of Appearance of Louis F. Chisari, Esq., as found in D.E. #185.

12. Exhibit "10" annexed hereto is a copy of Plaintiff McKoy's correspondence to Court regarding Second Amended Complaint, as found in D.E. #188.

13. Exhibit "11" annexed hereto is a copy of Defendant Suffolk County Correctional Facility's response to Plaintiff' McKoy's correspondence to Court regarding Second Amended Complaint, as found in D.E. #189.

**WHEREAS,** Plaintiff, JERRY QUINN McKOY respectfully request that an order granting Plaintiff Leave to Amend Plaintiff McKoy's Complaint, and granting such other and further relief that this Court may deem just and proper.

Dated: April 11, 2024
Seaford, New York

Respectfully submitted,

*Louis F. Chisari*
By: Louis F. Chisari, Esq.
Marcote & Associates, P.C.

                                                3960 Merrick Road, 2nd Floor  
                                                Seaford, New York 11783  
                                                File No.: MA24-0160  
                                                Tel: (516) 280-2281  
                                                Fax: (516) 280-2283  
                                                E-Mail Address: lchisari@marcotelaw.com

To:  
Suffolk County Attorney's Office  
Attn: Arlene S. Zwilling, Assistant County Attorney  
Attorneys for Defendants  
P.O. Box 6100  
Hauppauge New York 11788-0099

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF NEW YORK

### INDEX NUMBER: 14-cv-0249

___

JERRY QUINN McKOY

-against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY CORRECTIONAL FACILITY, JENNIFER TAY, DEVIN CALANDRA, HELEN BALCUK, VINCENT FUSCO and SERGEANT RUNG,

___

### 'DECLARATION OF LOUIS F. CHISARI, ESQ.'

___

**MARCOTE ASSOCIATES, P.C.**
*Attorney and Counselors at Law*
Attorneys for Plaintiff
JERRY QUINN McKOY
3960 Merrick Road, 2nd Floor
Seaford, New York 11783
PHONE:(516) 280-2281
FAX:   (516) 280-2283