UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JERRY QUINN McKOY
_____

(In the space above enter the full name(s) of the plaintiff(s).)

v.

Defendant No. 1 Suffolk County Correction
Defendant No. 2 Suffolk County Sheriff Vincent F. DeMarco
Defendant No. 3 SCC Nurse Administrator
Defendant No. 4 SCC Nurse (Jane Doe)
Defendant No. 5 See Attach

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 02 2014 ★
LONG ISLAND OFFICE

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983

Jury Trial: Yes ✓ No ___
(check one)

CV 14 0249
SEYBERT, J
TOMLINSON, M

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff Name JERRY QUINN McKOY
ID # _____
Current Institution Downstate Corr. Fac.
Address Box F Red Schoolhouse Road
Fishkill New York 12524-0445

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1   Name **Suffolk County CORR.** Shield # _____
Where Currently Employed _____
Address **110 Center Drive**
**Riverhead NY 11901**

Defendant No. 2   Name **Suffolk County Sheriff** Shield # _____
Where Currently Employed **SCC Sheriff Office**
Address **100 Center Drive**
**Riverhead NY 11901-3390**

Defendant No. 3   Name **SCC Nurse Administrator** Shield # _____
Where Currently Employed **Suffolk County CORR.**
Address **110 Center Drive**
**Riverhead NY 11901**

Defendant No. 4   Name **SCC Nurse Jane Doe** Shield # _____
Where Currently Employed **Suffolk County CORR**
Address **110 Center Drive**
**Riverhead NY 11901**

Defendant No. 5   Name **SCC Nurse Jane Doe** Shield # _____
Where Currently Employed **Suffolk County CORR**
Address **110 Center Drive**
**Riverhead NY 11901**

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? **Suffolk County Jail**

B.   Where in the institution did the events giving rise to your claim(s) occur? **1 South West 22 Cell**

C.   What date and approximate time did the events giving rise to your claim(s) occur? **October 19 at Appoxi 2:45 pm**

2

D. Facts:

*What happened to you?*

On October 19 at Approxi 2:45 PM I had a seizure do to not recieving my medication for Approxi 3 weeks while having the seizure I fell over a storage box that you are allowed to have in your cell. In the process I fell over the box and reinjured my back.

*Who did what?*

The officer that was on duty for 1 south west had to be informed that I was having a seizure by other inmates that heard me while I was having convulion even though he was only about 15 to 20 feet away. He did not leave his desk to see what the noise was. He then made a call to medical and informed them that I was having a seizure

*Was anyone else involved?*

Two to Three officers came with medical I was dragged out by my shirt and placed on streacher and was transfer to medical. I had my vital signs checked and was left on the streacher for Approxi 1 hour. I was then seen

*Who else saw what happened?*

by the Doctor (Kim) whom gave me my medication and told me that doctor (Treanna) doc (T) had took over prescribing me my medical medication but hes a Phucological doctor and was not authorze to do so.

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I Sustained Injury to my back I have not receive any medical treatment since I have been at downstate corr. I was told that this is a reception Jail and will not received any treatment here. Suffolk county would not provide and treatment or testing either.

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995; 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
Yes ✓ No ___

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Suffolk County Correctional Facility

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?
Yes ✓ No ___ Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?
Yes ✓ No ___ Do Not Know ___
If YES, which claim(s)? All

D. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose not cover some of your claim(s)?
Yes ___ No X Do Not Know ___
If YES, which claim(s)? ___

E. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?
Yes X No ___
If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?
Yes ___ No ___

F. If you did file a grievance, about the events described in this complaint, where did you file the grievance? They have a procedure which I followed and gave my grievance to the nurse on the med cart

1. Which claim(s) in this complaint did you grieve? Not recieving my medication nor calling me down once I put in numerous sick-call slips

2. What was the result, if any? Neither one of the two was answered even after having the seizure

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. There was no answer to the two grievance I filed

4

G. If you did not file a grievance, did you inform any officials of your claim(s)?
Yes _X_ No ___
1. If YES, whom did you inform and when did you inform them? The two main nurses that come around on the medical cart that despence the medication

2. If NO, why not? _____

I. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:
State what you want the court to do for you. $25,000,000 in Compensatory for phyical injuries medical expenses present and furture along with pain and suffering $5,000,000 in punitive damages for reckless or callous indifference

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ___ No _X_

5

B. If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:
Plaintiff _____
Defendants _____
2. Court (if federal court, name the district; if state court, name the county) _____
_____
3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
If NO, give the approximate date of disposition _____
7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

On other claims

D. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No _X_

E. If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:
Plaintiff _____
Defendants _____
2. Court (if federal court, name the district; if state court, name the county) _____
_____
3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit: _____
6. Is the case still pending? Yes ____ No ____
If NO, give the approximate date of disposition _____
7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

6

Signed this ___ day of _____, 20___. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff: _____
Inmate Number: 10-A-3018
Mailing address: JERRY McKOY
Downstate Corr Fac
Box F Red Schoolhouse Rd
Fishkill NY 12524-0445

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this ____ day of _____, 20___, I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

SWORN TO BEFORE ME
THIS  27  DAY OF  DEC
20 13
_____
NOTARY PUBLIC

WILLIAM R NASTASI
NOTARY PUBLIC, STATE OF NEW YORK
REG. NO. 01NA6290044
QUALIFIED IN DUTCHESS COUNTY
COMMISSION EXPIRES 10-07-15

rev. 09/04

7

1) Suffolk County Correction
2) Suffolk County Sheriff Vincent F DeMarco
3) S.C.C. Nurse Administrator
4) SCC Nurse "Jane Doe"
5) SCC Nurse "Jane Doe"
6) SCC Nurse "John Doe"
7) SCC Head Doctor
8) SCC Doctor "Jane Doe"
9) SCC Doctor "Jane Doe"
10) SCC Doctor "Jane Doe"
11) SCC Doctor "John Doe"
12) SCC Physch Doctor "John Doe"
13) SCC Officer "John Doe"
14) SCC Officer "John Doe"
15) SCC Officer "John Doe"

CV 14 0249

SEYBERT, J

TOMLINSON, M

6) Name, Nurse "John Doe"
   Where Currently Employed, Suffolk County Corr. Fac.
   Address, 110 Center Drive Riverhead, NY 11901

7) Name, "Head Doctor"
   Where Currently Employed, Suffolk County Corr. Fac.
   Address, 110 Center Drive Riverhead, NY 11901

8) Name, Doctor "Jane Doe"
   Where Currently Employed, Suffolk County Corr. Fac.
   Address, 110 Center Drive Riverhead, NY 11901

9.) Name, Doctor "Jane Doe"
   Where Currently Employed, Suffolk County Corr. Fac.
   Address, 110 Center Drive Riverhead, NY 11901

10) Name, Doctor "Jane Doe"
   Where Currently Employed, Suffolk County Corr. Fac.
   Address, 110 Center Drive Riverhead, NY 11901

11) Name, Doctor "John Doe"
   Where Currently Employed, Suffolk County Corr. Fac.
   Address, 110 Center Drive Riverhead, NY 11901

12) Name, Physch Doctor "John Doe"
   Where Currently Employed, Suffolk County Corr. Fac.
   Address, 110 Center Drive Riverhead, NY 11901

13) Name, Officer "John Doe"
   Where Currently Employed, Suffolk County Corr. Fac.
   Address, 110 Center Drive Riverhead, NY 11901

14) Name, Officer "John Doe"
   Where Currently Employed, Suffolk County Corr. Fac.
   Address, 110 Center Drive Riverhead, NY 11901

15) Name, Officer "John Doe"
   Where Currently Employed, Suffolk County Corr. Fac.
   Address, 110 Center Drive Riverhead, NY 11901