**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JERRY QUINN MCKOY,

                       *Pro se* Plaintiff,                            **ORDER**

         -against-                                   CV 14-0249 (JS) (AKT)

NURSE ADMINISTRATOR, Suffolk County
Correctional Facility et al.,

                       Defendants.
-----------------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

On May 4, 2018, this Court issued an Order pointing out that the Court had received the

*pro se* Plaintiff's April 24, 2018 letter [DE 63] asking the Court to accept Plaintiff's letter as well

as the Amended Complaint despite its lateness. The Court pointed out that the submission was

six weeks late, without any excuse and without any request for an extension before the deadline.

Plaintiff was also reminded that this delay had become part of a pattern.  Ultimately, the Order

directed that Plaintiff may file a letter motion showing "cause why the Court should consider his

very late motion in light of his failure to request an extension or provide any reasonable excuse

for his repeated failures to comply with the Court's Orders. ***Plaintiff must file this letter motion***

***by May 21, 2018. Plaintiff is on notice that the Court will not entertain any submission filed***

***after this date."*** DE 64 (emphasis in original).

Plaintiff's response to the above directives is dated May 30, 2018 and arrived at the Court

on June 4, 2018, some 14 days late -- again.  In his letter, plaintiff states the following:

> YOUR HONOR:
>
> This is a letter to the courts asking them to accept my motion to file a late
> Amended claim which was also filed late. I asks [*sic*] the courts to do this on the
> grounds that I am [a] layman of the law and has [*sic*] very little knowledge or
> means to have expedited said papers in the time that I was allowed.  I have no
> funds or means to hire an Attorney to represent me in this matter.

> I also would like to inform the courts of my change of address which is 2727 [K]endall [Dr.] Charlotte NC[.] Which is also another reason that I must state also as far as me filing my paper work late for I don't receive my mail at this present address. I only receive my mail when I reside in NY. Which [is] the reason that this also is being sent in late which I also ask the courts to accept.
>
> Sincerely,
>
> Jerry McCoy.

It is only because of the change of address issue described by the Plaintiff that the Court is even reluctantly considering the request. Plaintiff McKoy is reminded, yet again, that notwithstanding his *pro se* status, he is **required to comply with all Orders of the Court and his lack of an attorney to represent him as an excuse for the continuing failure to meet Court deadlines and his failure to comply with the Rules all litigants are required to observe will not be tolerated any longer going forward. The Court expresses this warning in the strongest possible terms.**

The Court is hereby accepting the Amended Complaint and deeming the Amended Complaint, attached to DE 63, to be the operative pleading in this case. In addition, the Court is waiving the usual memorandum of law requirement in this instance only. Defendant's counsel has 21 days (*i.e.*, until June 29, 2018) from entry of this Order to file an Answer or otherwise move with respect to the Amended Complaint. Counsel may address her statute of limitations issue if she elects to file a motion. However, counsel is reminded that Judge Hall requires a pre-motion conference before a party can move under Fed. R. Civ. P. 12. Any letter request for a pre-motion conference to Judge Hall must be filed no later than June 29, 2018.

**Defendant's counsel is directed to serve a copy of this Order forthwith upon the *pro se* Plaintiff at 2727 Kendall Drive, Charlotte, North Carolina 28216 and to file proof of such service on ECF by June 13, 2018.**

Dated: Central Islip, New York
      June 8, 2018

**SO ORDERED.**


/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
United States Magistrate Judge