UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JERRY QUINN MCKOY                                                        Index No.:14-cv-00249
                                                                                    (LDH)(JMW)

                Plaintiff,

    -against-

SUFFOLK COUNTY CORRECTIONAL FACILITY,
JENNIFER TAY, DEVIN CALANDRA, HELEN
BALCUK, VINCENT FUSCO and SERGEANT RUNG,

                Defendant(s)
------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby appears as counsel of record for the plaintiff, JERRY QUINN MCKOY. All future papers should be served upon me at the address listed below.

Dated: January 25, 2024
       Hicksville, New York

*Louis F. Chisari*
By: Louis F. Chisari, Esq. (LC0383)
Marcote & Associates, P.C.
3960 Merrick Road, 2nd Floor
Seaford, New York 11783
Tel: (516) 280-2281
Fax: (516) 280-2283
E-Mail Address:
Lchisari@marcotelaw.com
File No.: MA24-0160

## CERTIFICATE OF SERVICE

I, LOUIS F. CHISARI, do hereby certify under the penalties of perjury as follows:

I am an member of the law firm of MARCOTE & ASSOCIATES, P.C., attorney(s) for the within named plaintiff, JERRY QUINN MCKOY, that on the 25th day of January, 2024, I served the within 'Notice of Appearance' upon the attorney(s) of record for the Defendant(s) via ECF:

Assistant County Attorney S. Zwilling
for Dennis M. Brown, Acting Suffolk County Attorney
100 Veterans Memorial Highway
Hauppauge, NY 11788
(631) 853-4055
arlene.zwilling@suffolkcountyny,gov

*Louis F. Chisari*
―――――――――――――――――――
Louis F. Chisari, Esq. (LC0383)

# UNITED STATES DISTRICT COURT
for the
# EASTERN DISTRICT OF NEW YORK

### INDEX NUMBER: 14-CV-00249

---

JERRY QUINN MCKOY

-against-

SUFFOLK COUNTY CORRECTIONAL FACILITY,
JENNIFER TAY, DEVIN CALANDRA, HELEN
BALCUK, VINCENT FUSCO and SERGEANT RUNG

---

# 'NOTICE OF APPEARANCE'

---

## MARCOTE ASSOCIATES, P.C.
*Attorney and Counselors at Law*
Attorneys for Plaintiff:
JERRY QUINN MCKOY
3960 MERRICK ROAD, 2nd FLOOR
SEAFORD, NEW YORK 11783
PHONE:(516) 280-2281
FAX: (516) 280-2283

---