UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JERRY QUINN MCKOY,

                       Plaintiff,      **DECLARATION OF ROSEANN GARGIULO**

-against-

SUFFOLK COUNTY CORRECTIONAL FACILITY,    14-cv-00249(JMW)
JENNIFER TAY, DEVIN CALANDRA, HELEN
BALCUK, VINCENT FUSCO and SERGEANT RUNG,

                       Defendants.

STATE OF NEW YORK )
                      ss.:
COUNTY OF SUFFOLK )

      ROSEANN GARGIULO, having been duly sworn, deposes and says:

1) I am employed by the Suffolk County Attorney's Office as a Principal Office Assistant. As part of my job responsibilities, I maintain the files of all Notices of Claim filed against the County of Suffolk.

2) I have reviewed said files and ascertained that plaintiff Jerry McKoy has never filed a Notice of Claim with the County of Suffolk.

                                                                 _____
                                                                ROSEANN GARGIULO

Sworn to before me this
26th day of April, 2024

_____
Notary Public, State of New York
CHERYL DARCANGELO
Notary Public, State of New York
No. 01DA6256697
Qualified in Suffolk County
Commission Expires February 27, 2026