UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE             DATE:  05/15/2024
                                                          TIME:  11:00 AM
                                                          ☐ SEALED PROCEEDING

**CIVIL CAUSE FOR STATUS CONFERENCE**
**CASE:  2:14-cv-00249-JMW-McKoy v. Suffolk County Correction et al.**

APPEARANCES:

    For Plaintiff:            Louis Frank Chisari

    For Defendants:           Arlene S. Zwilling

Court Reporter/FTR:           11:17-11:27 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒   Status Conference held.

☒   The parties advised the Court of the status of this case.

☒   The Jury Selection and Trial has been moved from June 24, 2024 to **September 16, 2024 at 9:30 AM** at the United States District Courthouse, Eastern District of New York, 100 Federal Plaza, Courtroom 1020, Central Islip, New York.

☒   A Final Pretrial Conference has been scheduled for **August 8, 2024 at 10:00 AM** at the United States District Courthouse, Eastern District of New York, 100 Federal Plaza, Courtroom 1020, Central Islip, New York.   A joint proposed pretrial order ("JPTO") in compliance with the undersigned's Individual Practice Rules, signed by counsel for each party, must be filed on ECF **at least five (5) business days prior to this conference**.

    THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

                                                         SO ORDERED
                                                         /s/ *James M. Wicks*
                                                         JAMES M. WICKS
                                                         United States Magistrate Judge