# MARCOTE & ASSOCIATES, P.C.

*Attorney and Counselor at Law*
3960 MERRICK ROAD, 2ⁿᵈ FLOOR
SEAFORD, NEW YORK 11783
TELEPHONE: (516) 280-2281
FACSIMILE: (516) 280-2283

___

August 7, 2024

Magistrate Judge James M. Wicks
United States District Court (EDNY)
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

    Re:        Jerry Quinn McKoy v. Suffolk County Correctional Facility, et al.
    Docket No.:    14-cv-00249 (LDH)(JMW)
    MA File No.:    MA24-0160
    Subject:       'Status Update'

Dear Judge Wicks:

    This Court had on the last appearance in this matter on May 15, 2024, set several deadlines for a 'Joint Pre-Trial Order' and 'Pre-Trial Conference' the latter scheduled for August 8, 2024 at 10:00 a.m., in your Honor's part (ECF Docket Entry 194).

    At this time I have to inform the Court of a significant development in regards to the plaintiff, Jerry McKoy. I was attempting to contact Mr. McKoy for week prior to the due date of the 'Joint Pre-Trial Order', yesterday at 3:57 p.m. I received a telephone call from the Suffolk County Jail and it was Mr. McKoy and I was informed he has been incarcerated since the last week of July 2024 on the following matters: <u>People v. Jerry McKoy</u>, Docket No.'s: CR-023553-24SU, CR-023554-24SU, CR-007581-24SU, CR-007605-24SU, CR-019446-24SU and CR-023552-24SU (6 Criminal Matters)[1].

    Mr. McKoy's next appearance in Suffolk County Criminal Court is currently scheduled for August 26, 2024, based upon this issue I believe they would affect the trial dates and the logistics of said trial, I would request that this issued be addressed at tomorrow's conference and about adjourning the trial dates accordingly. I have spoken with Assistant County Attorney Ann Leahey and she has been informed of this issue and understands the issue and has agreed that those trial dates may have to be adjusted, but the attorneys for the parties understand that this for the Court to

___

[1] The most serious of these matters <u>People v. Jerry McKoy</u>, Docket No.: CR-023554-24SU, and he is charged with 'Criminal Possession of a Weapon in the 2ⁿᵈ Degree' (Loaded Firearm'.

determine.

Furthermore, after the Plaintiff's 'Complaint' was amended and the Defendants' answered, I requested the following discovery: 1) any and all discovery already served on the Plaintiff while he was acting Pro Se; and 2) any and all records of the Defendant(s) in regards to the Plaintiff's stay at the Suffolk County Correctional Center during the time period in the 'Amended Complaint' and at the time Assistant County Attorney Zwilling refused said discovery and said I should move the Court to reopen discovery. At this time I do not feel that discovery needs to be re-opened but I would request this Court issue an 'Order' directing the Defendant(s) to supply the requested documents.

Also, I have spoken with Assistant County Attorney Leahey and I have conveyed the fact I will not be seeking the deposition of any of the Defendant(s), I don't feel that based upon the passage time since the alleged events complained of have occurred, that the depositions would be fruitful and would just be waste everyone's time and effort.

Any question please do not hesitate to contact the undersigned.

Sincerely yours,

*Louis F. Chisari*

Louis F. Chisari, Esq.
LCHISARI@marcotelaw.com

Cc:
Suffolk County Attorney's Office
*(via ECF)*