**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE          DATE:   08/08/2024
                                                       TIME:   10:00 AM
                                                       ☐ **SEALED PROCEEDING**

<u>**CIVIL CAUSE FOR PRETRIAL CONFERENCE**</u>
**CASE:  2:14-cv-00249-JMW-McKoy v. Suffolk County Correction et al.**

APPEARANCES:

        For Plaintiff:          <u>Louis Frank Chisari</u>

        For Defendant:         <u>Anne C. Leahey</u>

Court Reporter/FTR:          9:59-10:07 (FTR)

**THE FOLLOWING RULINGS WERE MADE:**

☒      Pretrial Conference held on August 8, 2024.

☒      Discussion had concerning Plaintiff's letter filed at ECF No. [200].  As a result, trial scheduled for September 16, 2024 is hereby **adjourned** *sine die* pending the outcome of the underlying criminal case conference scheduled for August 26, 2024.  Plaintiff's counsel is directed to file a status report outlining the status of the criminal cases and the impact on the calendaring of this case for trial on or before **August 30, 2024.**

A Status Conference has been scheduled for <u>**September 10, 2024 at 1:30 PM**</u> via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date.  This conference is a public proceeding, and all are welcome to attend via telephone or via video.  If you would like to receive the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625.  Parties shall comply with Judge Wicks' Individual Rules regarding Expectations for Remote Appearances (Rule §1E)

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

                        SO ORDERED
                        /s/ *James M. Wicks*
                        JAMES M. WICKS
                        United States Magistrate Judge