UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JERRY QUINN MCKOY, | | |
| | Plaintiff, | **PROPOSED DISCOVERY ORDER** |
| -against- | | |
| COUNTY OF SUFFOLK, SUFFOLK COUNTY CORRECTIONAL FACILITY, JENNIFER TAY, DEVIN CALANDRA, HELEN BALCUK, VINCENT FUSCO and SERGEANT RUNG, | | 14-cv-00249(JMW) |
| | Defendants. | |

   JAMES M. WICKS, Magistrate Court Judge,

   UPON the application of Louis Frank Chisari, the attorney for the plaintiff, that discovery be reopened for the purpose of additional, limited document production, it is hereby:

   ORDERED that defendants produce within thirty (30) days of the date of this Order, records maintained by the Suffolk County Sheriff's Department regarding plaintiff's incarceration at the Suffolk County Correctional Facility during the period September 30, 3013 through October 19, 2013.

Dated: Central Islip, N.Y.
       August ___, 2024

SO ORDERED:

_____

JAMES M. WICKS
United States Magistrate Judge