Case 2:14-cv-00249-JMW   Document 203   Filed 08/19/24   Page 1 of 1 PageID #: 802

FILED
CLERK
August 19, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JERRY QUINN MCKOY,

                                            Plaintiff,      ~~PROPOSED~~ DISCOVERY ORDER

-against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY
CORRECTIONAL FACILITY, JENNIFER TAY,
DEVIN CALANDRA, HELEN BALCUK, VINCENT
FUSCO and SERGEANT RUNG,                     14-cv-00249(JMW)

                                     Defendants.

JAMES M. WICKS, Magistrate Court Judge,

UPON the application of Louis Frank Chisari, the attorney for the plaintiff, that discovery be reopened for the purpose of additional, limited document production, it is hereby:

ORDERED that defendants produce within thirty (30) days of the date of this Order, records maintained by the Suffolk County Sheriff's Department regarding plaintiff's incarceration at the Suffolk County Correctional Facility during the period September 30, 3013 through October 19, 2013.

Dated: Central Islip, N.Y.
          August 19, 2024

                                          SO ORDERED:

                                          /s/: James M. Wicks
                                          _____
                                          JAMES M. WICKS
                                          United States Magistrate Judge