# MARCOTE & ASSOCIATES, P.C.

*Attorney and Counselor at Law*
3960 MERRICK ROAD, 2nd FLOOR
SEAFORD, NEW YORK 11783
TELEPHONE: (516) 280-2281
FACSIMILE: (516) 280-2283

---

August 3, 2024

Magistrate Judge James M. Wicks
United States District Court (EDNY)
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

    Re:        Jerry Quinn McKoy v. Suffolk County Correctional Facility, et al.
    Docket No.:  14-cv-00249 (LDH)(JMW)
    MA File No.:  MA24-0160
    Subject:   'Status Update'

Dear Judge Wicks:

    Please accept this correspondence in accordance with the Court's Order, dated August 8, 2024 (Dkt Entry 201), as per our conversation on the record on August 9, 3024 and your Order of the same date.

    As this Court is aware Mr. McKoy has been incarcerated since the last week of July 2024 on the following matters: <u>People v. Jerry McKoy</u>, Docket No.'s: CR-023553-24SU, CR-023554-24SU, CR-007581-24SU, CR-007605-24SU, CR-019446-24SU and CR-023552-24SU (6 Criminal Matters).

    Furthermore, Mr. McKoy's had an appearance in Suffolk County Criminal Court on August 26, 2024, at those appearances the matter were severed as follows: 1) <u>People v. Jerry McKoy</u>, Docket No.'s CR-007581-24SU, CR-007605-24SU, CR-019446-24SU, transferred to part D52 with an appearance on September 5, 2024; and 2) <u>People v. Jerry McKoy</u>, Docket No.'s CR-023552-24SU, CR-023553-24SU, CR-023554-24SU, transferred to part FP1 with an appearance scheduled for September 19, 2024.

    I ask that these issues be addressed/discussed at the currently scheduled conference on September 10, 2024.

                                              Sincerely yours,

                                              *Louis F. Chisari*

                                              Louis F. Chisari, Esq.
                                              LCHISARI@marcotelaw.com

Cc:
Suffolk County Attorney's Office
*(via ECF)*