STEVEN E. HORTON
NOTARY PUBLIC STATE OF NEW YORK
SUFFOLK COUNTY
LIC. # 01HO6358429
COMM. EXP. 05/05/2025

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 05 2024 ★
LONG ISLAND OFFICE

Sworn to (or affirmed) and subscribed before me this 1st day of 9/2, 20__
Notary Public's Signature

REC'D IN PRO SE OFFICE
SEP 5 '24 PM 3:09

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 5 2024 ★
LONG ISLAND OFFICE

RECEIVED
SEP - 5 2024
EDNY PRO SE OFFICE

United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip New York 11722

Dated Sept 2 2024
Judge Chambers
McKay v Suffolk County Corr
Magistrate Judge James M Wicks
14-CV-249   other Case 2:21CV 01873
LDH-SiL

Dear your Honor

I have written to many different Individual over the past ten (10) years pertaining to this case some I don't hear from from weeks to months calls seams to be a waste of time they returned weeks later or month after the eat tired of getting them or they finally picks up

This incident happened in 2014 (10) ten years ago its nothing else that can be done to lessing the pain except pain medication Ive had Numerous pain shots had my Narves burnt which grows back after a time its nothing else to do my Attorney has been advised that I wanted to settle the case but I dont recieve returned calls if we could come to an agreement to settle this case I would kindly Appreciate it

Kind regards
#401030 Jerry McKay

CC: Copy
Judge Wicks

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: Jerry Mackey
#401038

USMS

MID-ISLAND NY 117
3 SEP 2024 PM 2 L

Attn:
Judge James M Wicks
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip NY 11722
Judge Chambers
James M Wicks