```
STEVEN E HORTON
NOTARY PUBLIC STATE OF NEW YORK
SUFFOLK COUNTY
LIC. # 01HO6358429
COMM. EXP. 05/05/2025
```

MR Louis F Chisari  
Marcota + Assoc  
108. New South Rd  
Hicksville NY 11801

MR Jerry McKoy  
110 Center DR  
Riverhead NY 11901

Dated 9-2-24

Sworn to (or affirmed) and subscribed before me this 1st day of Sept, 2024.

*Notary Public's Signature*

MR Chisari. I'm writing this in regards to case No# 14-CV-249 I have tried contacting you on numerous occasions without a response its been ten years since this incident happen close to a year for the last pain treatment its nothing else that can be done to ease the pain that was caused by the defendant neglect I'm not getting any younger as I stated before most individual settle in way less time for more or a little less than what I'm seeking As I mention its nothing more that can be done it seems I'll be on some type of pain meds for the rest of my life for there neglect and duty as being individual under the employment or under the connection of being supervise by the leadership Suffolk County Corr

CC  
Judge  
James M. Wicks

Sincerely  
Jerry O. McKoy