UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE          DATE:   09/10/2024
                                                      TIME:   1:30 PM
                                                      ☐ SEALED PROCEEDING

**CIVIL CAUSE FOR STATUS CONFERENCE**
**CASE: 2:14-cv-00249-JMW-McKoy v. Suffolk County Correction et al.**

APPEARANCES:

    For Plaintiff:      Louis Frank Chisari

    For Defendant:    Anne C. Leahey, Leland S. Solon

Court Reporter/FTR:    1:33-1:39 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Status Conference held.

☒ The parties advised the Court of the status of this case, and the Court addressed Plaintiff's Letter Motion for a Settlement Conference at ECF No. [205]. As both parties expressed interest in a Settlement Conference before the undersigned, Plaintiff's Motion (ECF No. 205) is **granted**.

☒ A Settlement Conference has been scheduled for **November 6, 2024 at 2:00 PM** via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date. Parties shall comply with Judge Wicks' Individual Rules regarding Expectations for Remote Appearances (Rule §1E). Parties shall comply with Judge Wicks' Individual Practice Rules regarding Settlement Conferences (Rules §5). Parties are directed to submit their *ex parte* settlement statements to the Chambers email, wicks_chambers@nyed.uscourts.gov on or before **October 30, 2024.**

    THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

                                                        SO ORDERED
                                                       /s/*James M. Wicks*
                                                       JAMES M. WICKS
                                                       United States Magistrate Judge