Clerk of US District Court
Eastern District of New York
100 Federal Plaza
Central Islip New York 11722-4438

Jerry O McKoy
Suffolk Co Corr
110 Center DR
Riverhead N.V.
11901

Dated
Attn: Magistrate Judge
James M Wicks

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 12 2024 ★
LONG ISLAND OFFICE

McKoy v Suffolk County Corr
Case NO# 14 CV 249

Dear your it seems as though this is not moving there have been Nothing But indivisual being terminated for what reason I dont know for I wasnt informed why and for what reason and not ahead of time and they are defendants in these proceeding t

My presume New Attorney Mr Louis Frank Chisari of Marcote + Accos PC of Hicksville met me in Pacthooge and I turned over every single Doctument that I have recieved Dealing with this case

Its been over 10 years and I havent recieved any justice only Indivisual being terminated from the suit, and me finding out after the fact not giving me the opprotunity to contest the fact of the reason truly of being terminated

REC'D IN PRO SE OFFICE
SEP 12 '24 PM3:18

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 12 2024 ★
LONG ISLAND OFFICE

RECEIVED
SEP 12 2024
EDNY PRO SE OFFICE

Your Honor its been ten years as I mention before its nothing else that can be done to ease the pain I have done everything from therapy to having my nerves burnt as a last resort in the past ten years, Im facing the fact that I'll never be the same or close to it So I would like to settle this case as soon as I can I realize Im going to live the rest of my life in pain do to there (Suffolk county CORR) Neglect

C/C File

JERRY O McKay

Sworn to (or affirmed) and subscribed before me this 10 day of _____, 202_
exp 8/8/27
Notary Public's Signature



DARRELL MAYO
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Suffolk County
01MA0011863
MY COMMISSION EXPIRES 8/9/27

Added to Copies
Is it possible for me to be informed of the status of this case with a conference call.

J CENTER I
RIVERHEAD, N．．．
NAME: Terry McBoy

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 12 2024 ★
LONG ISLAND OFFICE

Magistrate Judge JAMES W WICKS
Attn: Magistrate Judge
Clerk of US District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip New York 11722-4438
Attn: Magistrate Judge JAMES W WICKS

11722344438 C003