FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 11 2024 ★
LONG ISLAND OFFICE

Jerry G McKoy vs Suffolk County Corr
Case No# 14-CV-249 other 21-CV-1873
October 8 2024          LDH-SIL
Attn: Arlene S. Zwilling
   (Suffolk County Attorney)

Attn Judge James W Wicks
Attn Judge A. Kathleen Tomlinson
Attn Judge Joanna Seybert
   Attn Attorney F Chisari

To all individuals listed above

I write this letter with deep concerns It seems as I'm being overlooked this case is over ten years old thoughtout those ten years I've done almost everything possible to get halfway the way I was and havent gotten there I've accepted the fact that I'll never get there I made a suggestion before for the past 10 years but I have life left I would settle this case for $450,000 for past and future pain The reason I send this letter to Each Individual listed above in the course of this case we corresponded in some form or faction As far as Mr Chisari I've turned over any and all medical records that I've recieved over the course of this ordeal I got and still went on th my copies

Sworn to (or affirmed) and subscribed before me
this 8th day of Oct, 2024.

_Notary Public's Signature_

[Notary seal: KENNETH SUMOWSKY, NOTARY PUBLIC, NO. 01SU0006965, QUALIFIED IN SUFFOLK COUNTY, COMM. EXP. 05-05-2027, STATE OF NEW YORK]

Jerry McKoy
cc

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: Jerry McKoy
#401030

Judge James W Wicks
United States Federal Court
Eastern District of New York
100 Federal Plaza
Central Islip NY 11722

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: Jerry McKoy
#401030

MID-ISLAND NY 117
9 OCT 2024 PM 2 L

Judge Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip NY 11722

11722-443800

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: JERRY MCKOY
#401030

MID-ISLAND NY 117
9 OCT 2024 PM 2 L

Judge A Kathleen Tomlison
United States Federal Court
Eastern District of New York
100 Federal Plaza
Central Islip NY 11722

11722-443800