# MARCOTE & ASSOCIATES, P.C.

*Attorney and Counselor at Law*
3960 MERRICK ROAD, 2nd FLOOR
SEAFORD, NEW YORK 11783
TELEPHONE: (516) 280-2281
FACSIMILE: (516) 280-2283

___

October 17, 2024

Magistrate Judge James M. Wicks
United States District Court (EDNY)
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

      Re:        Jerry Quinn McKoy v. Suffolk County Correctional Facility, et al.
      Docket No.:  14-cv-00249 (LDH)(JMW)
      MA File No.:  MA24-0160
      Subject:    'Status Update'

Dear Judge Wicks:

      As this Court is aware Mr. McKoy has been incarcerated since the last week of July 2024 on the following matters: People v. Jerry McKoy, Docket No.'s: CR-023553-24SU, CR-023554-24SU, CR-007581-24SU, CR-007605-24SU, CR-019446-24SU and CR-023552-24SU (6 Criminal Matters).

      Furthermore, to update the Court, Mr. McKoy was Indicted by the Suffolk County District Attorney's, which is captioned as follows; People v. Jerry Mckoy, Docket No.: IND-72702-24/001, said indictment covers the cases with Docket No.'s: CR-023553-24SU and CR-023554-24SU, Mr. McKoy's next appearance in Criminal Court on all matters in October 30, 2024.

      Any question please do not hesitate to contact me..

                                      Sincerely yours,

                                      *Louis F. Chisari*

                                      Louis F. Chisari, Esq.
                                      LCHISARI@marcotelaw.com

Cc:
Suffolk County Attorney's Office
*(via ECF)*