**COUNTY OF SUFFOLK**



**EDWARD P. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

**CHRISTOPHER J. CLAYTON**　　　　　　　　　　　　　　　　　　　　　　　**DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

October 30, 2024

Hon. James M. Wicks, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

　　　　　　Re:　*McKoy v. Suffolk County Correctional Facility*
　　　　　　　　　CV14-0249 (JS) (JMW)

Dear Judge Wicks:

　　By this letter, the attorneys for the parties, having conferred, jointly request that the settlement conference, currently scheduled for 2:00 p.m. on Wednesday November 6, 2024 be cancelled subject to being rescheduled if and when the parties' settlement positions are less far apart. Despite engaging in serious settlement discussions, the attorneys for the parties believe that the parties' settlement demands at this point are so widely divergent that that a settlement conference would be unproductive and wasteful of judicial and attorney resources.

　　We thank the Court for its time and attention to this case.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Christopher J. Clayton
　　　　　　　　　　　　　　　　Suffolk County Attorney

　　　　　　　　　　　　　　　　*/s/ Anne C. Leahey*
　　　　　　　　　　　　　　　　By: Arlene S. Zwilling
　　　　　　　　　　　　　　　　Assistant County Attorney

LOCATION　　　　　　　　　　　　MAILING ADDRESS
H. LEE DENNISON BLDG.　　　　　　P.O. BOX 6100　　　　　　　　　　　　　　　　(631) 853-4049
100 VETERANS MEMORIAL HIGHWAY　♦　HAUPPAUGE, NY 11788-0099　　♦　TELECOPIER (631) 853-5169