# MARCOTE & ASSOCIATES, P.C.

*Attorney and Counselor at Law*
3960 MERRICK ROAD, 2nd FLOOR
SEAFORD, NEW YORK 11783
TELEPHONE: (516) 280-2281
FACSIMILE: (516) 280-2283

___

November 14, 2024

Magistrate Judge James M. Wicks
United States District Court (EDNY)
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

    Re:       Jerry Quinn McKoy v. Suffolk County Correctional Facility, et al.
    Docket No.:    14-cv-00249 (LDH)(JMW)
    MA File No.:    MA24-0160
    Subject:    'Response to Defendant(s) Letter Application''

Dear Judge Wicks:

    This letter is submitted in response to Assistant County Attorney Anne C. Leahey's letter application dated November 1, 2024, requesting permission to move for 'Summary Judgment' in the above mentioned matter.

    Furthermore the Court directed that Plaintiff's counsel submit any response to the application on or before November 13, 2024 in its November 1, 2024 docket entry. This letter is one (1) day late, because my office suffered a small fire that required we close the office yesterday for some minor repairs.

    Turning, the merits of the Defendant(s) application, the undersigned did have a conversation with Ms. Leahey and the Plaintiff at this time takes no position with regards to the issues raised in the Defendant(s) letter and will defer to the Court's discretion on where or not the Defendant(s) have met their burden to ask the Court to move for 'Summary Judgment' at this juncture.

    But if the Court were to grant the application, Ms. Leahey and I have discussed the following briefing dates: 1) December 27, 2024 for the Defendant(s) to serve their motion; 2) January 27, 2025 for Plaintiff to serve 'Opposition'; and 3) February 14, 2025 for the Defendant(s) to serve any 'Reply Papers' and then file the fully brief motion with the Court pursuant to your Honor's individual rules.

    Any question please do not hesitate to contact me..

                          Sincerely yours,

                          *Louis F. Chisari*
                          Louis F. Chisari, Esq.
                          LCHISARI@marcotelaw.com

Cc:
Suffolk County Attorney's Office
*(via ECF)*