Post on Docket for all Parties

Case # 14CV249
Jerry McKoy v Suffolk County CORR
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip New York 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 14 2024 ★
LONG ISLAND OFFICE

REC
NOV 14 2024
EDNY PRO SE OFFICE

Dated 11-9-24
Re McKoy v Suffolk County CORR 14cv249
Attn Judge James W. Wicks

Arlene S Zwilling

Louis Frank Chisari

Dear Honor James W Wicks
 I'm not quite understanding what is going on
 I was assigned Mr Louis Frank Chisari by the courts which was appointed on presume 1/19/24 as of page 184 of the civil docket # 14-cv-249
 As of the proceeding that transpired from that I only was told very little and it wasn't enough for me understand what was going on wasn't explained to me properly

So many defendants that was involved in this Case and was responceable for me recieving my medication was removed for what reason I don't know as I stated before I don't know much about the law. I Do know if you are supposed to take medication and you don't recieve that life theathen medication and you don't have control of it Someone else have control over you recieving it its there fault if something happens to you because you dont have control over taking it when you are supose to

I don't see why so many different indivisual was removed from the case since MR. FRANK Louis FRANK Chisari I don't even know why I wasnt produced or why he got upset when I asked or why there offer is only $10,000 and most of all, all of a sudden I signed something to stop taking my seziver medication. my Settlement agreement would still be to recieve $25,000,000 million
I would like to be present at the proceeding

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: JERRY McKOY
#401030

Judge James W Wicks
United States District court
100 Federal Plaza
Central Islip NY
11722

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 14 2024
LONG ISLAND OFFICE