1 of 2

11-9-24

U.S. District Court
Eastern District of NY (Central Islip)
Civil Docket No# 2:14-CV-00249-JMW

100 Federal Plaza
Central Islip NY 11722

RE: McKoy vs Suffolk County Corr
14-CV-249

Dated 11-9-24

Attn
Judge James W Wicks
A Kathleen Tomlinson
Joanna Seybert
Attorney Frank Chisari
Arlene S Zwilling

To all above listed indivisuals under more consideration I'm reverting back to the original amount of 25,000,000 twenty five million. I was told Settlement Negotion would start soon I would like the Courts to advise me when this will begin in writing from the Courts, its been over 10 years and I'm ready to have Negotation hearing

about the case listed beforehand of this that is being sent to each indivisual listed

The Courts along with my Attorney reply will be greatly appreciated

I thank you beforehand for your time and consideration

JERRY Q MCKay

Sworn to (or affirmed) and subscribed before me this 09 day of Nov, 2024

Notary Public's Signature

WILLIAM M CASSELLA
NOTARY
NO. 01CA6398317
QUALIFIED IN
SUFFOLK COUNTY
COMM. EXP.
09-23-2027
PUBLIC
STATE OF NEW YORK

U.S. District Court
Eastern District of NW (Central Islip)
Civil Docket No# 2:14-CV-00249 JMW

100 Fedral Plaza
Central Islip NY 11722

Re McKoy vs Suffolk county corr
14-cv-249

Date 11-9-24

Attn
Judge James W Wicks
A Kathleen Tomlinson
Joanna Seybert
Atorney Frank Chisari

To all above listed indivisuals under more consideration I'm reverting back to the original amount of 25,000,000 twenty five million. I was told settlament Negotion would start soon I would like the courts to advise me when this will begin in writing from the courts. Its been over 10 years and I'm ready to have Negotation hearing

about the case listed beforehand of this that is being sent to each individual listed

The Courts along with my Attorney reply will be greatly appreciated

I thank you beforehand for your time and consideration

JERRY Q MCKOY

Sworn to (or affirmed) and subscribed before me this 09 day of Nov, 2024

Notary Public's Signature

WILLIAM M CASSELLA
NOTARY
NO. 01CA6398317
QUALIFIED IN
SUFFOLK COUNTY
COMM. EXP. 09-23-2027
PUBLIC
STATE OF NEW YORK

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: JERRY McKoy
#401030

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 14 2024 ★

LONG ISLAND OFFICE

MID-ISLAND NY 117
12 NOV 2024 PM 4

Attn Clark
United States District Court
Eastern District of NEW YORK
100 Federal Plaza
Central Islip NY
11722

11722-443800

