FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 22 2024
LONG ISLAND OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 22 2024 ★
LONG ISLAND OFFICE

RECEIVED
NOV 24 2024
EDNY PRO SE OFFICE

Civil Docket case 14-cv-249
Mckoy v/ Suffolk County Correction

United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip New York 11722

Dated 11-19-24

Attn: Judge James W Wicks
A. Kathleen Tomlison
Joanna Saybart
Attn Arlene S Zwilling
Attn L. Frank Chisari

I'm writing this referring to the case listed above I tried contacting my attorney by phone and mail with no luck I advised him to keep me informed of every stage of the proceeding. I also told him that I wanted to be there this was done when I turned over any and paperwork pertaining to the above mention case # CV-14-CV-249 which consisted of all docketment from 2014 or before until present

1 of 2

Sworn to (or affirmed) and subscribed before me this ___ day of ___, 20___

Notary Public's Signature

I've tried writing him and the latter was returned. I tried calling the firm and recieved no answer.

The one and only time that I can remember speaking to him I was yelled at because I asked once again to be produced for the hearing. But was yelled at because he stated it would cost hundreds and hundreds of thousands dollars also at this point I was told that ms Zwilling has a paper that I was supposely to have signed stating I didn't want my meds. But had not seen it yet

I state again to all the above listed indivisual I would like to be produced for all proceedings. Each and every Indivisual played some part in me not recieving my meds which resulted in the permanent injury

STEVEN E HORTON
NOTARY PUBLIC STATE OF NEW YORK
SUFFOLK COUNTY
LIC. # 01HO6358429
COMM. EXP. ___

2 of 2

US District Court
Eastern District of New York
(Central Islip)
Civil Docket For Case 14-CV-249

McKoy VS Suffolk County CORR
Case # 14-CV-249

Dated 11-19-24

Attn Judge James W. Wicks
A Kathleen Tomlinson
Joanna Seybert

Sworn to (or affirmed) and subscribed before me
this 19th day of Nov, 2024.

Notary Public's Signature

Attn Atorney
Frank C Kisari
Arlana S Zwilling

I'm writing this letter to the Courts and asks that it be treated as a Civil Docket that pertains to the Case listed above.
On 1/14/14 I consented to the Judges orders

STEVEN E HORTON
NOTARY PUBLIC STATE OF NEW YORK
SUFFOLK COUNTY
LIC. # 01HO6358429
COMM. EXP. 05/08/2025

(1) of 5

On 03/03/2014
The Court Dismissed only Sheriff Demarco and Suffolk Correction.

The Courts Granted me the ability to proceed against the certain Idivisual that was and still might be employed by Suffolk County (Correction)

These Indivisual has been since terminated from the Case since 05/15/2024

1) Nurse Administrator
   No Name

2) DR Vincant Garaci

3) Doctor Jane Doe

4) Doctor Jane Doe

5) Doctor Jane Doe

1) Doctor John Doe

(2) of 5

2) Doctor John Doe Phuch

1) Officer John Doe

1) Sergeant Rung *

1) Officer Vincent Fusco *

1) Jennifer Tay *

1) Davin Calandra *

1) Halam Balcuk x

These are the only name that I recieved from the courts to varify the Defendants in this case at no time was I provided with an address to serve anyone only two (2) indivisual was dismissed in two 2015 (7) in 2024 which leaves only (5)
  Which basically all of them have a name but not all!

(3) of 5

what they are supposed to do without any feelings of what they caused.

I know certain things supposed to be done certain ways, and I followed everything in everyway possible to recieve my medication. I put in medical slips, 3 times a day, also told the 3 times a day from the time I didnt recieve it up until the time I had a Seizure.

I stated before that Im only a layman of the law but in this world we live in there is only right and wrong and that is the law as far as me doing everything I was supposed to recieve my medication I did its no fault on mines that I was injuried. That is soley the fault Suffolk County and the indivisual listed in the suit for not doing there job as far providing me with proper medical care.

(4)(A)

what they was suppose to do from the begining

I know certain thing is supposed to be done certain way when it comes to certain thing I followed that by putting medical slips for refills to the Nurse and also the box 3 times a day I went up to the med cart to recieve my medication and didnt recieve it. Its plainly docketmented that it wasnt giving to me there are cameras there that shows me going to the med cart and not recieving my meds and also the nurse and giviney the Nurse refill slips

I mention before that Im only a layman of the law In the and cases are desided by whos right and whos wrong the evidence that is presented decides a case I produced dockets of medical charts of me not recieving my medication for 13 days the name of the

(4)(B)

indivisuals responceable for prescibeing to me the indivisual responeible for giving to if I did give the name I gave the job they did med cart morning none and night the dates which I should have recieved when I first filed for each differant indivisual and there shift time there supervisors Name.

medical records of therpy I went though the medication I was on the treatment I want though and have to continue to go though

I really dont understand what my court appointed Lawyer is doing Im find things out after they happen Im not be informed of anything and not being told anything phone is not being answered

phone calls are being recorded I will give the court permission to listen to our phone conversations

Signed Planiff                Signed Planiff
Jerri McKoy (6)
(4C)



SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: JERRY MCKOY
# 401030

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 22 2024 ★
LONG ISLAND OFFICE

MID-ISLAND NY 119
20 NOV 2024 PM 6 L

Attn Clark Office
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip New York
11722

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: JERRY MCKOY
#401030

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 22 2024 ★

LONG ISLAND OFFICE

MID-ISLAND NY 117
20 NOV 2024 PM 6 L

Judge James W. Wicks
United State District Court
Eastern District of New York
100 Federal Plaza
Central Islip New York
11722

11722-443800