# COUNTY OF SUFFOLK



**EDWARD P. ROMAINE**
SUFFOLK COUNTY EXECUTIVE

**CHRISTOPHER J. CLAYTON**　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

January 6, 2024

Hon. James M. Wicks, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

　　　　　　　　　　Re:　*McKoy v. Suffolk County Correctional Facility*
　　　　　　　　　　　　CV14-0249 (JS) (JMW)

Dear Judge Wicks:

　　　By this correspondence, the undersigned respectfully requests the Court to allow her to withdraw her notice of appearance (DE No.198 ) on behalf of Defendant Jennifer Tay. Plaintiff's attorney, Louis Chisari, has consented to this request.

　　　The notice of appearance by the undersigned on behalf of Ms. Tay was filed by mistake. The County of Suffolk ("County") no longer employs Ms. Tay, and is unaware of her whereabouts, email address, residence address, and phone number.

　　　Attempts to serve process on Ms. Tay have been unsuccessful as the following chronology shows. On July 16, 2021, defense counsel advised the Court that Ms. Tay was no longer employed by the County and provided her last-known address to the Court. See Order, DE 148. On January 31, 2022, the Court directed the US Marshalls Service to serve the summons and complaint upon Ms. Tay. DE No. 148. On March 23, 2022, in connection with an amended complaint, an amended summons was re-issued as to Ms. Tay. DE 157. On August 2, 2022, the amended summons was returned unexecuted. DE 163.

　　　Moreover, the Suffolk County Attorney's obligation to defend Ms. Tay was never triggered in this case. Pursuant to Suffolk County Code section 42-4, entitled *Obligations of Employee*, "[t]he duties to defend provided in this article shall be contingent upon delivery to the County Attorney of the original or a copy of any summons, complaint…" Such delivery did not occur in this case.

      Accordingly, the undersigned respectfully requests, on consent, that her notice of appearance on behalf of Jennifer Tay be deemed withdrawn. The Court is thanked for its time and attention to this matter.

                                        Respectfully submitted,

                                        Christopher J. Clayton
                                      Suffolk County Attorney

                                      */s/ Anne C. Leahey*
                                      By:  Anne C. Leahey
                                      Assistant County Attorney