# MARCOTE & ASSOCIATES, P.C.

*Attorney and Counselor at Law*
3960 MERRICK ROAD, 2nd FLOOR
SEAFORD, NEW YORK 11783
TELEPHONE: (516) 280-2281
FACSIMILE: (516) 280-2283

---

January 15, 2025

Magistrate Judge James M. Wicks
United States District Court (EDNY)
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

      Re:        Jerry Quinn McKoy v. Suffolk County Correctional Facility, et al.
      Docket No.:   14-cv-00249 (LDH)(JMW)
      MA File No.:  MA24-0160
      Subject:     'Conference Request'

Dear Judge Wicks:

      As this Court is aware Mr. McKoy has been incarcerated since the last week of July 2024 on the following indicted matter: <u>People v. Jerry Mckoy</u>, Docket No.: IND-72702-24/001.
      At this time and after speaking with my client it appears that he intends to go to trial on the criminal matter and it does not appear that Mr. McKoy will be release from custody prior to the February 24, 2025[1] trial date set by this Court.
      At this time I am requesting an attorneys only conference with the Court to confer on the logistics of the production of the Plaintiff for trial.
      Any question please do not hesitate to contact me..

                                    Sincerely yours,

                                    *Louis F. Chisari*

                                    Louis F. Chisari, Esq.
                                    LCHISARI@marcotelaw.com

Cc:
Suffolk County Attorney's Office
*(via ECF)*

---

[1] The matter is set to start 'Jury Selection' on February 24, 2025.