# COUNTY OF SUFFOLK



**EDWARD P. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

**CHRISTOPHER J. CLAYTON**                                                                 **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

January 16, 2025

Hon. James M. Wicks, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

    Re: *McKoy v. Suffolk County Correctional Facility*
      CV14-0249 (JS) (JMW)

Dear Judge Wicks:

  By this correspondence, Defendants respond to a letter from Plaintiff's attorney, dated January 15, 2025, DE 218, which requested that the Court schedule a conference regarding the logistics of transporting Plaintiff to Court from the Suffolk County Correctional Facility for the trial of the above mater, which is scheduled to commence on February 24, 2025.

  Upon receiving the letter from Plaintiff's attorney, the undersigned contacted the Suffolk County Sheriff's Office (SCSO), which has experience in managing such transports. The SCSO has agreed to make all necessary arrangements for transporting Mr. McKoy to and from Court for his trial.

  Defendants thank the Court for its time and attention to this matter.

              Respectfully submitted,

              Christopher J. Clayton
              Suffolk County Attorney

              */s/ Anne C. Leahey*
              By:  Anne C. Leahey
              Assistant County Attorney

LOCATION          MAILING ADDRESS
H. LEE DENNISON BLDG.      P.O. BOX 6100           (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY ♦ HAUPPAUGE, NY 11788-0099   ♦ TELECOPIER (631) 853-5169