UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY QUINN MCKOY,<br><br>                Plaintiff,<br><br>-against-<br><br>JENIFER TAY, DEVIN CALANDRA, HELEN BALCUK, VINCENT FUSCO and SGT. RUNG,<br><br>                Defendants. | **WRIT OF HABEAS CORPUS**<br><br>**14-cv-00249(JMW)** |

To:    Superintendent
         Riverhead Correctional Facility
         100 Center Drive South
         Riverhead, NY 11901

G R E E T I N G S:

**YOU ARE HEREBY COMMANDED** to have the body of JERRY QUINN MCKOY, NYSID No. 09181889L and Inmate Identification No. 401030, detained in the above correctional facility under your custody, and that you produce him on February 24, 2025 at _____ a.m. at the Long Island Federal Courthouse, Courtroom 1040, 100 Federal Plaza, Central Islip, NY 11722, so that he may be available for the trial of the above-captioned civil action, and that you produce him on such other days as may be required to complete the trial of this action.

**WITNESS**, the Honorable JAMES M. WICKS, United States Magistrate Judge, for the Eastern District of New York, attested by my hand this ____ day of January 2025.

Dated:  Central Islip, New York
           January ___, 2025

                                      _____
                                      Hon. James M. Wicks, U.S. Magistrate Judge