UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE         DATE:  01/17/2025
                                                      TIME:  10:30 AM
                                                      ☐ SEALED PROCEEDING

### CIVIL CAUSE FOR STATUS CONFERENCE
CASE:  2:14-cv-00249-JMW-McKoy v. Suffolk County Correction et al.

APPEARANCES:

    For Plaintiff:    Louis Frank Chisari

    For Defendant:    Anne C. Leahey

Court Reporter/FTR:    10:32-10:39 (Video)

### THE FOLLOWING RULINGS WERE MADE:

☒ Status Conference held.

☒ The parties advised the Court of the status of this case.

☒ Counsel for Plaintiff requested an extension of time to complete the revised Joint Pretrial Order. The Court grants the application and Counsel for Plaintiff shall file the Joint Pretrial Order on ECF by close of business on **January 21, 2025**.

☒ The Court grants Counsel for Defendant's Motion to Withdraw Notice of Appearance on behalf of Defendant Jennifer Tay (ECF No. 216).

☒ The application of Plaintiff's counsel to discontinue claims against Jennifer Tay is granted, without prejudice. Jennifer Tay has not appeared or otherwise responded.

☒ Counsel for Defendant will submit a proposed order, on or before **January 21, 2025,** for the Court's consideration for the Suffolk County Sheriff's transportation of Plaintiff to the U.S. District Courthouse for the trial which is scheduled to begin on February 24, 2025.

    THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

                                      SO ORDERED
                                      /s/ *James M. Wicks*
                                      JAMES M. WICKS
                                      United States Magistrate Judge