UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JERRY QUINN MCKOY,

                Plaintiff,

-against-

JENIFER TAY, DEVIN CALANDRA, HELEN
BALCUK, VINCENT FUSCO and SGT. RUNG,

                Defendants.

**WRIT OF HABEAS CORPUS**

**14-cv-00249(JMW)**

To:    Superintendent
        Riverhead Correctional Facility
        100 Center Drive South
        Riverhead, NY 11901

G R E E T I N G S:

**YOU ARE HEREBY COMMANDED** to have the body of JERRY QUINN MCKOY, NYSID No. 09181889L and Inmate Identification No. 401030, detained in the above correctional facility under your custody, and that you produce him on February 24, 2025 at 9:00 a.m. at the Long Island Federal Courthouse, Courtroom 1020, 100 Federal Plaza, Central Islip, NY 11722, so that he may be available for the trial of the above-captioned civil action, and that you produce him on such other days as may be required to complete the trial of this action.

**WITNESS**, the Honorable JAMES M. WICKS, United States Magistrate Judge, for the Eastern District of New York, attested by my hand this 21st day of January 2025.

Dated: Central Islip, New York
        January 21, 2025

_____
Hon. James M. Wicks, U.S. Magistrate Judge