# MARCOTE & ASSOCIATES, P.C.

*Attorneys and Counselors at Law*

3960 MERRICK ROAD, 2ND FLOOR

SEAFORD, NEW YORK 11783

Telephone: (516) 280-2281

Facsimile: (516) 280-2283

_____

January 21, 2025

**VIA ECF ONLY**

Magistrate Judge James M. Wicks
United States District Court (EDNY)
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

|  |  |  |
|---|---|---|
| Re: | Jerry Quinn McKoy v. Suffolk County Correctional Facility, et al |
| Docket No.: | 14-cv-00249(LDH)(JMW) |
| MA File No.: | MA24-0160 |
| Subject: | 'Request for Extension of Time to File Joint PTO' |

Dear Judge Wicks

As this Court is aware the undersigned represents the plaintiff, Jerry Quinn McKoy, in the above captioned matter. The Court originally set a filing date of January 17, 2025, for the parties to file their 'Joint Pre-Trial Order' and on January 17, 2025 the Court extended that filing date to today January 21, 2025.

Unfortunately, due to an family emergency on my part I am not able to complete my portion of the 'Joint PTO' I would request that this filing deadline be extended to January 23, 2025. I have spoken with Ms. Leahey, the Defendants' attorney and she has graciously consented to my request.

Any questions please do not hesitate to contact the undersigned.

Respectfully
Marcote & Associates, P.C.

*Louis F. Chisari*
_____
By:    Louis F. Chisari, Esq.

Cc:
Suffolk County Attorney's Office
(VIA ECF)