UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
JERRY QUINN MCKOY                                                                Docket No.:14-cv-00249
                                                                                               (LDH)(JMW)

                                   Plaintiff,

    -against-

SUFFOLK COUNTY CORRECTIONAL FACILITY,
JENNIFER TAY, DEVIN CALANDRA, HELEN
BALCUK, VINCENT FUSCO and SERGEANT RUNG,

                                  Defendant(s)
--------------------------------------------------------------------------X

## PROPOSED JURY VOIR DIRE

      Plaintiff, Jerry Quinn McKoy, by and through his counsel, Marcote & Associates, P.C. (Louis F. Chisari, Esq.), hereby submits the following proposed jury *voir dire* questions for consideration by the Court in connection with this action:

1.     Have you ever sat on a jury before?  If so:

     a)     Was the action civil or criminal?

     b)     If civil, what was the nature of the action?

     c)     Did you deliberate?

     d)     Did you reach a verdict?

     e)     If so, what was the nature of your verdict?

2.     Have you or any member of your family ever been a party to a lawsuit?  If so:

     a)     Were you the party suing or being sued?

     b)     Who was the other party?

     c)     What was the nature of the action?

     d)     When did this occur?

    e)     What was the outcome?

    f)     How did you feel about the outcome?

    g)     How did it effect you?

3. Was there anything about your experience that left you with any positive or negative feeling about the legal profession or the court system? If so, please explain.

4. Have you ever testified in a trial? If so, please describe the circumstances, and indicate how you felt about that experience?

5. What is the highest grade that you completed in school, including any trade or technical school?

6. Have you received any degree from any college or university? If so, what was the degree, and what was your major?

7. Have you attended any college or university from which you did not earn a degree? If so, please describe.

8. Are you employed? If so:

    a)     What is the name of your employer?

    b)     What is your job title?

    c)     What are your basic job duties and responsibilities?

    d)     Are you paid hourly, or are you salaried?

9. If you are not currently employed, who was your last employer, and when did you leave that position? How do you currently spend your time?

10. Are you married? If so, does your spouse work? If yes:

    a)     What is the name of his or her employer?

       b)       What is your spouse's job title?

       c)       What are his or her basic job duties and responsibilities?

       d)       Is your spouse paid hourly, or are is he or she salaried?

11.       Do you have any children? If so, how many, and what are their ages?

12.       Do any of your children work in full-time jobs? If yes:

       a)       What is the name of his or her employer?

       b)       What is his or her job title?

       c)       What are his or her basic job duties and responsibilities?

       d)       Is he or she paid hourly, or are you salaried?

13.       Are your parents living? If so, are they employed? If yes:

       a)       What is the name of his or her employer?

       b)       What is his or her job title?

       c)       What are his or her basic job duties and responsibilities?

       d)       Is he or she paid hourly, or are you salaried?

14.       Have you or any member of your family ever been arrested? If so:

       a)       What police agency was involved with the arrest?

       b)       What were the circumstances of the arrest?

15.       Have you or has any member of your family or close friend, ever been discharged from a job or left a job involuntarily? If so, please describe the circumstances.

16.       Have you or has any member of your family or close friend, ever been demoted, disciplined or reprimanded on the job? If so, please describe.

17.       Have you or has any member of your family ever filed a grievance in connection with your employment? If so, please describe the circumstances.

18. Have you or has any member of your family been treated unfairly by an employer? If so, please describe the circumstances.

19. Have you heard of or do you have any knowledge of the facts or events in this case? If so, please describe.

20. Do you have or have you ever had any friends or family members who are, or have been, employees of the Suffolk County Sheriff's Department or Suffolk County Correctional Center, or some other type of law enforcement agency?

21. Do you know any of the parties, witnesses or attorneys in this case?

22. Do you know any of the fellow jurors in this case?

23. Have you ever been a victim of a crime?

24. Do you hold any strong personal beliefs or opinions that would make it difficult for you to decide this matter fairly and impartially based only on the evidence presented and the law provided exclusive of any pre-existing notions or opinions concerning prisoners or litigation in general?

Dated: Seaford, New York
      January 27, 2025

Respectfully submitted,
MARCOTE & ASSOCIATES, PC

*Louis F. Chisari*
BY: LOUIS F. CHISARI, ESQ.
Attorney for Plaintiff,
JERRY QUINN McKOY
3960 Merrick Road, 2nd Floor
Seaford, New York 11783
Phone : 516-280-2281
Fax    : 516-280-2283
MA File No: MA24-0160

TO:
Anne C. Leahey, Assistant County Attorney
Office of the County Attorney, Suffolk County
Attorney for the Defendant(s):
(*VIA ECF*)

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF NEW YORK

**INDEX NUMBER: 14-CV-00249**

_____

JERRY QUINN MCKOY

-against-

SUFFOLK COUNTY CORRECTIONAL FACILITY,
JENNIFER TAY, DEVIN CALANDRA, HELEN
BALCUK, VINCENT FUSCO and SERGEANT RUNG

_____
_____

# PROPOSED JURY VOIR DIRE
_____
_____

## MARCOTE ASSOCIATES, P.C.
*Attorney and Counselors at Law*
Attorneys for Plaintiff:
JERRY QUINN MCKOY
3960 MERRICK ROAD, 2nd FLOOR
SEAFORD, NEW YORK 11783
PHONE:(516) 280-2281
FAX:   (516) 280-2283

_____