UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JERRY QUINN MCKOY                                        Index No.:14-cv-00249 (LDH)(JMW)

                    Plaintiff,

   -against-

SUFFOLK COUNTY CORRECTIONAL FACILITY,
JENNIFER TAY, DEVIN CALANDRA, HELEN
BALCUK, VINCENT FUSCO and SERGEANT RUNG,

                    Defendant(s)
------------------------------------------------------------------------X

## PROPOSED VERDICT FORM PLAINTIFF

### I. Deliberate Indifference to a Serious Medical Need

1. Did Plaintiff prove, by a preponderance of the evidence, that he had a serious medical need?

   ___ Yes ___ No

   If your answer to Question 1 is "Yes," proceed to Question 2.

   If your answer to Question 1 is "No," proceed to Question 5.

2. Did Plaintiff prove, by a preponderance of the evidence, that any of the Defendants listed below was deliberately indifferent to Plaintiff's serious medical need?

   | Defendant | Yes | No |
   |---|---|---|
   | Defendant: DEVIN CALANDRA | _____ Yes | _____ No |
   | Defendant: HELEN BALCUK | _____ Yes | _____ No |
   | Defendant: VINCENT FUSCO | _____ Yes | _____ No |
   | Defendant: SERGEANT RUNG | _____ Yes | _____ No |

   If your answer to Question 2 is "Yes" as to any of the Defendants listed above,

    proceed to Question 3.

    If your answer to Question 2 is "No" as to all of the Defendants listed above, proceed to Question 5.

3. Did Plaintiff prove, by a preponderance of the evidence, that the acts or omissions of any of the Defendants listed below were the proximate cause of Plaintiffs injuries?

    Defendant: DEVIN CALANDRA     _____ Yes     _____No

    Defendant: HELEN BALCUK     _____ Yes     _____ No

    Defendant: VINCENT FUSCO     _____ Yes     _____ No

    Defendant: SERGEANT RUNG     _____ Yes     _____ No

    If your answer to Question 3 is "Yes" as to any of the Defendants listed above, proceed to Question 4.

    If your answer to Question 3 is "No" as to all of the Defendants listed above, proceed to Question 5.

4. What, if any, compensatory or nominal damages is Plaintiff entitled to as a result of the conduct of the Defendant(s) for whom you answered "Yes" to Question 3?

    Compensatory:     $_____

    Nominal:     $_____

    With respect to the amount of compensatory or nominal damages you have indicated above, please indicate the amount for which each of the following Defendants is liable.

    Defendant: DEVIN CALANDRA     $_____     $_____
                                                                                                 Compensatory     Nominal
    Defendant: HELEN BALCUK     $_____     $_____

|  | Compensatory | Nominal |
|---|---|---|
| Defendant: VINCENT FUSCO | $_____ | $_____ |
| Defendant: SERGEANT RUNG | Compensatory $_____ | Nominal $_____ |
|  | Compensatory | Nominal |

5. For any Defendant against whom yon awarded Plaintiff compensatory or nominal damages in Qncstion 4, Question 6 and/or Question 8, indicate against which of those Defendants, if any, Plaintiff is entitled to punitive damages.

   Defendant: DEVIN CALANDRA    _____ Yes    _____ No

   Defendant: HELEN BALCUK      _____ Yes    _____ No

   Defendant: VINCENT FUSCO     _____ Yes    _____ No

   Defendant: SERGEANT RUNG     _____ Yes    _____ No

6. With respect to the amount of punitive damages you have indicated above, please indicate the amount for which each of the following Defendants is liable.

   Defendant: DEVIN CALANDRA    $_____

   Defendant: HELEN BALCUK      $_____

   Defendant: VINCENT FUSCO     $_____

   Defendant: SERGEANT RUNG     $_____

Dated: _____, 2025

_____
Foreperson

Dated: Seaford, New York
       January 27, 2025

Respectfully submitted,
MARCOTE & ASSOCIATES, PC

*Louis F. Chisari*
_____
BY: LOUIS F. CHISARI, ESQ.

Attorney for Plaintiff,
JERRY QUINN McKOY
3960 Merrick Road, 2nd Floor
Seaford, New York 11783
Phone : 516-280-2281
Fax    : 516-280-2283
MA File No: MA24-0160

TO:
Anne C. Leahey, Assistant County Attorney
Office of the County Attorney, Suffolk County
Attorney for the Defendant(s):
(*VIA ECF*)

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF NEW YORK

### INDEX NUMBER: 14-CV-00249

---

JERRY QUINN MCKOY

-against-

SUFFOLK COUNTY CORRECTIONAL FACILITY,
JENNIFER TAY, DEVIN CALANDRA, HELEN
BALCUK, VINCENT FUSCO and SERGEANT RUNG

---
---

## PROPOSED VERDICT FORM PLAINTIFF

---
---

### MARCOTE ASSOCIATES, P.C.
*Attorney and Counselors at Law*
Attorneys for Plaintiff:
JERRY QUINN MCKOY
3960 MERRICK ROAD, 2nd FLOOR
SEAFORD, NEW YORK 11783
PHONE:(516) 280-2281
FAX:   (516) 280-2283

---