UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JERRY QUINN MCKOY,

Plaintiff,

-against-

JENIFER TAY, DEVIN CALANDRA, HELEN
BALCUK, VINCENT FUSCO and SGT. RUNG,

Defendants.

**DEFENDANTS' PROPOSED
JURY VERDICT SHEET**

14-cv-00249(JMW)

Defendants Devin Calandra, Vincent Fusco,  Sgt. Rung, and County of Suffolk, by their

attorney, Christopher J. Clayton, Suffolk County Attorney, by Anne C. Leahey, respectfully

submit the following proposed jury verdict sheet:

*PRE-MONELL PHASE*

*SPECIAL VERDICT: DELIBERATE INDIFFERENCE*

*Part I*

1.  Do you find, by a preponderance of the evidence, that any defendant knew of serious
    medical needs of the plaintiff and was deliberately indifferent to some or all of those needs?

|  | YES | NO |
|---|---|---|
| Officer Fusco | _____ | _____ |
| Sergeant Rung | _____ | _____ |
| Nurse Calandra | _____ | _____ |

If your answer is "YES" as to one or more defendants, proceed to question 2 *only* with respect
to the defendant or defendants.

If your answer is "NO" with regard to all three defendants, do not answer any of the remaining
questions and notify the Marshal that you have reached a verdict.

2. Do you find, by a preponderance of the evidence, that the plaintiff sustained pain and suffering or other injuries that were proximately caused by the deliberate indifference of any of the defendants to his serious medical needs?

|  | YES | NO |
|---|---|---|
| Officer Fusco | _____ | _____ |
| Sergeant Rung | _____ | _____ |
| Nurse Calandra | _____ | _____ |

If your answer is "YES" as to one or more of the defendants, answer question 3 and 4.

If your answer is "NO" as to all defendants, proceed to question 5.

*Part II*

Answer Part II only if your answer to question 2 was "YES" as to one or more defendants.

3. What is the total amount of actual damages that the plaintiff suffered as a result of the deliberate indifference of one or more of the defendants to his serious medical needs?

Amount $ _____

Listed in column (1) are all possible combinations of the defendants whose deliberate indifference you could have found to have proximately caused actual damages to the plaintiff in question 2. Please list in column (2) the dollar amount of actual damages caused by that defendant or combination of defendants. (The total of the amounts in column (2) must equal the amount in your answer to question 3.)

| (1) | (2) |
|---|---|
| Defendant(s) | $ Amount |
| Officer Fusco | _____ |
| Sgt. Rung | _____ |
| Nurse Calandra | _____ |
| Officer Fusco and Sgt. Rung combined | _____ |
| Officer Fusco and Nurse Calandra combined | _____ |
| Sgt. Rung and Nurse Calandra combined | _____ |
| All three defendants combined | _____ |

If you find that Plaintiff is entitled to a monetary award in any amount for actual damages, do not answer Question 4 and notify the Marshal that you have reached a verdict on deliberate indifference.

4. If you answered "Yes" to Question 2 but find that Plaintiff has is not entitled to a monetary award for actual damages, you must return an aware of damages some nominal amount not to exceed the sum of one dollar.

   Amount $ _____

   Once you have filled in the amount of nominal damages which you wish to award to Plaintiff, notify the Marshal that you have reached a verdict on deliberate indifference.

## MONELL PHASE

### *SPECIAL VERDICT: MUNICIPAL LIABILITY*

5. Did the Plaintiff show, by preponderance of the evidence, that Defendant Suffolk County maintained a custom, pattern, practice, or policy that caused a constitutional deprivation of the Plaintiff's rights.

   YES _____

   NO _____

If your answer is "Yes," proceed to Question 7.

If your answer is "No," you have found that Defendant Suffolk County is not liable as to the municipal liability claim. Do not answer any of the remaining questions and notify the Marshal that you have reached a verdict on municipal liability.

6. Did a policymaker of policymakers of Suffolk County, through his or her own individual actions or inaction, violate the Constitution by ratifying a custom, pattern, practice, or policy of deliberate indifference?

   YES _____

   NO _____

If your answer is "Yes," proceed to Question 7.

If your answer is "No," you have found that Defendant Suffolk County is not liable as to the municipal liability claim. Do not answer Question 7 and notify the Marshal that you have reached a verdict on municipal liability

7. Did the Plaintiff show, by a preponderance of the evidence, that Defendant Suffolk County's violation of constitutional rights proximately caused damages to the Plaintiff?

   YES _____

NO _____

If your answer is "Yes," proceed to Question 8.

If your answer is "No," you have found that Defendant Suffolk County is not liable as to the municipal liability claim. Do not answer Question  8, and notify the Marshal that you have reached a verdict on municipal liability

8.  What is the total amount of  nominal damages in an amount not to exceed one dollar that the plaintiff suffered as a result of Suffolk County's custom, pattern, practice, or policy of deliberate indifference?

Nominal Amount $ _____

**You have reached a verdict**.

FOREPERSON: Please sign and date the Verdict Sheet, and then advise the Court by note that you have reached a verdict and are ready to announce that verdict in the courtroom.

Dated: Central Islip, New York                    _____
      February    , 2025                    FOREPERSON'S SIGNATURE

DATED:  Hauppauge, New York
      January 31, 2025

                                  Respectfully submitted,
                                  Christopher J. Clayton
                                  Suffolk County Attorney
                                  Attorney for Defendants
                                  P.O. Box 6100
                                  100 Veterans Memorial Highway
                                  Hauppauge, New York
                                  11788-0099
                                  (631) 853-5717

              By:   /s/ Anne C. Leahey
                  ANNE C. LEAHEY
                   Assistant County Attorney