UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JERRY QUINN MCKOY                                             Index No.:14-cv-00249 (LDH)(JMW)

                              Plaintiff,

   -against-

SUFFOLK COUNTY CORRECTIONAL FACILITY,
JENNIFER TAY, DEVIN CALANDRA, HELEN
BALCUK, VINCENT FUSCO and SERGEANT RUNG,

                           Defendant(s)
------------------------------------------------------------------------X

**PLAINTIFF'S EXHIBIT LIST**

Plaintiff, JERRY QUINN McKOY, by his attorneys, MARCOTE & ASSOCIATES, PC., hereby submits the following:

Below is the Plaintiff's exhibit list:

Exhibit 1:   Incident Report dated October 19, 2013.

Exhibit 2:   Plaintiff's medical records from the Suffolk County Correctional Facility during the period of May 29, 2013 and November 4, 2013.

Exhibit 3:   Plaintiff's mental health records from the Suffolk County Correctional Facility during the period of May 29, 2013 and November 4, 2013.

Exhibit 4:   Records maintained by the Suffolk County Sheriff's Office regarding Plaintiff's incarceration at the Suffolk County Correctional Facility during the period of May 29, 2013 and November 4, 2013.

Exhibit 5:   Log Book pages for October 19, 2013 for Suffolk County Correctional Facility, Location 1 South West.

Exhibit 6:   Plaintiff's medical records from Stony Brook University Medical Center for the period of approximately November 2013 until present.

Dated: Seaford, New York
      January 27, 2025

Respectfully submitted,
MARCOTE & ASSOCIATES, PC

*Louis F. Chisari*
_____
BY: LOUIS F. CHISARI, ESQ.
Attorney for Plaintiff,
JERRY QUINN McKOY
3960 Merrick Road, 2nd Floor
Seaford, New York 11783
Phone : 516-280-2281
Fax    : 516-280-2283
MA File No: MA24-0160

TO:
Anne C. Leahey, Assistant County Attorney
Office of the County Attorney, Suffolk County
Attorney for the Defendant(s):
(*VIA ECF)*

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF NEW YORK

### INDEX NUMBER: 14-CV-00249

---

JERRY QUINN MCKOY

-against-

SUFFOLK COUNTY CORRECTIONAL FACILITY,
JENNIFER TAY, DEVIN CALANDRA, HELEN
BALCUK, VINCENT FUSCO and SERGEANT RUNG

---

## PLAINTIFF'S EXHIBIT LIST

---

### MARCOTE ASSOCIATES, P.C.
*Attorney and Counselors at Law*
Attorneys for Plaintiff:
JERRY QUINN MCKOY
3960 MERRICK ROAD, 2nd FLOOR
SEAFORD, NEW YORK 11783
PHONE:(516) 280-2281
FAX:   (516) 280-2283

---