**COUNTY OF SUFFOLK**



**EDWARD P. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

**CHRISTOPHER J. CLAYTON**                                                      **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

February 4, 2025

Hon. James M. Wicks, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

                    Re:    *McKoy v. Suffolk County Correctional Facility,*
                             CV14-0249 (JS) (JMW)

Dear Judge Wicks:

      On January 21, 2025, in response to Defendants' request, Your Honor So Ordered a writ of habeas corpus (DE 222) requiring the Suffolk County Correctional Facility ("SCCF") to produce Plaintiff for the trial of the above matter which commences on February 24, 2022. SCCF officials have since informed me that they need the original writ with, if possible, a seal, in order to produce Plaintiff in court.

      Accordingly, by this correspondence, Defendants respectfully request the Court to provide the original writ for pick-up at the clerk's office, or, in the alternative to mail the writ to me at the Suffolk County Attorney's office at the address on this letterhead.

      Defendants thank the Court for its time and attention to this matter.

                                                    Respectfully submitted,

                                                    Christopher J. Clayton
                                                    Suffolk County Attorney

                                                    */s/ Anne C. Leahey*
                                                    By:  Anne C. Leahey
                                                    Assistant County Attorney

LOCATION                                         MAILING ADDRESS
H. LEE DENNISON BLDG.               P.O. BOX 6100                                       (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY    ♦    HAUPPAUGE, NY 11788-0099    ♦    TELECOPIER (631) 853-5169