UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JERRY QUINN MCKOY,

                           Plaintiff,

-against-

JENNIFER TAY, DEVIN CALANDRA, HELEN BALCUK, VINCENT FUSCO and SGT. RUNG,

                           Defendants.

**NOTICE OF APPEARANCE**

CV-14-00249(JS)(JMW)

     PLEASE TAKE NOTICE that Kyle O. Wood, Assistant County Attorney of the Suffolk County Attorney's Office, does hereby enter his appearance on behalf of Defendants, Devin Calandra, Vincent Fusco and Sgt. Rung. Any and all correspondence, documents, notices and filings should be forwarded to Kyle O. Wood, Assistant County Attorney, P.O. Box 6100, 100 Veterans Memorial Hwy., Hauppauge, New York 11788-0099.

Dated: Hauppauge, New York
        February 5, 2025

Respectfully submitted,

Christopher J. Clayton
Suffolk County Attorney
P.O. Box 6100
100 Veterans Memorial Hwy.
Hauppauge, New York 11788-0099
631-853-4055

By: *Kyle O. Wood*
     Kyle O. Wood
     Assistant County Attorney