UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE          DATE:  02/07/2025
                                                      TIME:  10:00 AM
                                                      ☐ SEALED PROCEEDING

### CIVIL CAUSE FOR FINAL PRETRIAL CONFERENCE
**CASE:  2:14-cv-00249-JMW-McKoy v. Suffolk County Correction et al.**

APPEARANCES:

    For Plaintiff:                               Louis Frank Chisari

    For Defendant (Devin Calandra, Correction Officer Vincent Fusco, Sergeant Rung and
    County of Suffolk):    Anne C. Leahey, Kyle O. Wood

Court Reporter/FTR:            10:07-10:27 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒   Final Pretrial Conference held.

☒   Discussions held regarding trial preparations and logistics. Parties confirmed no objections to exhibits at this juncture. Jury Selection and Trial is scheduled for **February 24, 2025 at 9:30 AM** at the United States District Courthouse, Eastern District of New York, 100 Federal Plaza, Courtroom 1020, Central Islip, New York. Counsel should appear and be ready for trial by 9:00 am. The parties are advised that if they would like to come to the Courtroom to test their technology in the week ahead, they may contact the undersigned's Courtroom Deputy to schedule a mutually convenient time.

On or before **February 19, 2025**, Counsel for Plaintiff shall file a letter on ECF indicating whether or not they intend on pursuing the action against Defendant Helen Balcuk.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

                                                                   SO ORDERED
                                                                   /s/ *James M. Wicks*
                                                                   JAMES M. WICKS
                                                                   United States Magistrate Judge