# MARCOTE & ASSOCIATES, P.C.

*Attorney and Counselor at Law*
3960 MERRICK ROAD, 2nd FLOOR
SEAFORD, NEW YORK 11783
TELEPHONE: (516) 280-2281
FACSIMILE: (516) 280-2283

___

February 12, 2025

Magistrate Judge James M. Wicks
United States District Court (EDNY)
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

    Re:        Jerry Quinn McKoy v. Suffolk County Correctional Facility, et al.
    Docket No.:    14-cv-00249 (LDH)(JMW)
    MA File No.:    MA24-0160
    Subject:       'Conference Request'

Dear Judge Wicks:

    As this Court is aware Mr. McKoy has been incarcerated since the last week of July 2024 on the following indicted matter: <u>People v. Jerry Mckoy</u>, Docket No.: IND-72702-24/001.

    At this time the criminal is schedule to begin trial on February 26, 2025 before Justice Timothy P. Mazzei, this criminal trial creates a conflict with the scheduled trial of the above matter. I have also spoken with the Plaintiff's criminal attorney Maxwell C. Brown, Esq. and he has raised several constitutional issues in regards to my client testifying as the civil trial.

    At this time I am requesting an attorneys only conference with the Court to confer on the above issues.

    Any question please do not hesitate to contact me..

    Sincerely yours,

*Louis F. Chisari*
Louis F. Chisari, Esq.
LCHISARI@marcotelaw.com

Cc:
Suffolk County Attorney's Office
*(via ECF)*