UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE      DATE: 02/18/2025
    TIME: 2:00 PM

☐ SEALED PROCEEDING

**CIVIL CAUSE FOR STATUS CONFERENCE**
**CASE: 2:14-cv-00249-JMW-McKoy v. Suffolk County Correction et al.**

APPEARANCES:

    For Plaintiff:      Louis Frank Chisari

    For Defendant (Devin Calandra, Correction Officer Vincent Fusco, Sergeant Rung and County of Suffolk):      Anne C. Leahey, Kyle O. Wood

Court Reporter/FTR:      1:58-2:12 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Status Conference held.

☒ The parties advised the Court of the status of this case.

☒ Counsel for Plaintiff indicated that Plaintiff will voluntarily discontinue all claims against Defendant Helen Balcuk, who has failed to appear in this case. Letter motion to be filed by 2/19/2025.

☒ The Jury Selection and Trial scheduled to commence before the undersigned on February 24, 2025, is hereby adjourned to **April 21, 2025 at 9:30 AM** at the United States District Courthouse, Eastern District of New York, 100 Federal Plaza, Courtroom 1020, Central Islip, New York.

☒ A written decision on the First Motion to Bifurcate at ECF No. 235 is forthcoming.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

    SO ORDERED
    /s/ *James M. Wicks*
    JAMES M. WICKS
    United States Magistrate Judge