UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JERRY QUINN McKOY                                    Docket No.:14-cv-00249
                                                                   (LDH)(JMW)

                               Plaintiff,

                v.

SUFFOLK COUNTY CORRECTIONAL FACILITY,
JENNIFER TAY, DEVIN CALANDRA, HELEN
BALCUK, VINCENT FUSCO and SERGEANT RUNG,

                            Defendant(s)
------------------------------------------------------------------------X

**PLAINTIFF(S)' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(I) AS TO DEFENDANT, HELEN BALCUK**

      Pursuant to Section 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, the plaintiff, JERRY QUINN McKOY, by their counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the following defendant, HELEN BALCUK.

Dated: February 18, 2025
       Seaford, New York

                                                                     Respectfully submitted,
                                                                     MARCOTE & ASSOCIATES, PC

                                                                     *Louis F. Chisari*
                                                                     _____
                                                                     BY: LOUIS F. CHISARI, ESQ.
                                                                     Attorney for Plaintiff,
                                                                     JERRY QUINN McKOY
                                                                     3960 Merrick Road, 2nd Floor
                                                                     Seaford, New York 11783
                                                                     Phone : 516-280-2281
                                                                     Fax    : 516-280-2283
                                                                     MA File No: MA24-0160

TO:
Office of the County Attorney, Suffolk County
Attorney for the Defendant(s):
(*VIA ECF*)

## CERTIFICATE OF SERVICE

I, LOUIS F. CHISARI, do hereby certify under the penalties of perjury as follows:

I am a partner of the law firm of MARCOTE & ASSOCIATES, P.C., attorney(s) for the within named plaintiff, JERRY QUINN McKOY, that on the 18th day of February, 2025, I served the '**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(i)**' upon the Defendant(s) counsel, by ECF.

*Louis F. Chisari*
By:   Louis F. Chisari, Esq.

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF NEW YORK

### DOCKET NUMBER: 14-CV-00249

---

JERRY QUINN MCKOY

-against-

SUFFOLK COUNTY CORRECTIONAL FACILITY,
JENNIFER TAY, DEVIN CALANDRA, HELEN
BALCUK, VINCENT FUSCO and SERGEANT RUNG

---

## 'NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(a)(i)'

---

### MARCOTE ASSOCIATES, P.C.
*Attorney and Counselors at Law*
Attorneys for Plaintiff:
JERRY QUINN McKOY
3960 MERRICK ROAD, 2nd FLOOR
SEAFORD, NEW YORK 11783
PHONE:(516) 280-2281
FAX:   (516) 280-2283

---