UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JERRY QUINN McKOY                                         Docket No.:14-cv-00249
                                                                              (LDH)(JMW)

                              Plaintiff,

                        v.

SUFFOLK COUNTY CORRECTIONAL FACILITY,
JENNIFER TAY, DEVIN CALANDRA, HELEN
BALCUK, VINCENT FUSCO and SERGEANT RUNG,

                           Defendant(s)
------------------------------------------------------------------X

**PLAINTIFF(S)' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(I) AS TO DEFENDANT, HELEN BALCUK**

Pursuant to Section 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, the plaintiff, JERRY QUINN McKOY, by their counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the following defendant, HELEN BALCUK.

Dated: February 18, 2025
       Seaford, New York

SO ORDERED:
/s/ James M. Wicks
James M. Wicks, USMJ
Dated: Feb. 24, 2025
Central Islip, NY

Respectfully submitted,
MARCOTE & ASSOCIATES, PC

*Louis F. Chisari*

BY: LOUIS F. CHISARI, ESQ.
Attorney for Plaintiff,
JERRY QUINN McKOY
3960 Merrick Road, 2nd Floor
Seaford, New York 11783
Phone : 516-280-2281
Fax   : 516-280-2283
MA File No: MA24-0160

TO:
Office of the County Attorney, Suffolk County
Attorney for the Defendant(s):
(*VIA ECF*)

## CERTIFICATE OF SERVICE

I, LOUIS F. CHISARI, do hereby certify under the penalties of perjury as follows:

I am a partner of the law firm of MARCOTE & ASSOCIATES, P.C., attorney(s) for the within named plaintiff, JERRY QUINN McKOY, that on the 18th day of February, 2025, I served the '**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(i)**' upon the Defendant(s) counsel, by ECF.

                                                                  *Louis F. Chisari*
By:    Louis F. Chisari, Esq.

Case 2:14-cv-00249-JMW    Document 242    Filed 02/24/25    Page 2 of 3 PageID #: 952

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF NEW YORK

### DOCKET NUMBER: 14-CV-00249

---

JERRY QUINN MCKOY

-against-

SUFFOLK COUNTY CORRECTIONAL FACILITY,
JENNIFER TAY, DEVIN CALANDRA, HELEN
BALCUK, VINCENT FUSCO and SERGEANT RUNG

---

## 'NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(a)(i)'

---

### MARCOTE ASSOCIATES, P.C.
*Attorney and Counselors at Law*
Attorneys for Plaintiff:
JERRY QUINN McKOY
3960 MERRICK ROAD, 2nd FLOOR
SEAFORD, NEW YORK 11783
PHONE:(516) 280-2281
FAX:   (516) 280-2283

---