# MARCOTE & ASSOCIATES, P.C.

*Attorney and Counselor at Law*
3960 MERRICK ROAD, 2nd FLOOR
SEAFORD, NEW YORK 11783
TELEPHONE: (516) 280-2281
FACSIMILE: (516) 280-2283

___

March 21, 2025

Magistrate Judge James M. Wicks
United States District Court (EDNY)
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

    Re:        Jerry Quinn McKoy v. Suffolk County Correctional Facility, et al.
    Docket No.:    14-cv-00249 (LDH)(JMW)
    MA File No.:    MA24-0160
    Subject:       'Conference Request'

Dear Judge Wicks:

    As this Court is aware Mr. McKoy has been incarcerated since the last week of July 2024 on the following indicted matter: <u>People v. Jerry Mckoy</u>, Docket No.: IND-72702-24/001.

    At this time I have been informed that the criminal trial is now scheduled to begin trial on April 29, 2025 before Justice Timothy P. Mazzei, based upon the conference held on February 18, 2025 and the procedural and constitutional issues raised at that conference the new criminal trial date raises those issues once again.

    I have spoke with Defense counsel on this matter and we agree based upon the above issues the current trail date of April 21, 2025, we believe needs to be adjourned.

    At this time I am requesting an attorneys only conference with the Court to confer on the above issues.

    Any question please do not hesitate to contact me..

                                 Sincerely yours,

                                 *Louis F. Chisari*

                                 Louis F. Chisari, Esq.
                                 LCHISARI@marcotelaw.com

Cc:
Suffolk County Attorney's Office
*(via ECF)*