UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE          DATE:   04/03/2025
                                                       TIME:   2:00 PM
                                                       ☐ SEALED PROCEEDING

## CIVIL CAUSE FOR STATUS CONFERENCE
### CASE:  2:14-cv-00249-JMW-McKoy v. Suffolk County Correction et al.

APPEARANCES:

    For Plaintiff:                                  Louis Frank Chisari

    For Defendant (Devin Calandra, Correction Officer Vincent Fusco, Sergeant Rung and
    County of Suffolk):                             Anne C. Leahey, Kyle O. Wood

Court Reporter/FTR:                                    2:10-2:15 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒     Status Conference held.

☒     The parties advised the Court of the status of this case.  Plaintiff's criminal trial remains on the trial calendar for the week of 4/29/2025.  Accordingly, jury selection and trial of this case scheduled for April 21, 2025, is adjourned to **August 4, 2025 at 9:30 AM** at the United States District Court, Eastern District of New York, 100 Federal Plaza, Courtroom 1020.  Any further pretrial submissions shall be due on or before **July 25, 2025.**

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

                                                               SO ORDERED
                                                                /s/ *James M. Wicks*
                                                                JAMES M. WICKS
                                                                United States Magistrate Judge