# MARCOTE & ASSOCIATES, P.C.

*Attorney and Counselor at Law*
3960 MERRICK ROAD, 2ⁿᵈ FLOOR
SEAFORD, NEW YORK 11783
TELEPHONE: (516) 280-2281
FACSIMILE: (516) 280-2283

___

June 2, 2025

Magistrate Judge James M. Wicks
United States District Court (EDNY)
100 Federal Plaza, Courtroom 1020
Central Islip, NY 11722

    Re:    Jerry Quinn McKoy v. Suffolk County Correctional Facility, et al.
    Docket No.:    14-cv-00249 (LDH)(JMW)
    MA File No.:    MA24-0160
    Subject:    'Request for Pre-Motion Conference for a Motion to be Relieved'

Dear Judge Wicks:

    As this Court is aware Mr. McKoy has been incarcerated since the last week of July 2024 on the following indicted matter: People v. Jerry Mckoy, Docket No.: IND-72702-24/001, subsequently, this matters trial has been adjourned several times due to the constitutional issues that have been previously raised by counsel and the Court

    As this Court is aware the matter is currently scheduled to start jury selection on August 4, 2025 and trial to follow. I have relayed this information to my Client many times and spoken with him on numerous occasions after each adjournment and explained the issues to him. In fact I spoke with him on May 21, 2025 and once again explained the issues and scheduling.

    Once again as he has done in the past written a disparaging letter about my handling of the case and my strategic planning on the trial of the matter. This issue has now become an obvious break down in the attorney/client relationship, which I feel can not be over come at this juncture.

    At this time I am requesting an attorneys only conference with the Court to confer on the above issue and set a briefing schedule for my motion to withdraw as counsel for the Plaintiff.

    Any question please do not hesitate to contact me..

    Sincerely yours,

    *Louis F. Chisari*

    Louis F. Chisari, Esq.
    LCHISARI@marcotelaw.com

Cc:
Suffolk County Attorney's Office
*(via ECF)*