FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 05 2025 ★
LONG ISLAND OFFICE

RECEIVED
JUN -5 2025
EDNY PRO SE OFFICE

REC'D IN PRO SE OFFICE
JUN 5 '25 AM 10:49

United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip New York 11722

Dated 5-1-25
14-cv-00249 (LDH) (JMW)
Attn: Judge James W Wicks
A Kathleen Tomlison
Joanna Seybart
Arlenas Zwilling
L. Frank Chisari

    I'm writing to try to get an update on the case mention above.
    The last time I wrote was on March 3 2025 with a counter offer which I didn't receive a response from
    Then the case was postpond until after my county court case which this case was suposed to have started on February 24 2025 which would have interfered with
Not

my criminal case and the Effect that it would have on this one

This case is simple I didn't recieve my medication that I didn't have control over I didn't sign anything saying I didn't want it I didn't say I didn't want it it just wasn't given to me but my other medication was.

I would like for this case to be over with its the only thing keeping me here im getting to the point inhere Im going to need help -

I don't have family here in New York they are all in NC I want to go home and start a new life after only being able to do so much of nothing since the neglect of Suffolk county and others mentioned and monstrous in this suit stated in the last reply from you Jury Selection supposed

to have started February 24 2025 it is now June 2025 and I being trying to contact you by phone for the past ~~2 mon~~ 3 months

I would like to have a status confrance with all parties involed.

Thank you beforehand for your time and consideration

Jerry McKoy

If this case was handled years ago like it was sohoulde to I wouldnt be in the pardictment Im being accused of at the present moment

The only thing that was keeping me here was the case that was mention in this matter

I also like to bring it to courts attention that Ive been trying on numberous occations to contact my Attorney by phone straight though and collect

Ive been trying to contact my Attorney MR Chisari but doent oat an answer

Jerry McKoy

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: JERRY McKOY
#40030

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 05 2025 ★

LONG ISLAND OFFICE

MID-ISLAND NY 117
4 JUN 2025 PM 3 L

FOREVER / USA

United State District Court
Eastern District of New York
100 Federal Plaza
Central Islip NY
11722

11722-443800