**COUNTY OF SUFFOLK**



**EDWARD P. ROMAINE**
SUFFOLK COUNTY EXECUTIVE

**CHRISTOPHER J. CLAYTON**
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

June 6, 2025

Hon. James M. Wicks, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

Re: *McKoy v. Suffolk County Correctional Facility*
14cv0249 (JMW)

Dear Judge Wicks:

The Suffolk County Attorney's Office represents defendants Calandra, Rung and Fusco in this civil rights action pursuant to 42 U.S.C § 1983 brought by plaintiff Jerry McKoy.

Today, in response to the Plaintiff's recent submission [DE 247], the Court scheduled an in-person status conference for June 16, 2025, at 11:30 am and directed that all counsel must attend in person.

I write with the consent of the plaintiff's counsel requesting that the in-person conference be rescheduled to June 13, 2025, any time after 10:00 am or, in the alternative, a date after June 24, 2025. The reason for this request is that I have a scheduled vacation from June 16th through June 23rd and will not be located within the area.

I thank the Court for its time and consideration of this matter.

Respectfully submitted,

Christopher J. Clayton
Suffolk County Attorney
By: */s/ Kyle Wood*
    Kyle Wood
    Assistant County Attorney

Cc: All Counsel via ECF.

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY   ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099   ♦

(631) 853-4049
TELECOPIER (631) 853-5169