UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
JERRY QUINN McKOY,                                       Case No.: 14-CV-0249 -JMW

                                 Plaintiff,                           **NOTICE OF MOTION**

   -against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY
CORRECTIONAL FACILITY, JENNIFER TAY,
DEVIN CALANDRA, HELEN BALCUK, VINCENT
FUSCO and SERGEANT RUNG,

                                 Defendant(s),
-----------------------------------------------------------------------------X

     **PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Louis F. Chisari, Esq., dated June 9, 2025 and upon the accompanying 'Memorandum of Law', and all prior pleadings and proceedings, counsel for the plaintiff, JERRY QUINN McKOY, will move in the United States District Court for the Eastern District of New York, before the Honorable Magistrate Judge James M. Wicks, United States District Judge, at the United States District Courthouse located at 100 Federal Plaza, Central Islip, New York 11722, Courtroom: 1020, on July 9, 2025, or any date and time set by the Court, for an Order pursuant to Local Rule 1.4, reliving Marcote & Associates, P.C., by Louis F. Chisari, Esq. as counsel for the plaintiff, JERRY QUINN McKOY, and for such other and further relief as this Court may deem just and proper.

Dated:  June 9, 2025
        Seaford, New York

                                                 Respectfully submitted,



                                                 By: Louis F. Chisari, Esq.
                                                 Marcote & Associates, P.C.
                                                 3960 Merrick Road, 2nd Floor
                                                 Seaford, New York 11783
                                                 File No.: MA24-0160
                                                 Tel: (516) 280-2281
                                                 Fax: (516) 280-2283
                                                 E-Mail Address: lchisari@marcotelaw.com

To:
**Mr. JERRY McKOY (Inmate No.: 401030)**
**Plaintiff**
Suffolk County Correctional Facility
110 Center Drive
Riverhead, New York 11901
(***VIA PERSONAL SERVICE***)

Suffolk County Attorney's Office
Attn: Anne C. Leahey, Kyle O. Wood & Leland S. Solon , Assistant County Attorney(s)
Attorneys for Defendants
P.O. Box 6100
Hauppauge New York 11788-0099
(***VIA ECF***)

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF NEW YORK

### INDEX NUMBER: 14-cv-0249

---

JERRY QUINN McKOY

-against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY CORRECTIONAL FACILITY, JENNIFER TAY, DEVIN CALANDRA, HELEN BALCUK, VINCENT FUSCO and SERGEANT RUNG,

---

# 'NOTICE OF MOTION'

---

### MARCOTE ASSOCIATES, P.C.
*Attorney and Counselors at Law*
Attorneys for Plaintiff
JERRY QUINN McKOY
3960 Merrick Road, 2nd Floor
Seaford, New York 11783
PHONE:(516) 280-2281
FAX:   (516) 280-2283

---