UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
JERRY QUINN McKOY,                                                          Case No.: 14-CV-0249 -JMW

                                  Plaintiff,

    -against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY                                           **DECLARATION OF**
CORRECTIONAL FACILITY, JENNIFER TAY,                                        **LOUIS F. CHISARI, ESQ.**
NY ROMANTICOS INC. d/b/a ROMANTICOS,                                        **IN SUPPORT OF**
DEVIN CALANDRA, HELEN BALCUK, VINCENT                                       **MOTION PURSUANT TO**
FUSCO and SERGEANT RUNG,                                                    **LOCAL RULE 1.4**

                                  Defendant(s),
----------------------------------------------------------------------------X

**LOUIS F. CHISARI**, an attorney admitted to practice in the United States District Court for the Eastern District of New York, declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

1. I am partner with MARCOTE & ASSOCIATES, P.C., attorney(s) for plaintiff, JERRY QUINN McKOY, in the above-captioned action, and fully familiar with all of the facts and circumstances stated herein. Said familiarity is based upon the contents of the file my office maintains on this matter.

2. This Declaration is respectfully submitted in support of the instant motion pursuant to Local Rule 1.4 for an Order pursuant to Local Rule 1.4, reliving Marcote & Associates, P.C., by Louis F. Chisari, Esq. as counsel for the plaintiff, JERRY QUINN McKOY, and for such other and further relief as this Court may deem just and proper.

3. Marcote & Associates, P.C.(by: Louis F. Chisari, Esq.) was appointed by the Court from the E.D.N.Y. Pro Bono Panel by Magistrate Judge James M. Wicks to represent

|     | |
| --- | --- |
|     | the plaintiff, JERRY QUINN McKOY,, on January 19, 2024 (D.E. No.: 184). |
| 4.  | A 'Notice of Appearances' was filed by your declarant on January 26, 2024 (D.E. No.: 185) |
| 5.  | Furthermore, Marcote & Associates, P.C. (Louis F. Chisari, Esq.), after the filing of the 'Notice of Appearance' your declarant met with the plaintiff, JERRY QUINN McKOY, in early February 2024 and discussed the matter and the prosecution of the case with him. |
| 6.  | Subsequently, Marcote & Associates, P.C. (Louis F. Chisari, Esq.), attended several conferences with the Court and Defense Counsel and a 2nd motion to amended the 'Summons and Complaint' (D.E. No.: 192) was made on behalf of the Plaintiff, which was granted by this Court (D.E. No.: 193). |
| 7.  | After, this Court grant the Plaintiff's motion to amended several more attorney only conferences were held by the Court. |
| 8.  | As this Court is aware, the plaintiff, JERRY QUINN McKOY, was arrested and incarcerated in the Suffolk County Correctional Facility (D.E. No.: 204). |
| 9.  | After this information, the Court held several more attorney only conferences and entered several 'scheduling orders' and set the matter down for trial. |
| 10. | Your Declarant then had serval meetings in the Suffolk County Jail with the Plaintiff and numerous telephone conversations with him as well. The Plaintiff has written a series of derogatory letters complaining of the Declarant's handling of the matter (D.E. No.'s: 207, 208, 213, 214, 215, and 247), furthermore, there have been several letters send directly to you Declarant by the Plaintiff that have the same tone of the above listed letters. |

11. It should be noted by the Court, that the Plaintiff's letters always follow an either in-person meeting/visit at the Suffolk County Jail or a telephone conference with Plaintiff explaining the current status of the case.

12. Despite these meeting and telephone calls, the Plaintiff continually writes to the Court and alleges to the Court that he has no information about the case or its current status and can't contact me. The allegations are without merit and are materially false.

13. It is apparent there are irreconcilable difference between the Plaintiff, Marcote & Associates, P.C. and your Declarant and I can no longer properly represent this client under these circumstances.

14. Therefore, it is respectfully requested that this Court enter an Order relieving Marcote & Associates, P.C. and Louis F. CHisari, Esq. as counsel for the plaintiff, JERRY QUINN McKOY.

**WHEREFORE**, respectfully requests that the Court issue and pursuant to Local Rule 1.4, reliving Marcote & Associates, P.C., by Louis F. Chisari, Esq. as counsel for the plaintiff, JERRY QUINN McKOY. and for such other and further relief as this Court may deem just and proper.

Dated: June 9, 2024
    Seaford, New York

Respectfully submitted,
MARCOTE & ASSOCIATES, P.C.

*Louis F. Chisari*
By:   Louis F. Chisari, Esq. (LFC0383)
3960 Merrick Road, 2nd Floor
Seaford, New York 11783
File No.: MA19-0925
Tel: (516) 280-2281
Fax: (516) 280-2283
E-Mail Address: LCHISARI@marcotelaw.com

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF NEW YORK

### INDEX NUMBER: 14-cv-0249

_____
_____

JERRY QUINN McKOY

-against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY
CORRECTIONAL FACILITY, JENNIFER TAY,
DEVIN CALANDRA, HELEN BALCUK, VINCENT
FUSCO and SERGEANT RUNG,

_____

**DECLARATION OF LOUIS F. CHISARI, ESQ. IN SUPPORT OF MOTION PURSUANT TO LOCAL RULE 1.4**

_____

### MARCOTE & ASSOCIATES, P.C.

*Attorney and Counselors at Law*
Attorneys for Plaintiff:
JERRY QUINN McKOY
3690 MERRICK ROAD, 2nd FLOOR
SEAFORD, NEW YORK 11783
PHONE:(516) 280-2281
FAX:   (516) 280-2283

_____