**CERTIFICATE OF SERVICE**

  I, LOUIS F. CHISARI, do hereby certify under the penalties of perjury as follows:

  I am an partner of the law firm of MARCOTE & ASSOCIATES, P.C., attorney(s) for the within named plaintiff, JERRY QUINN McKOY,  that on the 10th day of June, 2025, I served the within **'NOTICE OF MOTION'; 'DECLARATION OF LOUIS F. CHISARI, ESQ. IN SUPPORT OF MOTION PURSUANT TO LOCAL RULE 1.4' and ' MEMORANDUM OF LAW'** upon the attorney(s) record for the and Defendant(s) and the Plaintiff by **PERSONAL SERVICE**.

**Mr. JERRY McKOY (Inmate No.: 401030)**
**Plaintiff**
Suffolk County Correctional Facility
110 Center Drive
Riverhead, New York 11901
(***VIA PERSONAL SERVICE***)

Suffolk County Attorney's Office
Attn: Anne C. Leahey, Kyle O. Wood & Leland S. Solon , Assistant County Attorney(s)
Attorneys for Defendants
P.O. Box 6100
Hauppauge New York 11788-0099
(***VIA ECF***)

            *Louis F. Chisari*
            _____
            By: Louis F. Chisari, Esq. (LFC0383)