## CERTIFICATE OF SERVICE

    I, LOUIS F. CHISARI, do hereby certify under the penalties of perjury as follows:

    I am an partner of the law firm of MARCOTE & ASSOCIATES, P.C., attorney(s) for the within named plaintiff, JERRY QUINN McKOY, that on the 12th day of June, 2025, I served a true and accurate copy of the Court's **'Order, dated June 11, 2025'** upon the Plaintiff by **PERSONAL SERVICE**.

**Mr. JERRY McKOY (Inmate No.: 401030)**
**Plaintiff**
Suffolk County Correctional Facility
110 Center Drive
Riverhead, New York 11901
(***VIA PERSONAL SERVICE***)

                                      *Louis F. Chisari*
                                By:    Louis F. Chisari, Esq. (LFC0383)