UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE          DATE: 6/13/2025
                                                       TIME:  1:00 PM
                                                       ☐ SEALED PROCEEDING

CIVIL CAUSE FOR MOTION HEARING/ORAL ARGUMENT
CASE: 2:14-cv-00249-JMW – McKoy v. Suffolk County Correction, et. al.

**APPEARANCES**:

| | |
|---|---|
| For Plaintiff: | Louis Chisari, Esq., and Jerry McKoy (individual party, via telephone) |
| For Defendant: | Anne Leahey, Esq. and Kyle Wood, Esq. |
| Time Log: | 1:03 – 1:25 (FTR) |

**THE FOLLOWING RULINGS WERE MADE:**

☒ Motion Hearing/Oral Argument held regarding the Motion to Withdraw as Attorney (ECF No. 249) filed by Frank Chisari.

☒ Parties' arguments were heard.

☒ For the reasons stated on the record, including no objections and with the consent of Plaintiff, the motion was **GRANTED** and Mr. Chisari is hereby terminated from representing Plaintiff.

☒ Plaintiff requested the Court to assist in having *Pro-Bono* counsel appointed to represent him in this matter. The Court will reach out to the *Pro-Se* Department and ask them to make their best efforts to secure *Pro-Bono* counsel.

☒ The Court directs Mr. Chisari to provide the Plaintiff with all documentation related to this case in disc/flash drive format within two (2) weeks.

☒ The Court has updated the Plaintiff's mailing address as of the date of this proceeding. The Plaintiff is directed to notify the Court of any future changes in his address.

The Jury Selection/Trial date currently set for **August 4, 2025 at 9:30 AM** is converted to a Status Conference via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date and Counsel for Defendants shall assist in ensuring Plaintiff may appear via telephone unless Plaintiff is represented at that time. This conference is a public proceeding, and all are welcome to attend via telephone or via video. If you would like to receive the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625. **Parties shall comply with Judge Wicks' Individual Rules regarding Expectations for Remote Appearances (Rule § 1E)**.

                                      **SO ORDERED**
                                /s/ *James M. Wicks*
                                JAMES M. WICKS
                                United States Magistrate Judge