FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 20 2025 ★
LONG ISLAND OFFICE

United States District Court
Eastern District of New York
Dated 6-14-25
CV-14-249   21-CV-01873
Attn Judge James M Wicks

I write this letter as a follow up to the hearing that was held on 6-13-25 via phone I just wanted to make sure that I recieve all the paperwork that was given to my Attorney

I know he mention putting everything on a drive

You honor I would prefer that he send the same paperwork that I sent/gave him and any all other paperwork

I thank you beforehand for your time and consideration

Jerry McKoy

Sworn to (or affirmed) and subscribed before me this 14 day of June 2025

Notary Public's Signature

[Notary seal: WILLIAM M CASELLA, NOTARY, NO. 01CA6398317, QUALIFIED IN SUFFOLK COUNTY, COMM. EXP. 09-23-2027, STATE OF NEW YORK, PUBLIC]

RECEIVED
JUN 20 2025
EDNY PRO SE OFFICE
REC'D IN PRO SE OFFICE
JUN 20 '25 PM 2:15

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

Jerry McKay

Attn Judge James wNeek
United States District court
Eastern District of New York
100 Federal Plaza
Central Islip NY 11722

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 20 2025 ★
LONG ISLAND OFFICE