**Filed**
July 17, 2025

U.S. District Court

Eastern District of New York

United State District Court
Eastern District of New York
100 Federal Plaza
Central Islip New York
7-11-25
Case # 14-CV-249
other # 2:21-CV-01873-LDL-S11

Dear Judge J. M. Wicks

I'm writing in regards to the case mention above.
You ordered Louis Frank Chisari to send all medical records that he recieved from me in regards to the case mention above on a thumb Drive in it entirity
I have not recieved them in its entirity I Have medical Administration records on drive and some pages you can't even understand whats on there thats why I ask for the same medical records I gave him or copies of the ones I gave him
Could you please advise him

to Send any and medical records and any and all paperwork pertaining to the case mention up until the day he ask to be excused from the case

I also ask the court for an appointment of counsel your help in this matter would be greatly appreiated

Please post to all parties involed

Jerry McKoy

