# Certificate of Service

I hereby certify that the ORDER dated July 18, 2025, in McKoy v. Suffolk County Correctional Facility, 14-cv-00249(JMW), were served upon the person named below by depositing a true copy thereof enclosed in a post-paid properly addressed First Class Mail wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York;

To:     Jerry Quinn McKoy, 401030
        Suffolk County Correctional Facility
        110 Center Drive
        Riverhead, NY 11901

        Certified Number: *9589 0710 5270 0213 2261 02*

Dated:  Hauppauge, New York
        July 18, 2025

                                Christopher J. Clayton
                                Suffolk County Attorney
                                Attorney for County Defendants
                                H. Lee Dennison Building
                                100 Veterans Memorial Highway
                                P.O. Box 6100
                                Hauppauge, New York 11788

                    By:     *Stacy Martella*
                            *Administrative Assistant*