UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JERRY QUINN MCKOY,

                Plaintiff,

-against-

JENIFER TAY, DEVIN CALANDRA,
VINCENT FUSCO and SGT. RUNG,

                Defendants.

**WRIT OF HABEAS CORPUS**

**14-cv-00249(JMW)**

To:    Superintendent
        Riverhead Correctional Facility
        100 Center Drive South
        Riverhead, NY 11901

G R E E T I N G S:

    **YOU ARE HEREBY COMMANDED** to have the body of JERRY QUINN MCKOY, NYSID No. 09181889L and Inmate Identification No. 401030, detained in the above correctional facility under your custody, and that you produce him on August 4, 2025 at 9:30 a.m. at the Long Island Federal Courthouse, Courtroom 1040, 100 Federal Plaza, Central Islip, NY 11722, so that he may be available for a status conference in the above-captioned civil action.

    **WITNESS**, the Honorable JAMES M. WICKS, United States Magistrate Judge, for the Eastern District of New York, attested by my hand this 1st day of August 2025.

Dated:  Central Islip, New York
          August 1, 2025

                                     _____
                                     Hon. James M. Wicks, U.S. Magistrate Judge