FILED
CLERK
8/4/2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**BEFORE:** James M. Wicks, U.S. Magistrate Judge
**DATE:** August 8, 2025
**TIME:** 9:30 AM
**TIME LOG:** 10:09 – 10:16, 10:37 – 10:55 (In-Person - FTR)

**CASE NO.:** 2:14-cv-00249-JMW
**CAPTION:** McKoy v. Suffolk County Correction, et. al.

## CIVIL PROCEEDING MINUTE ORDER
SEALED PROCEEDING = No

**APPEARANCES:**

- For Plaintiff:  Jerry Quinn McKoy (*individual party*)
  Marlon Magalhaes Monteiro, Esq. (*Pro-Bono*)
  Cory Morris, Esq. (*Pro-Bono*)

- For Defendants:  Kyle Wood, Esq.
  Anne Leahey, Esq.

**THE FOLLOWING RULINGS WERE MADE:**

- Status Conference held.

- The Court advised the Plaintiff that the *Pro-Se* Department was able to secure *Pro-Bono* counsel Marlon Magalhaes Monteiro and Cory Morris. After the Court allowed the Plaintiff to have a private discussion with counsel, the Plaintiff advised the Court that he wishes to have Mr. Monteiro and Mr. Morris represent him in this matter. A retainer agreement will be provided to Plaintiff via mail. Mr. Morris is to file a Notice of Appearance.

- The parties were granted leave to file amended/supplemental proposed Joint Pre-Trial Order, proposed *Voir Dire* questions, proposed verdict sheet, and/or proposed jury charge on or before **September 15, 2025**. If the parties choose to proceed with the aforementioned documents that have already been filed with the Court, the parties were directed to file a letter to the Court to that effect on or before said date.

- The parties were directed to file any Motions *in limine* in accordance with the following briefing schedule:
  - Motions are to be filed and served on or before **October 15, 2025**.
  - Oppositions are to be filed and served on or before **October 27, 2025**.
  - Replies are to be filed and served on or before **October 30, 2025**.

- Jury Selection and Trial is set to begin on **November 17, 2025, at 9:30 AM** in Courtroom 1020 before the undersigned.

- A Final Pre-Trial Conference has been scheduled for **November 7, 2025, at 9:30 AM** in Courtroom 1020 before the undersigned.

**SO ORDERED.**

s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge