**COUNTY OF SUFFOLK**



**EDWARD P. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

**CHRISTOPHER J. CLAYTON**              **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

*Via ECF*

September 15, 2025

Hon. James M. Wicks, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722-4451

          Re:   *McKoy v. Suffolk County, et al.,*
                CV14-0249 (JMW)

Dear Judge Wicks:

      By this letter, Defendants County of Suffolk, Nurse Devin Calandra, Corrections Officer Vincent Fusco, and Sgt. Daniel Rung, by their attorneys, respectfully respond to the Court's ruling made during a conference on 8/4/25:

> The parties were granted leave to file amended/supplemental proposed Joint Pre-Trial Order, proposed *Voir Dire* questions, proposed verdict sheet, and/or proposed jury charge on or before **September 15, 2025**. If the parties choose to proceed with the aforementioned documents that have already been filed with the Court, the parties were directed to file a letter to the Court to that effect on or before said date.

Docket Entry 285, Civil Proceeding Minute Order (emphasis in original).

      At the conference on 8/4/25, the *Pro Se* Plaintiff had advised the Court that he wished to be represented by *Pro-Bono* counsel Marlon Magalhaes Monteiro and Cory Morris, who participated in the in-court conference by video. The docket in this case reflects that since 8/4/25, neither Plaintiff, Mr. Monteiro, nor Mr. Morris has filed any documents on the docket.

      Given these facts and without waiving any rights to respond to pre-trial submission that may be filed by Plaintiff, the Defendants wish to proceed at trial with the Joint Pre-Trial Order, proposed *Voir* Dire questions, proposed verdict sheet, and proposed jury charge which they previously filed in this matter.

LOCATION                                       MAILING ADDRESS
H. LEE DENNISON BLDG.             P.O. BOX 6100                                 (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY   ♦   HAUPPAUGE, NY 11788-0099   ♦   TELECOPIER (631) 853-5169

The Court is thanked for its consideration of this matter.
.

                                        Respectfully submitted,

                                        Christopher J. Clayton
                                        Suffolk County Attorney

                                        */s/ Anne C. Leahey*
                                        By:  Anne C. Leahey
                                        Assistant County Attorney